UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NATIONAL TRUST FOR HISTORIC PRESERVATION IN THE UNITED STATES**,<br><br>*Plaintiff*,<br><br>v.<br><br>**NATIONAL PARK SERVICE**;<br><br>**JESSICA BOWRON, in her official capacity as ACTING DIRECTOR, NATIONAL PARK SERVICE**;<br><br>**JOHN STANWICH, in his official capacity as SUPERINTENDENT, THE WHITE HOUSE AND PRESIDENT'S PARK**;<br><br>**DEPARTMENT OF THE INTERIOR**;<br><br>**DOUGLAS BURGUM, in his official capacity as SECRETARY OF THE INTERIOR**;<br><br>**GENERAL SERVICES ADMINISTRATION**;<br><br>**MICHAEL J. RIGAS, in his official capacity as ACTING ADMINISTRATOR, GENERAL SERVICES ADMINISTRATION**; and<br><br>**DONALD J. TRUMP, in his official capacity as PRESIDENT OF THE UNITED STATES**,<br><br>*Defendants*. | Civil Action No. 25-4316 |

## MOTION FOR TEMPORARY RESTRAINING ORDER
## AND PRELIMINARY INJUNCTION

The defendants in this action—the National Park Service; Jessica Bowron, in her official capacity as Acting Director of the National Park Service; John Stanwich, in his official capacity as Superintendent of the White House and President's Park; the Department of the Interior; Douglas Burgum, in his official capacity as Secretary of the Interior; the General Services Administration; Michael J. Rigas, in his official capacity as Acting Administrator of the General

Services Administration; and Donald J. Trump, in his official capacity as President of the United States (collectively, the "Defendants")—have begun to construct a ballroom (the "Ballroom") on the former site of the East Wing of the White House, which the Defendants demolished in late October 2025. As explained in the memorandum accompanying this motion, the demolition of the East Wing and the construction of the Ballroom violate numerous federal statutes, as well as the Constitution.

Pursuant to Federal Rule of Civil Procedure 65(b) and Local Civil Rule 65.1(a), plaintiff, the National Trust for Historic Preservation in the United States (the "National Trust") moves for an order temporarily enjoining the Defendants from engaging in further construction of the Ballroom. The National Trust further moves, pursuant to Federal Rule of Civil Procedure 65(a) and Local Civil Rule 65.1(c), for a preliminary injunction against the Defendants prohibiting the same. The National Trust requests a hearing on its motion, and the commencement of construction of the Ballroom makes expedition essential. *See* Local Civil Rule 65.1(d).

For the reasons stated in the accompanying memorandum, the National Trust is likely to succeed on each of its claims, and the remaining factors—irreparable harm, balance of the equities, and the public interest—all weigh heavily in its favor. The National Trust therefore respectfully requests that the Court grant its motion; issue a temporary restraining order and, thereafter, a preliminary injunction; and issue any further relief as the Court deems just and warranted.

Dated: December 12, 2025

Respectfully submitted,

  */s/ Gregory B. Craig*
Gregory B. Craig (164640)
FOLEY HOAG LLP
1717 K Street N.W.
Washington, DC 20006.
Tel: (202) 223-1200

Thaddeus A. Heuer (*pro hac vice* forthcoming)
Matthew F. Casassa (*pro hac vice* forthcoming)
Jack C. Smith (1725229)
FOLEY HOAG LLP
155 Seaport Boulevard
Suite 1600
Boston, MA 02210
Tel. (617) 832-1000

## LOCAL RULE 65.1 CERTIFICATE

Pursuant to Local Rule 65.1(a), I certify that on December 12, 2025, I notified Defendants of this motion for a temporary restraining order by email sent to the Defendants or their representatives, at the time of the filing of this motion, at the following email addresses:

