**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **NATIONAL TRUST FOR HISTORIC PRESERVATION IN THE UNITED STATES**, <br><br> *Plaintiff*, <br><br> v. <br><br> **NATIONAL PARK SERVICE**, *et al.*, <br><br> *Defendants*. | Civil Action No. 25-4316 |

## DECLARATION OF GREGORY B. CRAIG

I, Gregory B. Craig, hereby declare and state as follows pursuant to 28 U.S.C. § 1746:

1. I am an attorney at the law firm Foley Hoag LLP and am counsel for plaintiff, the National Trust for Historic Preservation in the United States ("National Trust"), in the above-captioned matter.

2. I submit this declaration in support of the National Trust's Motion for Temporary Restraining Order and Preliminary Injunction, filed herewith.

3. Attached as Exhibit A to this declaration is a true and correct copy of an article by Jonathan Edwards and Dan Diamond titled "Trump hires new White House ballroom architect," published by the Washington Post and dated December 4, 2025.

4. Attached as Exhibit B to this declaration is a true and correct copy of an article by Jonathan Edwards and Dan Diamond titled "Trump wants a bigger White House ballroom. His architect disagrees," published by the Washington Post and dated November 26, 2025.

5. Attached as Exhibit C to this declaration is a true and correct copy of an article by Lucinda Prout Janke titled "The President's Park (Give or Take a Few Acres)," published in the Spring 2010 issue of the Journal of the White House Historical Association.

6.      Attached as Exhibit D to this declaration is a true and correct copy of an article by Travis McDonald titled "The East and West Wings of the White House: History in Architecture and Building," published in the Summer 2011 issue of the Journal of the White House Historical Association.

7.      Attached as Exhibit E to this declaration is a true and correct copy, in pdf form, of a webpage maintained by the White House Historical Association and titled "East Wing Fact Sheet," as it appeared on December 11, 2025.

8.      Attached as Exhibit F to this declaration is a true and correct copy of an article by Elizabeth Rees titled "The Office of the First Lady: The Evolution of the East Wing Staff," published by the White House Historical Association.

9.      Attached as Exhibit G to this declaration is a true and correct copy of an article by Ashley Ahn titled "A Look Back at the White House East Wing," published by the New York Times and dated October 22, 2025.

10.      Attached as Exhibit H to this declaration is a true and correct copy of an article by Alexandra Hutzler and Isabella Murray titled "White House East Wing demolished, new images appear to show," published by ABC News and dated October 23, 2025.

11.      Attached as Exhibit I to this declaration is a true and correct copy, in pdf form, of a webpage maintained by the National Park Service and titled "Jacqueline Kennedy Garden," as it appeared on December 11, 2025.

12.      Attached as Exhibit J to this declaration is a true and correct copy of a press release titled "The White House Announces White House Ballroom Construction to Begin" issued by the White House and dated July 31, 2025.

13. Attached as Exhibit K to this declaration is a true and correct copy of an article by Luke Broadwater titled "Inside Trump's Push to Make the White House Ballroom as Big as Possible," published by the New York Times and dated November 30, 2025.

14. Attached as Exhibit L to this declaration is a true and correct copy of a letter from Dr. Carol Quillen, President and Chief Executive Officer of the National Trust, to William Scharf, Chair of the National Capital Planning Commission; Jessica Bowron, Acting Director of the National Park Service; and Billie Tsien, Chair of the Commission of Fine Arts, dated October 21, 2025.

15. Attached as Exhibit M to this declaration is a true and correct copy of an article by Gabe Gutierrez, Monica Alba, Peter Alexander, and Dareh Gregorian titled "White House's entire East Wing to be demolished 'within days,' officials say" published by NBC News and dated October 23, 2025.

16. Attached as Exhibit N to this declaration is a true and correct copy, in pdf form, of a webpage maintained by the National Park Service and titled "The White House is a National Park," as it appeared on December 11, 2025.

17. Attached as Exhibit O to this declaration is a true and correct copy, in pdf form, of a webpage maintained by the National Park Service and titled "Basic Information," as it appeared on December 8, 2025.

18. Attached as Exhibit P to this declaration is a true and correct copy of a National Capital Planning Commission media release titled "NCPC Welcomes New Chairman and Presidential Appointees," dated July 14, 2025.

19. Attached as Exhibit Q to this declaration is a true and correct copy of an article by Darlene Superville titled "PHOTOS: White House starts East Wing demolition to build Trump's ballroom," published by PBS News and dated October 23, 2025.

20. Attached as Exhibit R to this declaration is a true and correct copy of an article by Irie Sentner titled "Trump taps personal lawyer Will Scharf for White House staff secretary," published by Politico and dated November 16, 2024.

21. Attached as Exhibit S to this declaration is a true and correct copy of an article by Swapna Venugopal Ramaswamy titled "Trump waltzes into ballroom controversy with 'two geniuses' and an East Wing demolition," published by USA Today and dated October 23, 2025.

22. Attached as Exhibit T to this declaration is a true and correct copy of an article by Peter Nicholas titled "Trump says the new White House ballroom will be 'a little bigger' than initially planned," published by NBC News and dated September 13, 2025.

23. Attached as Exhibit U to this declaration is a true and correct copy of an article by Seung Min Kim titled "WATCH: Trump hosts dinner for donors to $250 million White House ballroom project," published by PBS News and dated October 16, 2025.

24. Attached as Exhibit V to this declaration is a true and correct copy of a letter from the American Institute of Architects to Executive Secretary John Stanwich, The Committee for the Preservation of the White House, dated August 5, 2025.

25. Attached as Exhibit W to this declaration is a true and correct copy of a public statement from the Heritage Conservation Committee of the Society of Architectural Historians titled "Statement on the Proposed Ballroom Addition at the White House," dated October 16, 2025.

26. Attached as Exhibit X to this declaration is a true and correct copy of a social media post from the Truth Social account of Donald J. Trump, dated October 20, 2025.

27. Attached as Exhibit Y to this declaration is a true and correct copy of an article by Kathryn Watson titled "White House begins demolition of part of East Wing for Trump's ballroom," published by CBS News and dated October 21, 2025.

28. Attached as Exhibit Z to this declaration is a true and correct copy of an article by David Smith titled "Trump's ballroom blitz sparks chorus of disgust: 'The perfect symbol'," published by The Guardian and dated October 23, 2025.

29. Attached as Exhibit AA to this declaration is a true and correct copy of a press release titled "White House Continues Proud Presidential Legacy," issued by the White House and dated October 21, 2025.

30. Attached as Exhibit BB to this declaration is a true and correct copy of an article by Marco Hernandez, Junho Lee, and Ashley Wu titled "Trump's Plans for the East Wing Keep Changing. Here's a Look," published by the New York Times and dated October 24, 2025.

31. Attached as Exhibit CC to this declaration is a true and correct copy of a proposed agenda for the December 4, 2025 meeting of the National Capital Planning Commission.

32. Attached as Exhibit DD to this declaration is a true and correct copy of an article by Dan Diamond titled "White House fires arts commission expected to review Trump construction projects," published by the Washington Post and dated October 28, 2025.

33. Attached as Exhibit EE to this declaration is a true and correct copy, in pdf form, of a webpage maintained by the Commission of Fine Arts and titled "Who We Are," as it appeared on December 11, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of December, 2025.

                                                                  _____
                                                                  Gregory B. Craig