# EXHIBIT A

*Democracy Dies in Darkness*

# Trump hires new White House ballroom architect

Although the president and the original architect had clashed over the size of the project, the decisive factor was the small firm's limited capacity to handle such an enormous project.

December 4, 2025

By Jonathan Edwards and Dan Diamond

President Donald Trump has replaced the architect he handpicked to design his White House ballroom, according to three people familiar with the project, ending the involvement of a boutique firm whose selection raised questions from the start about whether it had the capacity to complete the massive, high-profile endeavor.

For more than three months, James McCrery II and his namesake architecture firm led the effort to design Trump's $300 million ballroom building — until late October, when he stopped working on the project, one of the people said. It is unclear whether McCrery stepped back voluntarily, but the men parted on good terms and remain so, according to one of the people familiar with the project, all of whom spoke on the condition of anonymity to discuss internal conversations.

Trump and McCrery had clashed over the president's desire to keep increasing the size of the building, but it was McCrery's firm's small workforce and inability to hit deadlines that became the decisive factor in him leaving, one of the people said.

Trump has chosen architect Shalom Baranes, who's been designing and renovating government buildings in Washington for decades, to pick up the mantle, according to two of the people. Baranes's firm has handled a number of large Washington projects dating back decades, including projects involving the main Treasury building near the White House, the Federal Reserve and the headquarters of the General Services Administration.

Baranes led a $1 billion renovation of the Pentagon immediately after the terrorist attacks of Sept. 11, 2001, which he described as his "proudest moment" in a 2017 Washington Post op-ed. His architectural approach, which includes modernist buildings, is different from McCrery's classical style.

"As we begin to transition into the next stage of development on the White House Ballroom, the Administration is excited to share that the highly talented Shalom Baranes has joined the team of experts to carry out President Trump's vision on building what will be the greatest addition to the White House since the Oval Office — the White House Ballroom," White House spokesman Davis Ingle said in a written statement. "Shalom is an accomplished architect whose work has shaped the architectural identity of our nation's capital for decades and his experience will be a great asset to the completion of this project."

The White House and McCrery's representative have said that McCrery remains involved in the project in a "consulting" role.

A top Trump deputy said Thursday that the White House expects to submit ballroom plans this month to the National Capital Planning Commission, a 12-member board charged by Congress with overseeing federal construction projects.

Will Scharf, who serves as the president's staff secretary and was tapped by Trump this summer to lead the NCPC, said at a public meeting Thursday that the commission would review the ballroom plans "at a normal and deliberative pace." He said that other White House officials had not shared information about the ballroom with him, but that he expected more details about the project to come soon.

"I'm excited for NCPC to play a constructive role in what I expect will be one of the most important projects in the true core of Washington, D.C., for many years to come," Scharf said at the meeting.

The lack of NCPC involvement in a project until months into demolition and site prep is not normal, especially for one as large and symbolically meaningful as the ballroom building. A security fence and a tennis pavilion — neither of which involved the White House itself — each took more than a year to move through the NCPC.

Before formally submitting proposals, planners at federal agencies typically contact NCPC staff as part of a rigorous, four-step review, ending with a presentation at a public commission meeting. At each stage, commission staff and commissioners give feedback on details ranging from aesthetics to environmental impacts.

In such cases, agencies have typically held off on demolition, site prep or construction until getting the commission's approval.

The White House has shared few details about the project's specifications beyond its seating capacity, square footage and that the government plans to rely on private donations to fund construction. The approach has drawn complaints from outside architects, historic preservationists and Democrats who say Trump owes the public more transparency about a major project that will reshape the White House's grounds.

White House officials have said that they did not seek NCPC approval to demolish the East Wing because only new construction, not demolition, falls under the commission's purview.

Historic preservationists have said the White House should have waited for federal advisory panels to review and sign off on the project. Sen. Richard Blumenthal (D-Connecticut) on Thursday introduced legislation, dubbed the "No Palaces Act," that would require demolition on the White House grounds to trigger NCPC review, require congressional authorization to use private funds for White House construction and impose other restrictions on projects. Members of Congress would also be allowed to file an injunction to enforce the law.

"There ought to be a right on the part of a member of Congress to seek a court order stopping this kind of absolutely atrocious destruction," Blumenthal told The Post. "It's not Donald Trump's house, it's the people's house."

Trump has had his own concerns about the project, including whether his original architect could finish the job on Trump's timeline: before the end of his second term.

The ballroom building — at 90,000 square feet and estimated to hold nearly 1,000 guests and cost $300 million — was from the start a herculean task for McCrery, said people familiar with his firm's operations. That might have been true for any firm given Trump's rushed timeline, but it was especially difficult for the head of a small firm better equipped to design churches, libraries and homes.

Trump's selection of the firm raised eyebrows among architects and planning experts worried that a shop as small as McCrery's couldn't complete such a large project in little more than three years. One architect said federal officials tasked with awarding contracts would normally consider only firms four times bigger than McCrery's to take on projects of that scale.

Those concerns grew almost immediately, according to one of the people, who spoke on the condition of anonymity about the project.

"Everybody realized he couldn't do it," the person said.

McCrery's spokesman did not respond to requests for an interview.

The renovation represents one of the biggest changes to the White House in its 233-year history, and has yet to undergo any formal public review. The administration has not publicly provided key details about the building, such as its planned height. The structure also is expected to include a suite of offices previously located in the East Wing. The White House has also declined to specify the status of an emergency bunker located beneath the East Wing, citing matters of national security.

In the weeks since the switch from McCrery to Baranes, crews of dozens of workers have continued to prep the site for construction, driving piles, stockpiling materials such as reinforced concrete pipes and amassing an array of cranes, drills and other heavy machinery, photos obtained by The Post show. On Wednesday, they erected a towering crane anchored into a concrete paddock.

On Tuesday, Trump said during a Cabinet meeting that the pile drivers operate "all night" and have created a disagreement in his marriage. The president said he loves the sound while first lady Melania Trump has asked him to make the constant pounding stop, a request he's denied.

"Sorry, darling, that's progress," Trump said he told her.

## What readers are saying

The comments express strong criticism of President Trump's decision to replace the original architect for the White House ballroom project. Many commenters highlight concerns about the lack of planning and foresight, with some predicting that the project will result in a costly... Show more

This summary is AI-generated. AI can make mistakes and this summary is not a replacement for reading the comments.