# EXHIBIT I

🇺🇸 An official website of the United States government  Here's how you know


**National Park Service**

# The White House and President's Park
District of Columbia

*NPS.gov (https://www.nps.gov/)*  /  *Park Home (https://www.nps.gov/whho/index.htm)*
 /  *Learn About the Park (https://www.nps.gov/whho/learn/index.htm)*
 /  *History & Culture (https://www.nps.gov/whho/learn/historyculture/index.htm)*
 /  *Gardens (https://www.nps.gov/whho/learn/historyculture/gardens.htm)*  /  *Jacqueline Kennedy Garden*

# Jacqueline Kennedy Garden

Located south of the East Terrace Colonnade, the Jacqueline Kennedy Garden was designed by Rachel Lambert Mellon, who also redesigned the Rose Garden (https://www.nps.gov/whho/learn/historyculture/rose-garden.htm) for President John F. Kennedy. The planning of the garden started during the Kennedy administration and was finished during the Lyndon B. Johnson administration. The pergola at the west end of the garden was designed by famed architect I. M. Pei. When the garden was formally dedicated in 1965, First Lady Claudia "Lady Bird" Johnson named the garden to commemorate former First Lady Jacqueline Kennedy.



Jacqueline Kennedy Garden (2023)
*NPS / Kelsey Graczyk*

The current garden has French design elements. Sometimes referred to as the East Garden or First Lady's Garden, a garden has been in this location since 1903 when First Lady Edith Roosevelt created a colonial-style garden here. President Woodrow Wilson's first wife First Lady Ellen Wilson started planning a new garden in the Italian Tuscan style with landscape architect Beatrix Farrand in 1914. The garden design was implemented by President Wilson's second wife First Lady Edith Wilson in 1916.

Historically this garden served as a location for outdoor receptions. From 1994 until 2000, First Lady Hillary Clinton staged eight outdoor exhibitions of American sculpture here.

Case 1:25-cv-04316-RJL    Document 2-13    Filed 12/12/25    Page 3 of 5



Kennedy Garden (2023)
*NPS / Nathan King*

## WHITE HOUSE GARDENS







### Children's Garden

(https://www.nps.gov/whho/learn/histo
ryculture/children-s-garden.htm)

### Rose Garden

(https://www.nps.gov/whho/learn/histo
ryculture/rose-garden.htm)

### Kitchen Garden

(https://www.nps.gov/whho/learn/histo
ryculture/white-house-kitchen-

The young grandchildren of the
President are commemorated with
bronze castings of their young
handprints.

The current Rose Garden reflects a
renovation in 2020 that was initiated by
First Lady Melania Trump.

garden.htm)

The garden provides locally grown
vegetables, fruits, and herbs for the
first family and White House guests.

## Commemorative Tree Plantings and Gardens at the White House and President's Park



(https://www.mapbox.com/about/maps/) © OpenStreetMap (https://www.openstreetmap.org/copyright) contributors | NPS / Nathan King | Geocoding by Esri

This map shows locations of a wide variety of trees planted by and in honor of presidents of the United States and first ladies from the 1800s to today. The trees are located throughout the grounds surrounding the White House. Several gardens are also on the White House grounds.

Last updated: June 27, 2025

# Was this page helpful?

◯ Yes

◯ No

🇺🇸 An official form of the United States government. Provided by [Touchpoints (https://touchpoints.app.cloud.gov/)](https://touchpoints.app.cloud.gov/)

**CONTACT INFO**

**Mailing Address:**
1849 C Street NW
Room 1426
Washington, DC 20240

**Phone:**
202 208-1631