# EXHIBIT J

*The* WHITE HOUSE

**BRIEFINGS & STATEMENTS**

The White House Announces White House Ballroom Construction to Begin

The White House

July 31, 2025

**Washington, D.C.** — For 150 years, Presidents, Administrations, and White House Staff have longed for a large event space on the White House complex that can hold substantially more guests than currently allowed. President Donald J. Trump has expressed his commitment to solving this problem on behalf of future Administrations and the American people.

The White House is one of the most beautiful and historic buildings in the world, yet the White House is currently unable to host major functions honoring world leaders and other countries without having to install a large and unsightly tent approximately 100 yards away from the main building entrance. The White House State Ballroom will be a much-needed and exquisite addition of approximately 90,000 total square feet of ornately designed and carefully crafted space, with a seated capacity of 650 people — a significant increase from the 200-person seated capacity in the East Room of the White House.

In recent weeks, President Trump has held several meetings with members of the White House Staff, the National Park Service, the White House Military Office, and the United States Secret Service to discuss design features and planning.

President Trump has chosen McCrery Architects as lead architect, which is well-known for their classical architectural design and based in our nation's capital. CEO Jim McCrery said: "Presidents in the modern era have faced challenges hosting major events at the White House because it has been untouched since President Harry Truman. I am honored that President Trump has entrusted me to help bring this beautiful and

necessary renovation to The People's House, while preserving the elegance of its classical design and historical importance."

The construction team will be headed by Clark Construction, and the engineering team will be led by AECOM.

The project will begin in September 2025, and it is expected to be completed long before the end of President Trump's term.

President Trump, and other patriot donors, have generously committed to donating the funds necessary to build this approximately $200 million dollar structure. The United States Secret Service will provide the necessary security enhancements and modifications.

The White House Ballroom will be substantially separated from the main building of the White House, but at the same time, it's theme and architectural heritage will be almost identical. The site of the new ballroom will be where the small, heavily changed, and reconstructed East Wing currently sits. The East Wing was constructed in 1902 and has been renovated and changed many times, with a second story added in 1942.

The White House Chief of Staff Susie Wiles said the following: "President Trump is a builder at heart and has an extraordinary eye for detail. The President and the Trump White House are fully committed to working with the appropriate organizations to preserving the special history of the White House while building a beautiful ballroom that can be enjoyed by future Administrations and generations of Americans to come."

The White House will continue to provide the American public with updates on this project at whitehouse.gov/visit.

  










Subscribe to The White House newsletter

Your email                                                          **SIGN UP**

Text POTUS to 45470 to receive updates

NEWS                                    ADMINISTRATION

WIRE                                    GALLERY

ISSUES                                  VIDEO LIBRARY

CONTACT                                 AMERICA 250

VISIT                                   FOUNDING FATHERS

Case 1:25-cv-04316-RJL   Document 2-14   Filed 12/12/25   Page 5 of 5

EOP

THE SIGNERS

THE WHITE HOUSE

1600 Pennsylvania Ave NW

Washington, DC 20500

WH.GOV

Copyright

Privacy

