# EXHIBIT N

🇺🇸 An official website of the United States government   Here's how you know

 **National Park Service**

# The White House and President's Park
District of Columbia

# The White House is a National Park

The White House is owned by the American people and stewarded by the National Park Service. It is more than the President's residence; it is a site for protests and national discourse about what it means to be American. As one of the most iconic sites in the country, the White House and President's Park seeks to tell the stories of all people who have lived, worked, and visited.



### How to Tour the White House ›

(https://www.nps.gov/whho/planyourvisit/the-white-house-tour.htm)

Tours must be scheduled through your Congressperson or embassy.



### White House Visitor Center ›

(https://www.nps.gov/whho/planyourvisit/white-house-visitor-center.htm)

The Visitor Center is a place to learn about the White House and engage with ranger staff.



### Military Monuments and Memorials ›

(https://www.nps.gov/whho/learn/historyculture/military-monuments-and-memorials.htm)

Discover individuals and military units honored, memorialized, and commemorated in Lafayette Park and on the Ellipse.



### History and Culture ›



### Things to Do ›

(https://www.nps.gov/whho/learn/historyculture/index.htm)

Learn about the people, places, and stories that define the White House and President's Park.

(https://www.nps.gov/whho/planyourvisit/things2do.htm)

Learn how to explore President's Park, see the White House, and more.

Last updated: August 25, 2025



# Was this page helpful?

◯ Yes

◯ No

An official form of the United States government. Provided by Touchpoints (https://touchpoints.app.cloud.gov/)

**CONTACT INFO**

**Mailing Address:**
1849 C Street NW
Room 1426
Washington, DC 20240

**Phone:**
202 208-1631

**Explore subjects and stories related to this park**

Case 1:25-cv-04316-RJL The White House and President's Park (U.S. National Park Service) Document 2-18 Filed 12/12/25 Page 4 of 4

SUBJECT
**Presidential Inauguration**

SUBJECT
**Birds & Birding**

SUBJECT
**Cultura**

SUBJECT
**Presidential Inauguration**

SUBJECT
**Birds & Birding**

SUBJECT
**Cultura**