# EXHIBIT O

Case 1:25-cv-04316-RJL    Document 2-19    Filed 12/12/25    Page 2 of 4



An official website of the United States government  Here's how you know

**National Park Service**

# The White House and President's Park
District of Columbia

*NPS.gov (https://www.nps.gov/)  /  Park Home (https://www.nps.gov/whho/index.htm)*
*/  Plan Your Visit (https://www.nps.gov/whho/planyourvisit/index.htm)  /  Basic Information*

# Basic Information

Located in the center of downtown Washington, DC, President's Park includes the park land and gardens surrounding the White House. Amid the vibrant city life of our nation's capital, President's Park offers visitors, district residents, and the President of the United States restorative green space, awe-inspiring memorials, and the White House itself to contemplate as a symbol of the United States and democracy.

## Be Prepared

- Operating Hours and Seasons (https://www.nps.gov/whho/planyourvisit/hours.htm) - Find out when is the best time to visit President's Park.

- Fees and Passes (https://www.nps.gov/whho/planyourvisit/fees.htm) - A visit to President's Park is free!

- Permits and Reservations (https://www.nps.gov/whho/planyourvisit/permitsandreservations.htm) - Learn how to apply for a permit at President's Park.



The public gets to view the White House up close during the White House Fall Garden Tour.
*NPS photo*

**Physical Address**

1450 Pennsylvania Ave., NW
Washington, DC 20230

**Directions**

The White House is located in downtown Washington, DC, directly north of the Washington Monument. The park boundaries are between 17th and 15th Streets NW on the east and west and between Constitution Ave NW and H St NW on the north and south. The nearest Metro stations are Farragut North/South, McPherson Square, and Federal Triangle. The park visitor center is located at 15th St. & Pennsylvania Ave.

Directions Details (http://www.nps.gov/whho/planyourvisit/directions.htm)

**Operating Hours & Seasons**

**Weather**

**Fees & Passes**

**Visitor Centers**

**Internet & Cellular Access**

Last updated: August 24, 2025



# Was this page helpful?

○ Yes

○ No

An official form of the United States government. Provided by Touchpoints (https://touchpoints.app.cloud.gov/)

Case 1:25-cv-04316-RJL   Document 2-19   Filed 12/12/25   Page 4 of 4

CONTACT INFO

**Mailing Address:**

1849 C Street NW
Room 1426
Washington, DC 20240

**Phone:**

202 208-1631