An official U.S. government website    Here's how you know ∨

National Capital Planning Commission (/)

≡

« Back to List (/news/2/)    ‹    ›





Media Release

*Capital One Arena*

*By Stephen Staudigl  /  July 14, 2025*

## NCPC WELCOMES NEW CHAIRMAN AND PRESIDENTIAL APPOINTEES

Commission Provides Feedback on Poplar Point Revised Concept Master Plan and Capital One Arena Improvements

The Thursday, July 10 National Capital Planning Commission (NCPC) meeting (https://www.ncpc.gov/review/archive/2025/07-10/) was the first led by new **Chairman William Scharf** (At-Large). He, and **Presidential Appointees Stuart Levenbach** (Maryland) and **Michael Blair** (Virginia) were appointed to the Commission by **President Donald J. Trump** on July 9, 2025.

At the meeting, NCPC provided feedback to the National Park Service on the revised concept **Poplar Point Master Plan**. Submitted in coordination with the District of Columbia Office of the Deputy Mayor for Planning and Economic Development and the District of Columbia Office of Planning, the plan provides an updated vision for redeveloping the 110-acre site located in Southeast Washington in Anacostia River East, across the Anacostia River from Nationals Park.

The plan seeks to meet the Federal and District of Columbia Government Real Property Act of 2006 requirements that would facilitate the transfer of Poplar Point from the federal government to the District government. The act requires preservation of no fewer than 70 acres of land, including wetlands, for park purposes; identification of sites for, and relocation of, existing National Park Service facilities and related properties; and determination of at least two sites for potential commemorative works.

The updated plan has one preferred alternative where the Point (the area east of the South Capitol Street Bridge that juts out into the river) would have cultural and civic uses. New development, including a proposed 15-acre anchor use, would be close to the Anacostia Metrorail station. An extension of Anacostia Drive would be routed away closer to new development to open access to the riverfront. Two pedestrian access points would connect to Historic Anacostia. There would be approximately seven acres of wetlands with education and recreation opportunities including paths and boardwalks.

Commissioners were enthusiastic about how the preferred alternative addresses all their previous comments and concerns, and very supportive of the project's goals. They encouraged the applicant to continue community coordination and outreach.

Commissioners approved final site and building plans submitted by the Smithsonian Institution for the **National Air and Space Museum Construct Integrated Bezos Learning Center**. The three-story, approximately 80,000 square foot addition will be built at the museum's east end on the National Mall. A 600-700 seat restaurant and a vestibule connection to the museum will be on the ground floor with programming on the top two levels. The grounds will include a Learning Courtyard and an Astronomy Park, which will be the permanent home of the Phoebe Waterman Haas Observatory. The spiral galaxy influenced the building's design.

Commissioners were pleased that the applicant addressed its prior concerns including those related to the building's south façade upper volume terminus, impacts of lighting on surrounding museums and memorials, wayfinding and visitor circulation, and stormwater management and planting plans. They felt that the final design is exciting and that the concept stayed true while being updated through the design review process.

NCPC approved preliminary building plans submitted by the District of Columbia Office of the Deputy Mayor for Planning and Economic Development and Monumental Sports & Entertainment for proposed **Capital One Arena improvements**. The plans would redesign the arena to visually transform it into a dynamic gathering location that better blends in with its surroundings, is a catalyst for future neighborhood improvements, and is furthered as a centrally located entertainment venue.

While the project also includes extensive interior renovations, NCPC only reviews proposed exterior enhancements. These include relocation of the F Street main entrance closer to 7th Street; improved entrances on 7th and 6th Streets; new digital screen displays and lighting; and the addition of a metal mesh wrap architectural veil on the building's top. Construction would be done in six phases beginning before the start of the 2027-2028 season.

Commissioners were very supportive of the project's goal to extend the building's life as an anchor in downtown Washington and appreciative of the applicant's response to previous NCPC comments as the design has evolved.

