# EXHIBIT Q



# PHOTOS: White House starts East Wing demolition to build Trump's ballroom

**Politics**    Updated on Oct 23, 2025 10:19 AM EST — Published on Oct 21, 2025 12:16 PM EST

**CORRECTION:** *PBS News has updated an Oct. 21 story withdrawn by The Associated Press that quoted White House press secretary Karoline Leavitt as saying over the summer that "nothing will be torn down" in reference to construction starting at the White House on a ballroom and crews tearing down the façade of the East Wing. The AP incorrectly attributed that quote to Leavitt in that story and two others, one on July 31 and Oct. 20. It was a journalist, not Leavitt, who said the quote while asking a question during a briefing Leavitt gave to reporters on July 31. The error was brought to the AP's attention on Oct. 22.*

WASHINGTON (AP) — The White House on Monday started tearing down part of the East Wing, the traditional base of operations for the first lady, to build President Donald Trump's $250 million ballroom despite lacking approval for construction from the federal agency that oversees such projects.

**READ MORE:** White House says it will begin construction on $200 million ballroom in September

Dramatic photos of the demolition work showed construction equipment tearing into the East Wing façade and windows and other building parts in tatters on the ground. Some reporters watched from a park near the Treasury Department, which is next to the East Wing.

Trump announced the start of construction in a social media post and referenced the work while hosting 2025 college baseball champs Louisiana State University and LSU-Shreveport in the East Room. He noted the work was happening "right behind us."



Workers demolish the facade of the East Wing of the White House on Oct. 20, 2025 in Washington, DC. The demolition is part of U.S. President Donald Trump's plan to build a ballroom reportedly costing $250 million on the eastern side of the White House. Photo by Kevin Dietsch/Getty Images

"We have a lot of construction going on, which you might hear periodically," he said, adding, "It just started today."

**READ MORE:** 9 things to know about the $250 million ballroom Trump is adding to the White House

The White House has moved ahead with the massive construction project despite not yet having sign-off from the National Capital Planning Commission, which approves construction work and major renovations to government buildings in the Washington area.

Its chairman, Will Scharf, who is also the White House staff secretary and one of Trump's top aides, said at the commission's September meeting that agency does not have jurisdiction over demolition or site preparation work for buildings on federal property.

"What we deal with is essentially construction, vertical build," Scharf said last month.

It was unclear whether the White House had submitted the ballroom plans for the agency's review and approval. The White House did not respond to a request for comment and the commission's offices are closed because of the government shutdown.

The Republican president had said in July when the project was announced that the ballroom would not interfere with the mansion itself.


Workers demolish the facade of the East Wing of the White House on Oct. 20, 2025 in Washington, DC. The demolition is part of U.S. President Donald Trump's plan to build a ballroom reportedly costing $250 million on the eastern side of the White House. Photo by Kevin Dietsch/Getty Images


The facade of the East Wing of the White House is demolished by work crews on Oct. 20, 2025 in Washington, DC. The demolition is part of U.S. President Donald Trump's plan to build a ballroom reportedly costing $250 million on the eastern side of the White House. Photo by Kevin Dietsch/Getty Images

"It'll be near it but not touching it and pays total respect to the existing building, which I'm the biggest fan of," he said of the White House.

The East Wing houses several offices, including those of the first lady. It was built in 1902 and and has been renovated over the years, with a second story added in 1942, according to the White House.


The facade of the East Wing of the White House is demolished by work crews on October 21, 2025 in Washington, DC. The demolition is part of U.S. President Donald Trump's plan to build a ballroom reportedly costing $250 million on the eastern side of the White House. Photo by Andrew Harnik/Getty Images

Karoline Leavitt, the White House press secretary, said those East Wing offices will be temporarily relocated during construction and that wing of the building will be modernized and renovated.

Trump insists that presidents have desired such a ballroom for 150 years and that he's adding the massive 90,000-square-foot, glass-walled space because the East Room, which is the largest room in the White House with an approximately 200-person capacity, is too small. He also has said he does not like the idea of hosting kings, queens, presidents and prime ministers in pavilions on the South Lawn.

Trump said in the social media announcement that the project would be completed "with zero cost to the American Taxpayer! The White House Ballroom is being privately funded by many generous Patriots, Great American Companies, and, yours truly."


A demolition crew takes apart the facade of the East Wing of the White House, where U.S. President Donald Trump's proposed ballroom is being built, in Washington, D.C. on Oct. 21, 2025. Photo by Jonathan Ernst/ Reuters

The ballroom will be the biggest structural change to the Executive Mansion since the addition in 1948 of the Truman Balcony overlooking the South Lawn, even dwarfing the residence itself.

At a dinner he hosted last week for some of the wealthy business executives who are donating money toward the $250 million construction cost, Trump said the project had grown in size and now will accommodate 999 people. The capacity was 650 seated people at the July announcement.

The White House has said it will disclose information on who has contributed money to build the ballroom, but has yet to do so.


People stand as a demolition crew takes apart the facade of the East Wing of the White House, where U.S. President Donald Trump's proposed ballroom is being built, in

Trump also said at last week's event that the head of Carrier Global Corp., a leading manufacturer of heating, ventilation and air conditioning systems, had offered to donate the air conditioning system for the ballroom.

Carrier confirmed to The Associated Press on Monday that it had done so. A cost estimate was not immediately available.

Case 1:25-cv-04316-RJL    Document 2-21    Filed 12/12/25    Page 4 of 4

Washington, D.C., on Oct. 21, 2025. Photo by Jonathan Ernst/ Reuters

"Carrier is honored to provide the new iconic ballroom at the White House with a world-class, energy-efficient HVAC system, bringing comfort to distinguished guests and dignitaries in this historic setting for years to come," the company said in an emailed statement.

The clearing of trees on the south grounds and other site preparation work for the construction started in September. Plans call for the ballroom to be ready before Trump's term ends in January 2029.

# A free press is a cornerstone of a healthy democracy.

Support trusted journalism and civil dialogue.

Donate now →

By — Darlene Superville, Associated Press