# EXHIBIT R

12/11/25, 8:24 PM
Case 1:25-cv-04316-RJL    Document 2-22    Filed 12/12/25    Page 2 of 5
Trump taps personal lawyer Will Scharf for White House staff secretary - POLITICO



# POLITICO

**WHITE HOUSE**

# Trump taps personal lawyer Will Scharf for White House staff secretary

Scharf was a member of Donald Trump's legal team in his federal election interference case and his Supreme Court immunity case.



In the role, Will Scharf will decide which memos will go to the president and who should weigh in on issues and speeches. | Charly Triballeau/AFP via Getty Images

By **IRIE SENTNER**
11/16/2024 04:52 PM EST

   

President-elect Donald Trump on Saturday tapped one of his personal attorneys, Will Scharf, to serve as White House staff secretary — a low-profile but powerful role controlling the paper flow to the Oval Office.

Scharf was a member of Trump's legal team in his federal election interference case and his Supreme Court immunity case, and played a part in getting Trump's Supreme Court nominees Brett Kavanaugh and Amy Coney Barrett confirmed. He has frequently appeared on TV to defend Trump — joining the list of incoming Trump administration officials who are cable regulars.

Advertisement

AD

Scharf unsuccessfully ran for attorney general of Missouri, losing the Republican primary in August. Both Scharf and his opponent, Andrew Bailey, had been endorsed by Trump. Over the course of the campaign, Scharf leaned on his connections to Trump to bolster his message.

"Will is a highly skilled attorney who will be a crucial part of my White House team," Trump said in a statement released Saturday.

In the role, Scharf will decide which memos, briefings and reports will go to the president and who should weigh in on issues and speeches.

**FILED UNDER:**
WHITE HOUSE, DONALD TRUMP, LEGAL, PRESIDENTIAL TRANSITION, 2025 PRESIDENTIAL TRANSITION

# West Wing Playbook: Remaking Government

Your guide to Donald Trump's unprecedented overhaul of the federal government.



**EMAIL**

Your Email

**EMPLOYER**

Employer

\* All fields must be completed to subscribe

SIGN UP

By signing up, you acknowledge and agree to our Privacy Policy and Terms of Service. You may unsubscribe at any time by following the directions at the bottom of the email or by contacting us here. This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

## SPONSORED CONTENT



### Neither Left nor Right: A Newsletter for...

If you are tired of echo chambers and partisan news, try this dail...

Reason



### What our analysis of 900 firms shows about their...

The Economist



### Every American Should Be Using This Retireme...

If You're Not Using This IRS Loophole, You Should Be

Goldco









## Donald Trump's Golf Footage Sparks Curiosity About His Legs

TMSPN

## Gisele Bündchen Says She Has No Regrets About Divorcing Tom Brady

TMSPN

## Al Michaels Reportedly Forced by NFL to Walk Back Comment Made...

TMSPN

About Us

Advertising

Breaking News Alerts

Careers

Credit Card Payments

Digital Edition

FAQ

Feedback

Headlines

Photos

Press

Request A Correction

Write For Us

RSS

Site Map

———————

Terms of Service

Privacy Policy

© 2025 POLITICO LLC