# EXHIBIT Y

Case 1:25-cv-04316-RJL   Document 2-29   Filed 12/12/25   Page 2 of 8

# ⦿CBS NEWS

U.S.     Defense Bill     Epstein Files     World     Politics     HealthWatch     MoneyWatch     Entertainment



**White House begins demolishing part of East Wing to build ballroom**
(02:34)

Politics

# White House begins demolition of part of East Wing for Trump's ballroom

By Kathryn Watson

Updated on: October 21, 2025 / 11:59 PM EDT / CBS News

⊞ Add CBS News on Google

*Washington* — Demolition on the White House's East Wing has begun, although President Trump previously said his ballroom addition to the White House wouldn't "interfere" with the building's existing structure.

The Washington Post first reported on the demolition and published an image of the work. And on Monday, a pool reporter captured video of part of the East Wing being torn down.

During an event Monday with the Louisiana State University baseball team at the White House, the president remarked on the construction, which he said "just started today."

"You know we're building — right behind us — we're building a ballroom," Mr. Trump said during the celebration of the 2025 NCAA champions in the White House East Room. He pointed out, "Right on the other side, you have a lot of construction going on, which you might hear periodically."

The president also referenced the construction during a meeting with GOP senators on the Rose Garden patio Tuesday. Mr. Trump overhauled the Rose Garden and covered the grass earlier this year to make it easier to host guests.

**Watch CBS News**

"You probably hear the beautiful sound of construction in the back," he said. "You hear that sound? Oh, that's music to my ears, I love that sound. Other people don't like it. I love it ... I think when I hear that sound, it reminds me of money. In this case, it reminds me of lack of money, because I'm paying for it."



Heavy machinery tears down a section of the East Wing of the White House as construction begins on President Donald Trump's planned ballroom, in Washington, DC, on October 20, 2025.
PEDRO UGARTE/AFP via Getty Images

Watch CBS News

The president told reporters in September that construction had begun, though at the time, no part of the White House building had been demolished.

White House press secretary Karoline Leavitt shared a social media post by Mr. Trump Monday announcing that "ground has been broken" for the "new, big, beautiful White House Ballroom."

"For more than 150 years, every President has dreamt about having a Ballroom at the White House to accommodate people for grand parties, State visits, etc.," Mr. Trump said in the post. "I am honored to be the first President to finally get this much-needed project underway — with zero cost to the American Taxpayer!"

The East Wing of the White House is fairly small and is where the first lady's office and staff are located.

"It won't interfere with the current building," the president said in July. "It won't be. It'll be near it but not touching it — and pays total respect to the existing building, which I'm the biggest fan of."

The White House says the project, which will cost $250 million, has been fully funded by private contributions from business and big tech, including Apple, Microsoft and Coinbase. Earlier this month, ballroom donors dined at the White House with Mr. Trump.

By September, a number of companies had pledged to donate $5 million or more for the addition, multiple sources familiar with the matter said.

The addition was originally planned to be 90,000 square feet, but that figure is likely to increase. The ballroom, which will be used for events that on occasion will include heads of state, is intended to hold 999 people, up from an initial estimate of 650. Mr. Trump said it will have bulletproof glass windows on all sides.

The National Trust for Historic Preservation, a D.C.-based nonprofit chartered by Congress that works to protect historical sites, wrote a letter Tuesday urging a "pause" to "demolition until plans for the proposed ballroom go through the legally required public review processes."

The letter was addressed to the National Capital Planning Commission, the National Park Service and the Commission of Fine Arts.

"While the National Trust acknowledges the utility of a larger meeting space at the White House, we are deeply concerned that the massing and height of the proposed new construction will overwhelm the White House itself—it is 55,000 square feet—and may also permanently disrupt the carefully balanced classical design of the White House with its two smaller, and lower, East and West Wings," the National Trust wrote.

CBS News previously obtained <u>renderings</u> of the ballroom.



Rendering of the White House State Ballroom exterior



Rendering of the White House State Ballroom interior

## More from CBS News



**◉CBS** MINNESOTA
Trump to sign AI executive order, sparking fears Minnesota's regulations will be upended



**◉CBS** POLITICS
Trump says he's "crushing" inflation as GOP faces affordability concerns



**◉CBS** MINNESOTA
Republican senator rebukes Trump's "garbage" remarks about Somali community



**◉CBS** TEXAS
Arlington City Council votes down LGBTQ+ anti-discrimination ordinance

In:    **White House**

© 2025 CBS Interactive Inc. All Rights Reserved.

**Watch CBS News**

**Featured**

Fed December Meeting

Minneapolis Snow Totals

MLB Winter Meetings

NFL Playoff Picture

**Follow Us On**

YouTube

Facebook

Instagram

X

**Privacy**

Privacy Policy

California Notice

Your Privacy Choices

Terms of Use

**More from CBS News**

Newsletters

Podcasts

Download Our App

Brand Studio

Sitemap

**Company**

About Paramount

Case 1:25-cv-04316-RJL   Document 2-29   Filed 12/12/25   Page 8 of 8

Watch CBS News

Advertise With Paramount

Join Our Talent Community

Help

Feedback

Contact the Ombudsman

Copyright ©2025 CBS Interactive Inc. All rights reserved.