# EXHIBIT AA

*The* WHITE HOUSE

ARTICLES

White House Ballroom Continues Proud Presidential Legacy

The White House

October 21, 2025

In the latest instance of manufactured outrage, unhinged leftists and their Fake News allies are clutching their pearls over President Donald J. Trump's visionary addition of a grand, privately funded ballroom to the White House — a bold, necessary addition that echoes the storied history of improvements and additions from commanders-in-chief to keep the executive residence as a beacon of American excellence.

**FACT: For more than a century, U.S. Presidents have been renovating, expanding, and modernizing the White House to meet the needs of the present day.**

- In 1902, President Theodore Roosevelt <u>built</u> the West Wing — replacing expansive greenhouses constructed during the Jefferson Administration and establishing the modern day executive office wing with a "<u>classically leaning design</u>" — along with a <u>colonial garden</u> and <u>East Terrace</u>, which eventually became the East Wing.

- In 1909, President William Howard Taft <u>remodeled and expanded</u> the West Wing, which included construction of the first Oval Office.

- In 1913, President Woodrow Wilson <u>demolished</u> the colonial garden, modernizing it with a rose garden.

- In 1927, President Calvin Coolidge <u>oversaw</u> the renovation of the upper floors and attic of the White House.

- In 1929, President Herbert Hoover <u>remodeled</u> the West Wing, including reconstruction work in the basement level and remodeling the first floor; after a fire on Christmas Eve, the West Wing was repaired and <u>reopened</u> in 1930.

- In 1934, President Franklin D. Roosevelt <u>overhauled</u> the West Wing, adding a second floor, a larger basement, and a <u>swimming pool</u>, and relocating the Oval

Office to its current location; in 1942, President Roosevelt <u>constructed</u> the East Wing.

- In 1948, President Harry Truman <u>undertook</u> a "total reconstruction" of the White House's interior, expanding its foundation and footprint — preserving <u>only</u> its exterior walls.

- In 1962, President John F. Kennedy <u>constructed</u> the modern Rose Garden.

- In 1970, President Nixon <u>converted</u> the swimming pool into the press briefing room; in 1973, he <u>added</u> a bowling alley in the basement.

- In 1975, President Gerald Ford <u>installed</u> an outdoor swimming pool on the South Grounds, <u>financed</u> entirely by private donations.

- In 1993, President Bill Clinton <u>undertook</u> a restoration and refurbishment of the Executive Mansion.

- In 2009, President Barack Obama <u>resurfaced</u> the south-grounds tennis court into a basketball court and <u>added</u> the White House Kitchen Garden on the South Lawn.

- In 2020, President Trump and the First Lady <u>completed</u> a new White House tennis pavilion, refurbishing the White House Tennis Court and Grandchildren's Garden, as well as constructing a new building.

Now, in 2025, President Trump is carrying forward that legacy, breaking ground on a <u>grand ballroom</u> — a transformative addition that will significantly increase the White House's capacity to host major functions honoring world leaders, foreign nations, and other dignitaries.

# White House construction projects through the years:



*Newly constructed West Wing with remnants of the old White House Conservatory visible behind the new wing in 1902 (White House Historical Association)*



WEST TERRACE, SOUTH VIEW, NOVEMBER 1, 1902.

*Construction of the West Terrace in 1902 ([White House Historical Association](#))*



EAST TERRACE, SEPTEMBER 10, 1902.

*Construction of the East Terrace in 1902 ([White House Historical Association](#))*



*President Coolidge oversees renovations in 1927 (Library of Congress)*



*Construction of the West Wing expansion in 1934 (Library of Congress)*



*Construction of the West Wing expansion in 1934 (Library of Congress)*



*Renovation work on the White House in 1950 (National Archives)*

Case 1:25-cv-04316-RJL    Document 2-31    Filed 12/12/25    Page 8 of 12



*Renovation work on the White House in 1950 (National Archives)*



*Renovation work on the White House in 1950 (National Park Service)*



*The North Portico excavation in 1950 ([National Archives](https://www.whitehouse.gov))*



*Construction turning the swimming pool into an expanded space for the press in 1970 (<u>White House Collection</u>)*



*President Ford surveys the construction of a new outdoor swimming pool on the South Grounds in 1975 (<u>National Archives</u>)*






## Subscribe to The White House newsletter

| Your email | SIGN UP |
|---|---|

Text POTUS to 45470 to receive updates

| NEWS | ADMINISTRATION |
|---|---|
| WIRE | GALLERY |
| ISSUES | VIDEO LIBRARY |
| CONTACT | AMERICA 250 |
| VISIT | FOUNDING FATHERS |
| EOP | THE SIGNERS |

THE WHITE HOUSE

1600 Pennsylvania Ave NW
Washington, DC 20500

WH.GOV

Copyright

Privacy

