# EXHIBIT CC



National Capital Planning Commission

401 9th Street, NW        North Lobby, Suite 500        Washington, DC 20004        Tel:  202.482.7200        www.ncpc.gov

**November 18, 2025 – <span style="color:red">* Due to the government shutdown, the items originally on the October meeting agenda were moved to December. *</span>**

Attached is the list of **agenda items** tentatively scheduled for the **National Capital Planning Commission meeting** on **Thursday, December 4, 2025, 1:00 PM** and at subsequent meetings. **The public can participate in this NCPC Commission meeting either online or in person. Further details are provided on NCPC's website, www.ncpc.gov.**

Commission meetings are open to the public, and individuals or groups wishing to offer their viewpoint may provide comments on any project listed on the Tentative Agenda that requires Commission approval. Anyone wishing to testify about an Action Item must register and provide their testimony in writing by the deadlines shown below.

The Tentative Agenda classification of projects as **Proposed Action Items, Delegated Items, and Exceptions** is preliminary and subject to change prior to the Commission meeting. Understanding the circumstances for such changes will help the public to participate in the Commission's review process. Project classifications are as follows:

- **Action Items** are projects that will be presented and discussed at the Commission meeting. Members of the public are invited to give testimony on these projects. Some projects listed as *Proposed Action Items* on the Tentative Agenda will be moved to the **Consent Calendar** if no speakers have registered by the deadline (see schedule below). The Commission votes on the Consent Calendar Items but does not hear a presentation or public testimony.
- **Delegated Items** are projects that the Commission delegates to the Chair, or Executive Director. Members of the public can submit written comments on Delegated Items.
- **Exceptions** are types of projects where NCPC staff determines that a project is exempt from Commission review, based on certain criteria. Members of the public can submit written comments on Exceptions.

Please follow the schedule below to ensure that you meet the deadlines to express your views:

| | |
|---|---|
| November 26, 2025<br>12:00 Noon | Deadline for registering to speak at the Commission meeting on *Proposed Action Items*. If no member of the public signs up to speak on a *Proposed Action Item* by this deadline, then the project may be moved to the Consent Calendar and acted on by the Commission without presentation or discussion. |
| November 28, 2025 | Copies of the Executive Director's Recommendations on *Action Items, Consent Calendar Items, and Delegated Items* become available to the public on the Friday prior to the Commission meeting day. |
| December 3, 2025<br>12:00 Noon | Deadline for registering to speak on *Action Items* listed on NCPC's website: www.ncpc.gov; or to submit written comments on *Action Items, Consent Calendar Items, and Delegated Items* for distribution to the Commission for consideration on December 4. Anyone testifying at the meeting should submit a copy of their testimony by this deadline. |

Please note our policy for those **speaking on behalf of an organization:** Prior to giving testimony at each Commission meeting, please submit to NCPC an official letter from your organization, stating that your testimony is authorized by the organization.

Submission materials can be reviewed online at www.ncpc.gov. If you wish to communicate your views in writing or in person on any of the items listed on the agenda, **please visit the following web page https://go.ncpc.gov/register,** email info@ncpc.gov, or call **(202) 482-7200.** Public views on non-federal plans and projects should be limited to their effect on federal interests in the National Capital Region.

The Final Agenda will be available at www.ncpc.gov on November 28, 2025. Agenda items are occasionally withdrawn prior to the Commission meeting. Please email or call NCPC to confirm any item of particular interest.

