# EXHIBIT DD

www.washingtonpost.com /politics/2025/10/28/trump-arts-commission-firings-ballroom-arch/

# White House fires arts commission expected to review Trump construction projects

Dan Diamond : 5-7 minutes : 10/28/2025

The White House on Tuesday fired all six members of the Commission of Fine Arts, an independent federal agency that had expected to review some of President Donald Trump's construction projects, including his planned triumphal arch and White House ballroom.

"On behalf of President Donald J. Trump, I am writing to inform you that your position as a member of the Commission of Fine Arts is terminated, effective immediately," reads an email reviewed by The Washington Post that was sent to one of the commissioners by a staffer in the White House presidential personnel office.

The commission, which was established by Congress more than a century ago and traditionally includes a mix of architects and urban planners, is charged with providing advice to the president, Congress and local government officials on design matters related to construction projects in the capital region. Its focus includes government buildings, monuments and memorials. White House officials have traditionally sought the agency's approval.

President Joe Biden appointed the six sitting commissioners to four-year terms, several of which would have extended through 2028. Their termination comes as the White House gears up for several Trump construction projects, including his planned $300 million White House ballroom, and seeks to install allies on key review boards.



**Follow** Trump's second term

A White House official confirmed that the Commission of Fine Arts members had been terminated.

"We are preparing to appoint a new slate of members to the commission that are more aligned with President Trump's 'America First' policies," said the official, who spoke on the condition of anonymity to discuss personnel matters.

Bruce Becker, an architect who was appointed to the commission last year and was terminated Tuesday, praised its work in an interview Tuesday night. The agency "plays an important role in shaping the way the public experiences our nation's capital and the historic buildings it contains, which serve as symbols of our democracy," Becker said.

The White House in July also fired Biden appointees from the National Capital Planning Commission, another urban-planning agency that is required to review external construction projects at the White House. Trump allies now make up a majority of the 12-member board, including its chairman, Trump staff secretary Will Scharf.

The White House has said it will soon send Trump's ballroom plans to the National Capital Planning Commission, which will decide whether to approve the new building. White House officials previously declined to comment on whether they planned to also send the plans to the Commission of Fine Arts, and whether approval from that agency was necessary for the ballroom project to move forward. An official who spoke on the condition of anonymity to discuss ongoing construction said that "all necessary agencies and entities who need to review the project" were in the process of being consulted.

> The new White House ballroom marks one of the biggest changes to the presidential residence in decades — raising questions about tradition, legacy and power. (Video: The Washington Post)

The Commission of Fine Arts has traditionally reviewed and voted on major projects at the White House, such as approving a tennis pavilion project overseen by first lady Melania Trump in 2019. But President Trump may sidestep its review of his ballroom, citing historical precedent and his desire to rush its construction, architectural experts said. During a 1947 battle with President Harry S. Truman, who sought to add a balcony to the White House, CFA's then-chairman said the panel could serve only in an "advisory" role to the president. Truman ultimately proceeded with his plans, setting an example that Trump appears ready to follow.

White House officials, however, are considering building the arch on federal land that does not qualify for the same exemptions as the White House. As a result, some of the fired commissioners had expected to play a role in reviewing that design.

They also said they had expected to review Trump's planned ballroom, expressing concern that the president abruptly tore down the White House's East Wing last week without undergoing a review by their commission.

Popular articles



"Were it not for today's terminations, CFA would look forward to a full review of the plans for the new structure that will replace the East Wing," Becker said.

Biden in 2021 fired Trump appointees from the Commission of Fine Arts and the National Capital Planning Commission, with Biden administration officials at the time defending the moves as an effort to diversify the panels. It was the first time in the commissions' history that a president had forced out sitting members, drawing some criticism from art and architecture experts that Biden was politicizing its work.

The Commission of Fine Arts has been without a leader since earlier this year, when architect Billie Tsien, who had chaired the panel since 2021, resigned. Tsien, who is helping construct the Obama Presidential Center in Chicago, told The Post that she was removing herself from the CFA because her term expired in May and she assumed that Trump would not reappoint her.