# EXHIBIT EE

MEETING STATUS
The Old Georgetown Board will meet on 11 December 2025 to review cases originally submitted for both the 6 November and 11 December OGB meetings. For the latest information and to REGISTER for public meetings, click here. (updated: 12/8/25)

# WHO WE ARE



Members of the Commission of Fine Arts meeting via videoconference, September 2024. Top row: Thomas Luebke (Secretary), Bruce Becker, Peter Cook. Middle row: Lisa Delplace, Billie Tsien (Chair), Hazel Ruth Edwards (Vice Chair). Bottom row: Bill Lenahan, Justin Garrett Moore. *(Image credit: CFA)*

# The Commission of Fine Arts

The Commission of Fine Arts is composed of seven members with expertise in the arts. Appointed by the President, Commission members serve four-year terms without compensation. The chairman and vice chairman are elected by the members.

The current members of the Commission are:

| |
|---|
| Vacant |
| Vacant |
| Vacant |

| |
|---|
| Vacant |
| Vacant |
| Vacant |
| Vacant |

Past members of the Commission of Fine Arts

# The Old Georgetown Board

Under the Old Georgetown Act, the Old Georgetown Board of Architectural Consultants is a panel of three architects who advise the Commission of Fine Arts on projects in the Old Georgetown historic district. The architects are appointed by the Commission and serve three-year terms without compensation.

The current members of the Board are:

| | |
|---|---|
| Mary Kay Lanzillotta, FAIA, Chair | Current term of service began 4 September 2025 |
| Amy Weinstein, FAIA | Current term of service began 1 September 2023 |
| Ashley Wilson, FAIA, ASID | Current term of service began 5 September 2024 |

Past members of the Old Georgetown Board

# Staff

The Staff of the Commission of Fine Arts, which administers the operations of the Commission and the Old Georgetown Board, consists of twelve full-time civil service employees.  The current members of the CFA staff are:

| | |
|---|---|
| Thomas Luebke, FAIA | Secretary |
| Sarah Batcheler, AIA, LEED AP | Assistant Secretary |
| Jessica Amos | Historic Preservation Specialist, Old Georgetown Act |
| Christopher Berger | Historic Preservation Specialist, Old Georgetown Act |
| Mary Catherine Bogard | Historic Preservation Specialist, Old Georgetown Act |
| Anna Brown | Senior Administration/Policy Advisor |
| Kay Fanning, PhD | Historian |

| Daniel Fox | Senior Advisor, Design Review & Historic Preservation |
| Carlton Hart | Senior Urban Planner |
| Vacant | Chief Operating Officer |
| Vivian Lee | Architect, Shipstead-Luce Act |
| Vacant | Technical Information Specialist |
| Vacant | Architect and Planner |
| Zakiya Walters | Administrative Officer |