**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **NATIONAL TRUST FOR HISTORIC PRESERVATION IN THE UNITED STATES**, <br><br> *Plaintiff*, <br><br> v. <br><br> **NATIONAL PARK SERVICE**; <br><br> **JESSICA BOWRON, in her official capacity as ACTING DIRECTOR, NATIONAL PARK SERVICE**; <br><br> **JOHN STANWICH, in his official capacity as SUPERINTENDENT, THE WHITE HOUSE AND PRESIDENT'S PARK**; <br><br> **DEPARTMENT OF THE INTERIOR**; <br><br> **DOUGLAS BURGUM, in his official capacity as SECRETARY OF THE INTERIOR**; <br><br> **GENERAL SERVICES ADMINISTRATION**; <br><br> **MICHAEL J. RIGAS, in his official capacity as ACTING ADMINISTRATOR, GENERAL SERVICES ADMINISTRATION**; and <br><br> **DONALD J. TRUMP, in his official capacity as PRESIDENT OF THE UNITED STATES**, <br><br> *Defendants*. | Civil Action No. 25-4316 |

**[PROPOSED] ORDER GRANTING NATIONAL TRUST'S**
**MOTION FOR PRELIMINARY INJUNCTION**

This matter is before the Court on the motion of plaintiff, the National Trust for Historic

Preservation in the United States ("National Trust"), for a preliminary injunction against

defendants the National Park Service; Jessica Bowron, in her official capacity as Acting Director,

National Park Service; John Stanwich, in his official capacity as Superintendent, the White House

and President's Park; the Department of the Interior; Douglas Burgum, in his official capacity as

Secretary of the Interior; the General Services Administration; Michael J. Rigas, in his official

capacity as Acting Administrator, General Services Administration; and Donald J. Trump, in his official capacity as President of the United States (together, "Defendants").  Having considered the motion, the memorandum in support, other papers filed in connection therewith, and the record in this case, and having otherwise been fully advised, it is hereby **ORDERED** that the National Trust's motion for a preliminary injunction is **GRANTED**.  It is further

**ORDERED** that the Defendants, and any agents of the Defendants or any other persons working at their direction or in active concert therewith, or subject to the Defendants' control, are **ENJOINED** from taking any and all actions in furtherance of the physical development of the Ballroom Project, including but not limited to any further demolition, site preparation work, subsurface work, removal of debris, removal of soil, landscape alteration, vegetation or tree removal, grading, excavation, digging, trenching, boring, filling, blasting, laying of foundations, laying of utilities, pile driving, construction equipment installation, or other construction or related work at the site of the former East Wing, other than specific limited actions, for which Defendants must request and receive written approval of this Court, necessary for the sole purpose of ensuring safe physical conditions at the site while this injunction is in effect;

**ORDERED** that no such work shall proceed until the Ballroom Project has been reviewed and approved of by the National Capital Planning Commission, and reviewed by the Commission of Fine Arts, *see* 40 U.S.C. §§ 8721-8722, 9102; 45 C.F.R. §§ 2101.1-2101.2; until an adequate environmental assessment and an adequate environmental impact statement have been prepared and published under the National Environmental Policy Act, 42 U.S.C. § 4331 *et seq.*; and until Congress has expressly authorized the construction of the Ballroom, *see* 40 U.S.C. § 8106;

**ORDERED** that the Defendants' counsel shall provide written notice of this Order to all officers, agents, successors, servants, employees, and attorneys of the Defendants, and any other

2

persons working at their direction or in active concert therewith, or subject to the Defendants'
control, and shall file a copy of the notice on the docket at the same time;

**ORDERED** that the Defendants shall file a status report, apprising the Court of the status
of their compliance with this Order; and

**ORDERED** that the security requirement is hereby waived. *See* Fed. R. Civ. P. 65(c); *Nat'l
Council of Nonprofits v. OMB*, 775 F. Supp. 3d 100, 130 (D.D.C. 2025).


Dated this ____ day of _____, 2025        BY THE COURT:


_____
United States District Judge

### ATTORNEYS AND PARTIES TO BE NOTIFIED
*Pursuant to Local Rule 7(k)*

Gregory B. Craig (164640)
FOLEY HOAG LLP
1717 K Street NW
Washington, DC 20006
Tel. (203) 223-1200
gcraig@foleyhoag.com

Thaddeus A. Heuer (*pro hac vice* forthcoming)
Matthew F. Casassa (*pro hac vice* forthcoming)
Jack C. Smith (1725229)
FOLEY HOAG LLP
155 Seaport Boulevard
Suite 1600
Boston, MA 02210
Tel. (617) 832-1000
theuer@foleyhoag.com
mcasassa@foleyhoag.com
jcsmith@foleyhoag.com

*Attorneys for National Trust for Historic Preservation in the United States*

National Park Service
1849 C Street, NW
Washington, DC 20240

Jessica Bowron, in her official capacity as Acting Director, National Park Service
1849 C Street, NW
Washington, DC 20240

John Stanwich, in his official capacity as Superintendent, the White House and President's Park
1849 C Street, NW
Washington, DC 20240

Department of the Interior
849 C Street, NW
Washington, DC 20240

Douglas Burgum, in his official capacity as Secretary of the Interior
1849 C Street, NW
Washington, DC 20240

General Services Administration
1800 F Street, NW
Washington, DC 20405

Michael J. Rigas, in his official capacity as Acting Administrator, General Services Administration,
1800 F Street, NW
Washington, DC 20405

Donald J. Trump, in his official capacity as President of the United States
1600 Pennsylvania Avenue, NW
Washington, DC 20500