**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **NATIONAL TRUST FOR HISTORIC PRESERVATION IN THE UNITED STATES,**  *Plaintiff*,  v.  **NATIONAL PARK SERVICE,** *et al.*,  *Defendants*. | Civil Action No. 25-4316 |

**NOTICE OF APPEARANCE OF JACK C. SMITH**

Please enter the appearance of Jack C. Smith of FOLEY HOAG LLP, 155 Seaport Boulevard, Suite 1600, Boston, MA 02210, as counsel for National Trust for Historic Preservation in the United States, in the above-captioned matter.

Dated: December 12, 2025

Respectfully submitted,

*/s/ Jack C. Smith*
Jack C. Smith (1725229)
FOLEY HOAG LLP
155 Seaport Boulevard
Suite 1600
Boston, MA 02210
Tel. (617) 832-1000
jcsmith@foleyhoag.com

-2-

## **CERTIFICATE OF SERVICE**

        I certify that on December 12, 2025, the foregoing document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent via first class mail to those indicated as non-registered participants.

        */s/ Jack C. Smith*
        Jack C. Smith