**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**NATIONAL TRUST FOR HISTORIC PRESERVATION IN THE UNITED STATES**,

*Plaintiff*,

v.

**NATIONAL PARK SERVICE,** *et al.,*

*Defendants*.

Civil Action No. 25-4316

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with Local Civil Rule 83.2(c) of the Rules of this Court, Jack C. Smith, the undersigned sponsoring attorney, respectfully moves this Court for the admission *pro hac vice* of Thaddeus A. Heuer as counsel for plaintiff National Trust for Historic Preservation in the United States in the above-captioned action. The movant, Jack C. Smith, is a member in good standing of the United States District Court for the District of Columbia and has entered his appearance in this matter. This motion is accompanied by a declaration from Mr. Heuer, attached hereto as Exhibit A, and a Proposed Order granting admission *pro hac vice* is attached hereto as Exhibit B.

Dated:  December 12, 2025

Respectfully submitted,

*/s/ Jack C. Smith*
Jack C. Smith (1725229)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
Tel. (617) 832-1000
jcsmith@foleyhoag.com

*Counsel for National Trust for Historic Preservation in the United States*

2

## **<u>CERTIFICATE OF SERVICE</u>**

I certify that on December 12, 2025, the foregoing document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent via first class mail to those indicated as non-registered participants.

*/s/ Jack C. Smith*
Jack C. Smith

2