**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**NATIONAL TRUST FOR HISTORIC PRESERVATION IN THE UNITED STATES**,

*Plaintiff*,

v.

**NATIONAL PARK SERVICE,** *et al.,*

*Defendants*.

Civil Action No. 25-4316

**[PROPOSED] ORDER**

Upon the motion by Jack C. Smith, and it appearing to the Court that Matthew F. Casassa

satisfies the requirements of Local Rule 83.2(c) for admission *pro hac vice* to practice in this Court

as counsel for Plaintiff National Trust for Historic Preservation in the United States in the above-

captioned action, it is hereby ORDERED that the motion is **GRANTED**.

IT IS SO ORDERED.


Dated: _____                    _____

                                                                    U.S. District Judge

**ATTORNEYS AND PARTIES TO BE NOTIFIED**
*Pursuant to Local Rule 7(k)*

Gregory B. Craig (164640)
FOLEY HOAG LLP
1717 K Street NW
Washington, DC 20006
Tel. (203) 223-1200
gcraig@foleyhoag.com

Thaddeus A. Heuer (*pro hac vice* forthcoming)
Matthew F. Casassa (*pro hac vice* forthcoming)
Jack C. Smith (1725229)
FOLEY HOAG LLP
155 Seaport Boulevard
Suite 1600
Boston, MA 02210
Tel. (617) 832-1000
theuer@foleyhoag.com
mcasassa@foleyhoag.com
jcsmith@foleyhoag.com

*Attorneys for National Trust for Historic Preservation in the United States*

National Park Service
1849 C Street, NW
Washington, DC 20240

Jessica Bowron, in her official capacity as Acting Director, National Park Service
1849 C Street, NW
Washington, DC 20240

John Stanwich, in his official capacity as Superintendent, the White House and President's Park
1849 C Street, NW
Washington, DC 20240

Department of the Interior
849 C Street, NW
Washington, DC 20240

Douglas Burgum, in his official capacity as Secretary of the Interior
1849 C Street, NW
Washington, DC 20240

General Services Administration
1800 F Street, NW
Washington, DC 20405

Michael J. Rigas, in his official capacity as Acting Administrator, General Services Administration,
1800 F Street, NW
Washington, DC 20405

Donald J. Trump, in his official capacity as President of the United States
1600 Pennsylvania Avenue, NW
Washington, DC 20500

2