AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| National Trust for Historic Preservation | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:25-cv-04316 |
| National Park Service, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all Federal Defendatns                                                                                              .

Date:        12/12/2025

/s/ Michelle Ramus
*Attorney's signature*

Michelle Ramus DC # 1617481
*Printed name and bar number*

United States Department of Justice
ENRD - NRS
P.O. Box 7611
Washington, D.C. 20044-7611
*Address*

michelle.ramus@usdoj.gov
*E-mail address*

(202) 598-6660
*Telephone number*

*FAX number*