AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF COLUMBIA

| | |
|---|---|
| National Trust for Historic Preservation in the United States | ) |
| *Plaintiff* | ) |
| v. | )     Case No.  1:25-cv-04316 |
| National Park Service, *et al.* | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
All Federal Defendants

Date:  December 12, 2025

*Mark J. Widerschein*
*Attorney's signature*

Mark Widerschein, OH #100162
*Printed name and bar number*

U.S. Department of Justice
Environment and Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044
*Address*

mark.widerschein@usdoj.gov
*E-mail address*

202-305-0506
*Telephone number*

202-305-0506
*FAX number*