AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| National Trust for Historic Preservation, et al. | ) |
| *Plaintiff* | ) |
| v. | )    Case No.    25-cv-4316 |
| National Park Service, et. al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Defendants                                                                                               .

Date:    12/12/2025

GREGORY CUMMING    Digitally signed by GREGORY CUMMING
Date: 2025.12.12 21:31:22 -05'00'

*Attorney's signature*

Gregory M. Cumming (1018173)
*Printed name and bar number*

150 M Street, NE
Washington, DC 20002

*Address*

gregory.cumming@usdoj.gov
*E-mail address*

(202) 598-0414
*Telephone number*

*FAX number*