AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| National Trust for Historic Preservation ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-04316 |
| National Park Service, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all Federal Defendatns .

Date: December 15, 2025

*Attorney's signature*

Adam RF Gustafson VA#78538
*Printed name and bar number*

United States Department of Justice
Environment and Natural Resources Division
950 Penn. Ave. NW DC 20530
*Address*

adam.gustafson@usdoj.gov
*E-mail address*

202-718-0703
*Telephone number*

*FAX number*