## NATIONAL PARK SERVICE
**MEMO TO FILE**

RE: Finding of No Potential to Cause Effects (36 CFR 800.3(a)(1))

| Project Title: | East Wing Modernization Project |
|---|---|
| Park/Unit: | The White House and President's Park |
| Prepared By: | Nicholas Wagman, PE |
| Date: | 28 August 2025 |

## Project Description

The East Wing Modernization project will expand the East Colonnade and East Wing of the White House. These activities, and all other activities within the White House and its grounds are exempt from compliance with Section 106 of the National Historic Preservation Act (NHPA) pursuant to 54 U.S.C. § 307104 which provides that the NHPA does not apply to the White House and its grounds. Limited activities in support of the East Wing Modernization project will occur within the White House and President's Park (WHHO), a unit within the National Park System, but outside of the White House and its grounds, as follows:

- Use of existing hardscaped and asphalt paved areas in the vicinity of East Executive Avenue for temporary construction laydown areas. Areas will have appropriate ground protection and use will not involve ground disturbance.
- Installation of temporary anti-scale fencing in Sherman Park which will be located above the ground surface on appropriate ground protection and not involve ground disturbance.

These limited actions outside the White House and its grounds are an undertaking under the NHPA, 54 U.S.C. § 300320. However, per 36 CFR 800.3(a)(1), the National Park Service has determined that this undertaking has no potential to cause effects on historic properties.

## Rationale

The proposed undertaking has no potential to affect the historic properties as the use of these areas will be temporary. No ground disturbance or excavation will occur and appropriate ground protection will be used. No alteration to historic materials, features, or spatial configurations outside of the White House and its grounds will occur.

## Summary of Findings

Finding: No Potential to Cause Effects
Regulatory Citation: 36 CFR 800.3(a)(1)
The Section 106 process is concluded for this undertaking. No consultation with SHPO/THPO or other consulting parties is required per 36 CFR 800.3(a)(1)