DATE: 28 August 2025

**MEMO TO FILE**

RE:   Endangered Species Act Section 7 Consultation for the Endangered Northern Long-Eared Bat, Proposed Endangered Tricolored Bat, and Proposed Threatened Monarch Butterfly on the East Wing Modernization and Environs

The National Park Service (NPS) National Capital Region (NCR) conducted informal Endangered Species Act Section 7 consultation through a phone call with the US Fish & Wildlife Service, Annapolis Ecological Services Field Office on 26 August 2025 on behalf of the White House and President's Park (WHHO). Species consultation included the endangered northern long-eared bat (*Myotis septentrionalis*), proposed endangered tricolored bat (*Perimyotis subflavus*), and proposed threatened monarch butterfly (*Danaus plexippus*) for impacts from the East Wing Modernization project and environs. NPS NCR obtained the federally listed and proposed listed species that may be located within the project area from review of the US Fish & Wildlife Section 7 Consultation website.

The project area includes the East Colonnade, portions of the east side of the Executive Mansion where the colonnade meets the building, the East Garden, the East Wing of the White House, and space west and south of the East Wing extending down to the South Drive. The project area extends from Pennsylvania Avenue, running south along the East Executive Park (East Executive Avenue), and reaching Hamilton Place. The project will include deconstruction of the existing East Wing and East Colonnade of the White House. A new building comprising approximately 90,000 square feet would be constructed and would be connected to the Executive Mansion through a reconstructed East Colonnade. A temporary construction zone would be established near the East Wing until project completion (estimated July 2028).

NPS concludes that this project has **no effect** on federally listed species or their habitats, based on this action impact analysis No effect means that there would be no consequences to listed species or critical habitat that are caused by the project, including the consequences of other activities that are caused by the project. A consequence is caused by the project if it would not occur but for the project and it is reasonably certain to occur. Effects of the action may occur later in time and may include consequences occurring outside the immediate area involved in the action.

The project will initiate construction during the bat active season that ends 14 November 2025.  No designated critical habitat exists within the action area.  US Fish & Wildlife Service biologists had no concerns for listed species because there is no suitable habitat present in the action area, and there are no known maternity roost trees within the National Mall and Memorial Parks (NAMA) that is adjacent to White House and President's Park (WHHO).

The project
- Is within a developed urban area with vegetation limited to frequently mowed grass and ornamental trees and shrubs.
- Removes ornamental trees starting on or about 1 September 2025. The removed trees are not within 1,000 ft of native forest stands.
- Does not propose removing native vegetation.

Thus, the project will result in no meaningful, measurable or noticeable impact on the northern long-eared bat (*Myotis septentrionalis*), tricolored bat (*Perimyotis subflavus*), and monarch butterfly (*Danaus plexippus*). In accordance with Section 7 of the Endangered Species Act, the NPS has determined that the project would have **No Effect** on threatened and endangered species or their critical habitats.