**Eric J. Hamilton,** Deputy Assistant Attorney General, Federal Programs Branch, DOJ
Eric.hamilton@usdoj.gov

**Alex Haas,** Co-Director, Federal Programs Branch, DOJ
Alex.haas@usdoj.gov

**John Griffiths,** Co-Director, Federal Programs Branch, DOJ
John.griffiths@usdoj.gov

**Jessica Bowron**, Acting Director, National Park Service
Jessica_bowron@nps.gov

**John Stanwich**, Superintendent, The White House and President's Park
John_stanwich@nps.gov

**Douglas Burgum**, Secretary of the Interior
Douglas.burgum@ios.doi.gov

**Michael J. Rigas**, Acting Administrator, General Services Administration
michael.rigas@gsa.gov

I further certify that copies of all pleadings and papers filed in this action to date or to be presented to the Court at a hearing on this motion have been transmitted to Defendants via overnight mail to the following addresses:

**NATIONAL PARK SERVICE**
Attn: Jessica Bowron
1849 C Street, N.W., Washington, D.C. 20240;

**JOHN STANWICH,**
Superintendent, The White House And President's Park,
1849 C Street, N.W., Washington, D.C. 20240;

**DEPARTMENT OF THE INTERIOR**
Attn: Douglas Burgum
1849 C Street, N.W., Washington, D.C. 20240;

**GENERAL SERVICES ADMINISTRATION**
Attn: Michael J. Rigas
1800 F Street, N.W., Washington, D.C. 20405;

**ATTORNEY GENERAL OF THE UNITED STATES**
Pamela Bondi
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

**UNITED STATES ATTORNEY FOR THE DISTRICT OF COLUMBIA**
Jeanine Ferris Pirro
c/o Civil Process Clerk
601 D Street, N.W.
Washington, D.C. 20201

    /s/ *Gregory B. Craig*
Gregory B. Craig (164640)
FOLEY HOAG LLP
1717 K Street N.W.
Washington, DC 20006.
Tel: (202) 223-1200

# **CERTIFICATE OF SERVICE**

Pursuant to Local Rule 5.3, I hereby certify that on December 12, 2025, I filed the foregoing document with the Clerk of Court for the United States District Court for the District of Columbia using the court's CM/ECF filing system.

Further, I hereby certify that I have provided notice of this lawsuit by submitting via email the foregoing document to the following recipients:

**Eric J. Hamilton,** Deputy Assistant Attorney General, Federal Programs Branch, DOJ
Eric.hamilton@usdoj.gov

**Alex Haas,** Co-Director, Federal Programs Branch, DOJ
Alex.haas@usdoj.gov

**John Griffiths,** Co-Director, Federal Programs Branch, DOJ
John.griffiths@usdoj.gov

**Jessica Bowron**, Acting Director, National Park Service
Jessica_bowron@nps.gov

**John Stanwich**, Superintendent, The White House and President's Park
John_stanwich@nps.gov

**Douglas Burgum**, Secretary of the Interior
Douglas.burgum@ios.doi.gov

**Michael J. Rigas**, Acting Administrator, General Services Administration
michael.rigas@gsa.gov

In addition, I hereby certify that I have provided notice of this filing by submitting the foregoing document to the following entities at the addresses listed via Overnight Mail:

**NATIONAL PARK SERVICE**
Attn: Jessica Bowron
1849 C Street, N.W., Washington, D.C. 20240;

**JOHN STANWICH,**
Superintendent, The White House And President's Park,
1849 C Street, N.W., Washington, D.C. 20240;

**DEPARTMENT OF THE INTERIOR**
Attn: Douglas Burgum
1849 C Street, N.W., Washington, D.C. 20240;

**GENERAL SERVICES ADMINISTRATION**
Attn: Michael J. Rigas
1800 F Street, N.W., Washington, D.C. 20405;

**ATTORNEY GENERAL OF THE UNITED STATES**
Pamela Bondi
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

**UNITED STATES ATTORNEY FOR THE DISTRICT OF COLUMBIA**
Jeanine Ferris Pirro
c/o Civil Process Clerk
601 D Street, N.W.
Washington, D.C. 20201

      */s/ Gregory B. Craig*
Gregory B. Craig (164640)
FOLEY HOAG LLP
1717 K Street N.W.
Washington, DC 20006.
Tel: (202) 223-1200