The Commission approved preliminary site development plans submitted by the National Park Service for the **rehabilitation of Ash Road** located in the National Mall's western portion. The Park Service seeks to repair the approximately 0.3 mile tree-lined access road located between the World War II and Korea War Veterans Memorials and repave it with exposed gray aggregate concrete. Plans also call for upgrading benches, lighting, and bike racks and renaming it Ash Walk to better reflect its intended use as a route for restricted vehicles, bicyclists, and pedestrians.

NCPC staff and National Park Service consultants then provided an information presentation on the **National Mall and Memorial Parks Telecommunications Infrastructure Plan** which will evaluate telecommunications infrastructure improvement alternatives for the Mall. No action is taken on information presentations. The Commission saw this presentation because NCPC is responsible for the review of antenna placement and their structures on federal land in the National Capital Region and on District of Columbia-owned land in Washington, DC.

Expanded cell phone coverage and capacity is needed and the plan will provide a planning and technical framework to guide improvements to networks across the National Mall and surrounding areas while seeking to create a capacity five times its current service level. While the plan will consider possible antenna locations, it will not propose antenna designs. For the plan's purpose, the Mall is divided into five study areas that will each have site-specific solutions.

Commission actions and related materials are available online. (https://www.ncpc.gov/review/archive/2025/7/)

The Commission approved four items on the Consent Calendar (no presentation was made). Unless otherwise noted, the projects are in Washington, DC.

1.    Preliminary and final site and building plans for the St. Elizabeths West Campus Antenna Installation, Cedar Street, SE. (8674)

2.    Comments to the Mayor of the District of Columbia for the District of Columbia Capital Improvements Plan FY 2026 – 2031. (0348)

3.    Comments on the Humphreys Engineer Center Draft Master Plan, 7701 Telegraph Road, Alexandria, Virginia. (MP202)

4.    Preliminary and final site development plans for the Pentagon West End Security Fence, 104 Boundary Channel Drive, Arlington, Virginia. (8677)

*The Executive Director approved eleven items under authority delegated by the Commission. Unless otherwise noted, the projects are in Washington, DC.*

1.    Preliminary and final site and building plans for the Southeast Federal Center Parcel P3 Redevelopment – The Yards, 1300 5th Street, SE. (8654)

2.    Preliminary site and building plans for the Potomac Hill Access Control Facility, 2300 E Street, NW. (8666)

3.    Preliminary and final building plans for the Frances E. Perkins Federal Building Antenna Replacement and Site Renewal, 200 Constitution Avenue, NW. (8671)

4.    Preliminary site and building plans for the National Zoological Park Hawthorne Street Electrical Substation Replacement, 3001 Connecticut Avenue, NW. (8673)

5.    Final site and building plans for the Fort Davis Community Center Reconstruction and Site Improvements, 1400 41st Street, SE. (8633)

6.    Preliminary and final site development plans for the Food and Drug Administration Submerged Gravel Wetland, 10901 New Hampshire Avenue, Silver Spring, Maryland. (8679)

7.    Preliminary site and building plans for the Joint Base Andrews West Fitness Center Addition, Camp Springs, Maryland. (8680)

8.    Preliminary and final site and building plans for the Harvey W. Wiley Federal Building Antenna Array Modification, 5001 Campus Drive, College Park, Maryland. (8518)

9.    Preliminary and final site development plans for the Pentagon Fern Street Vehicle Access Point Security Fence, Arlington, Virginia. (8676)

10. Report to the Zoning Commission of the District of Columbia for the Text Amendment to Subtitle A and K, regarding Living Classrooms Foundation, 1300 5th Street, SE. (ZC 24-14)

11. Report to the Zoning Commission of the District of Columbia for the Proposed Map Amendment from RA-5 to ARTS-3 at Square 0210, Lot 0827, 1405 15th Street, NW. (ZC 24-16)