## December 4, 2025 MEETING

**File Number** | **Items**
--- | ---

### PROPOSED ACTION ITEMS

8449    United States Department of the Interior, National Park Service, 300 Independence Avenue, SW, Washington, DC – Fallen Journalists Memorial

(Commission action requested: approval of preliminary site development plans pursuant to 40 U.S.C. § 8905)

8699    United States Department of the Interior, National Park Service, Washington, DC – Women's Suffrage National Monument Site Selection

(Commission action requested: approval of comments on site selection pursuant to 40 U.S.C. § 8905)

8703    Union Station Redevelopment Corporation, 50 Massachusetts Avenue, NE, Washington, DC – Washington Union Station Lighting Upgrades

(Commission action requested: approval of comments on concept plans pursuant to 40 U.S.C. § 8722(b)(1) and (d))

7466    Washington Metropolitan Area Transit Authority, 1200 Independence Avenue, SW, Washington, DC – Smithsonian Metrorail Station Vent Modifications

(Commission action requested: approval of preliminary and final site development plans pursuant to 40 U.S.C. § 8722(b)(1) and (d))

2

8700      United States General Services Administration, 1900 E Street, NW, Washington, DC – Theodore Roosevelt Federal Building T-Mobile Antenna Modifications

(Commission action requested: approval of preliminary and final building plans pursuant to 40 U.S.C. § 8722(b)(1) and (d))

8648      United States Department of the Interior, National Park Service, Montgomery County, Maryland – Clara Barton Parkway Cantilever Replacement

(Commission action requested: approval of preliminary site development plans pursuant to 40 U.S.C. § 8722(b)(1))

## PROPOSED DELEGATED ITEMS

8701      Smithsonian Institution, 3001 Connecticut Avenue, NW, Washington, DC – National Zoological Park Great Flight Aviary Accessible Walkway

(Commission action requested: approval of preliminary site development plans pursuant to 40 U.S.C. § 8722(b)(1) and (d))

8702      Smithsonian Institution, 3001 Connecticut Avenue, NW, Washington, DC – National Zoological Park Elephant Yards Stormwater Mitigation Repair

(Commission action requested: approval of preliminary and final site development plans pursuant to 40 U.S.C. § 8722(b)(1) and (d))

8697      United States General Services Administration, 810 Vermont Avenue NW, Washington, DC – Veterans Affairs Headquarters Building T-Mobile Antenna Modifications

(Commission action requested: approval of preliminary and final building plans pursuant to 40 U.S.C. § 8722(b)(1) and (d))

8698      United States General Services Administration, 200 Independence Avenue, SW, Washington, DC – Hubert H. Humphrey Federal Building T-Mobile Antenna Modifications

(Commission action requested: approval of preliminary and final building plans pursuant to 40 U.S.C. § 8722(b)(1) and (d))

8719      United States Department of Homeland Security, 9200 Powder Mill Road, Laurel, Maryland – James J. Rowley Training Center Tactical Village Improvements

(Commission action requested: approval of preliminary and final site and building plans pursuant to 40 U.S.C. § 8722(b)(1))

3

## PROPOSED EXCEPTIONS

8354    District of Columbia Department of Buildings, Office of the Surveyor, 1351 Alabama Avenue, SE, Washington, DC – Proposed Elimination of a Building Restriction Line and Highway Plan Amendment in Square 5914 - S.O. 22-01642

(Commission action requested: approval of highway plan amendment pursuant to DC Code § 9-103.02)

8717    District of Columbia Department of Buildings, Office of the Surveyor, 4105 46th Street NW, Washington, DC – Closing of a Public Alley in Square 1560 - S.O. 24-05577

(Commission action requested: approval of comments to the Council of the District of Columbia pursuant to DC Code § 9-202.02)

## INFORMATION PRESENTATION

8721    New Stadium at RFK Campus

(Information presentation; no action requested)

## PROJECTS ANTICIPATED FOR REVIEW OVER THE NEXT SIX MONTHS

MP 314    Tidal Basin Development Plan
8712    National Mall Telecommunications Infrastructure Concept Plan
7819B    Long Bridge Corridor Project – South Section
MP312    Glen Echo Management Plan Amendment
8718    New DC Engine Company 7
8720    Joint Base Myer-Henderson Hall Antenna

Meghan Hottel-Cox
Secretary to the Commission

4