(https://www.addtoany.com/share#url=https%3A%2F%2Fwww.ncpc.gov%2Fnews%2Fitem%2F252%2F2%2F&title=Media%20Release%3A%20NCPC%20Welcomes%20N
        (/#facebook)        (/#twitter)        (/#linkedin)



**Media Release: NCPC Provides Input on Potential Women's Suffrage National Monument Sites** (/news/item/255/2/)

BY STEPHEN STAUDIGL

At its Thursday, December 4 meeting the National Capital Planning Commission provided input on four potential sites for the Women's Suffrage National Monument submitted by the National Park Service in collaboration with the Women's Suffrage National Monument Foundation. The four potential sites are Constitution Gardens West, Constitution Gardens East, Hockey Fields East, and Washington Monument South. The proposed monument will commemorate the women's suffrage movement and the passage of the 19th Amendment to the U.S. Constitution.



5
SEP

[Media Release: NCPC Approves Final Capital One Arena Improvements Plans (/news/item/254/2/)](/news/item/254/2/)

BY STEPHEN STAUDIGL

At its Thursday, September 4 meeting the National Capital Planning Commission approved final building plans for proposed Capital One Arena improvements submitted by the District of Columbia Office of the Deputy Mayor for Planning and Economic Development and Monumental Sports & Entertainment. The plans would redesign the arena to transform it into a dynamic gathering location that better blends in with its surroundings, is a catalyst for future neighborhood improvements, and is furthered as a centrally located entertainment venue.

## Most Viewed

Pennsylvania Avenue Initiative Partnership and Milestones Announced (/news/item/209/2/)

📅 Jul 31, 2023

Why Are There So Many Brutalist Federal Buildings in Washington? (/news/item/52/2/)

📅 Jul 25, 2018

GSA/FBI Statement on FBI Headquarters (/news/item/22/2/)

📅 Jul 11, 2017

Pennsylvania Avenue Market Analysis and Urban Design Analysis Released (/news/item/26/2/)

📅 Oct 12, 2017

NCPC Approves Eisenhower Memorial (/news/item/25/2/)

📅 Oct 05, 2017

## Trending

NCPC's Marcel Acosta Receives Regional Leadership Award (/news/item/239/2/)

📅 Feb 19, 2025

Why are There so Many Brutalist Federal Buildings in Washington? (/news/item/52/2/)

📅 Mar 03, 2025

DAVID RUBIN Land Collective Selected as New Pennsylvania Avenue Plan Design Consultant (/news/item/234/2/)

📅 Oct 03, 2024

HR&A Advisors Selected as First Consultant Team to Begin Work on a New Pennsylvania Avenue Plan (/news/item/224/2/)

📅 Mar 21, 2024

## Latest Posts

NCPC Receives Federal Planning Award (/news/item/253/2/)

📅 Jul 23, 2025

The American Planning Association's Federal Planning Division presented the Workplace ...

NCPC Releases Monumental Core Streetscape Guide (/news/item/251/2/)

📅 Jun 23, 2025

Within Washington's monumental core, streetscapes reinforce a special civic quality th...

NCPC Approves Final Texas Legation Memorial Plans (/news/item/250/2/)

📅 Jun 6, 2025

At its Thursday, June 5 meeting the National Capital Planning Commission approved final ...

ULI Washington TAP Lays Out Framework for Disposition and Redevelopment of the Forrestal Building (/news/item/249/2/)

📅 May 22, 2025

An Urban Land Institute Washington (ULI) Technical Assistance Panel (TAP) recommended a ...

## Newsletter

✉ Subscribe (/subscribe/)                                                                                  ▶



Privacy Policy (/policies/privacy/)

**f** (https://www.facebook.com/ncpc.gov)    ▶ (https://www.youtube.com/user/NCPCdotGov)

◎ (https://instagram.com/ncpcgov)    𝕏 (https://www.twitter.com/ncpcgov)

Select Language | ▼

(https://vote.gov)