

**National Park Service**
**U.S. Department of the Interior**

August 18, 2025

# Categorical Exclusion Documentation Form (CE Form)

**Project:** Removal of museum objects from the White House and East Wing, limited relocation of trees and shrubs within the White House Grounds, and survey and recording actions at the White House.

**Description of Action (Project Description):** The National Park Service (NPS) proposes to remove all collections, artifacts, and paintings (collectively "museum objects") from the East Wing of the White House and some museum objects from the ground floor of the main White House, and relocate approximately four trees or bushes near the East Wing, including one commemorative tree (planted in 2023). These actions would occur in advance of anticipated changes to the East Wing, which may include potential renovations. At this time, no decisions have been made regarding the scope, scale, or specific plans for any future East Wing modifications; therefore, this removal is considered a separate preparatory action and not a connected action to a larger project.

Museum objects from the East Wing may be relocated to other areas within the White House, which could result in temporary removal or modification of interior designs or museum objects in those spaces. If removed from the White House, all items would be stored in accordance with White House curatorial standards to ensure proper preservation. This type of removal and storage routinely occurs and would not be considered permanent as any item removed could be displayed again at any time in the future, and in any location at the White House.

Following the removal of all museum objects from the East Wing, the NPS would employ non-destructive methods to survey and record the current interior and exterior conditions of the East Wing, East Colonnade, and Jacquline Kennedy Garden (East Garden) at the White House. These methods may include digital surveys using Light Detection and Ranging (LiDAR) scanning equipment, and high-resolution digital photography.

**Project Location:** The White House

**Potential Impacts from the removal of museum objects from the White House:** The White House is considered a living museum, preserving its rare and fine arts, furnishings, and artifacts, with frequent updates and renovations. The East Wing of the White House is a two-story structure housing the Offices of the First Lady and the White House Military Office and serves as the public entrance to the state rooms for tours and other formal events. The removal of museum objects would result in changes to the visual and interpretive character of the affected spaces, and empty rooms may appear visually altered once items are removed. Relocated items may require minor adjustments to layouts in receiving areas, comparable to actions taken when an administration changes. All handling, relocation, and storage would follow established White House preservation standards, minimizing the potential for accidental damage. Items not currently in use or on display are transferred to the NPS's Executive Support Facility to be stored and curated and may be returned to the White House. Accordingly, the action would have no permanent effect on museum collections, as any removed item could be placed back on display at any time.

The relocation of approximately four trees or bushes near the East Wing would be done to preserve these plantings, including one commemorative tree, in advance of potential changes to the East Wing. These trees or bushes would be transferred to a suitable location on the White House Grounds to ensure their continued preservation. All handling, removal, and relocation would follow established White House preservation standards, minimizing the potential for accidental damage to these trees or shrubs. The White House Grounds are constantly changing with the season and administration and plants are moved frequently. Because this action would be done to preserve the trees, impacts are likely to be temporary and restored when replanted.

Data collection actions would be non-destructive resulting in no adverse effects. These actions would record information about the site ensuring its history and significance are preserved resulting in beneficial effects to the American people.

Areas where museum objects may be moved or removed, areas where trees or shrubs may be removed, or areas where data collection may happen would not occur in locations open to the public via tours. Visitors on tours may temporarily see

photography equipment in areas like the Jacquline Kennedy Garden which could detract from their experience temporarily, however, the NPS would work to survey and record when tours are not occurring.

**CE Citation:** 43 CFR 46.210 (f)-Routine and continuing government business, including such things as supervision, administration, operations, maintenance, renovations, and replacement activities having limited context and intensity (e.g., limited size and magnitude or short-term effects) and 43 CFR 46.210 (e)- Nondestructive data collection, inventory (including field, aerial, and satellite surveying and mapping), study, research, and monitoring.

**CE Justification:** CE 43 CFR 46.210 (f) and 43 CFR 46.210 (e) are appropriate to use for these actions.

*CE 43 CFR 46.210(f)*
The removal and/or relocation of museum objects from the East Wing, and the removal of approximately four trees or shrubs, is consistent with established practices of routine White House operations, maintenance, and renovations to buildings and the grounds. The enabling legislation governing the White House expressly addresses the management of artifacts and stipulates that furniture, fixtures, and decorative objects declared by the President to be of historic or artistic interest shall be considered inalienable and property of the White House. Items not currently in use or on display are curated or stored at the NPS's Executive Support Facility and may be returned to the White House when required. NPS routinely transfers museum objects and other materials to the White House for use or display there. And, where there is a change in administration, NPS works closely with the Executive Residence at the White House and the White House Curator's Office to facilitate a transfer of such items to and from the Executive Support Facility. The routine removal of museum objects from the White House and off-site storage of those objects at the Executive Support Facility when they are not in use or being displayed is authorized by the park's enabling legislation and institutionalized through longstanding regular practice.

The White House's enabling legislation states that nothing done under its requirement that the White House and its ground be managed consistent with the NPS Organic Act may conflict with the administration of the executive offices of the President or with the use and occupancy of the buildings and grounds as home of the President and his family and for his official purposes. Every President makes new interior design choices reflecting personal taste or policy preferences, and there is long-standing precedent for the NPS's role in removal of interior items as part of the NPS's routine activities at this park, which falls within the scope of "routine and continuing government business, including such things as supervision, administration, operations, maintenance, renovations, and replacement activities."

Museum objects proposed for removal from the East Wing or White House represent a very limited selection of the larger White House Museum collection. These objects would be temporarily moved, so any effects are short-term. For these reasons, this action has limited context and intensity consistent with the text of the categorical exclusion.

Similar to museum objects, changes to the landscaping, including the relocation of trees or shrubs, at the White House is consistent with established practices of routine White House operations, maintenance, and renovations. The enabling legislation, discussed above, includes specific text about use of the grounds and every President makes new landscaping design choices reflecting personal taste. There is a long-standing precedent for the NPS's role in preserving landscape designs and commemorative trees as part of NPS's routine activities at the park, which falls within the scope of "routine and continuing government business, including such things as supervision, administration, operations, maintenance, renovations, and replacement activities." The White House grounds include thousands of plants, and commemorative trees from many administrations. The action of relocating for the purposes of preserving approximately four trees or shrubs has limited context and intensity consistent with the text of the categorical exclusion.

*43 CFR § 46.210 (e)*
NPS personnel would use Leica P50 and RTC360 terrestrial laser scanners to collect point-cloud data for surveying and recording, and Phase One and Canon R5 camera systems to capture high-resolution photographs. All equipment would be hand-carried, battery powered, and comparable in size to a standard survey tripod; no heavy equipment, excavation, ground disturbance, or structural attachment would be needed. Work would occur from designated surfaces and approved access routes, with no permanent installations or alterations. The action is limited to nondestructive surveying and photographic documentation for inventory purposes and is consistent with the text of the categorical exclusion.

**Extraordinary Circumstances:**

| If implemented, would the proposal... | Yes/No | Notes |
|---|---|---|
| **A.** Have significant impacts on public health or safety? | No | Areas where museum objects may be moved or removed, areas where trees or shrubs may be removed and relocated, or areas where data collection may happen would not occur in locations open to the public via tours and would therefore have no impact on public health and safety. |

| | | |
|---|---|---|
| **B.** Have significant impacts on such natural resources and unique geographic characteristics as historic or cultural resources; park, recreation or refuge lands; wilderness areas; wild or scenic rivers; national natural landmarks; sole or principal drinking water aquifers; prime farmlands; wetlands; floodplains; national monuments; migratory birds; and other ecologically significant or critical areas? | No | Museum objects proposed for removal from the White House represent a very limited selection of the larger White House museum collection, considered a cultural resource. These objects would be temporarily moved, representing a short-term effect. For these reasons, this action has limited context and intensity and would not result in significant effects to these objects, either individually, or as the museum collection as whole. The relocation of approximately four trees or shrubs would result in no significant effect to natural or cultural resources as the grounds of the White House are fully landscaped and in a highly urbanized environment. The commemorative tree would be relocated to preserve the tree, and it is not considered a cultural resource or a contributing feature to the cultural landscape. Data collection actions would benefit cultural resources through documentation of the site and would not result in any significant effects. There would be no adverse effects to the other items listed under this extraordinary circumstance. |
| **C.** Have highly uncertain and potentially significant environmental effects or involve unique or unknown environmental risks? | No | There is long-standing precedent for removal of interior items as part of routine NPS activities at this park. The relocation of a limited number of trees or shrubs for preservation purposes would not result in highly uncertain or significant effects as this action occurs frequently at this park unit, and at most park units nationwide, therefore impacts are well known. Additionally, photography, HABS, and LiDAR are common tools used for data collection. For this reason, this action would not result in highly uncertain or potentially significant environmental effects or unknown risks. |
| **D.** Establish a precedent for future action or represent a decision in principle about future actions with potentially significant environmental effects? | No | There is long-standing precedent for removal of interior items as part of routine NPS activities at this park. The relocation of trees or shrubs on the White House grounds have occurred throughout the site's history. Data collection efforts at the White House occur daily and have occurred throughout this building's history. These actions would not establish a precedent for future actions. |
| **E.** Have a direct relationship to other actions that implicate potentially significant environmental effects? | No | These actions would occur in advance of anticipated changes to the East Wing, which may include potential renovations.   Removal, storage and curation of museum objects by the NPS occurs frequently at the White House and does not result in significant adverse effects. Relocation of trees and shrubs does have any direct relationship to actions resulting in significant effects. |
| **F.** Have significant impacts on properties listed, or eligible for listing, on the National Register of Historic Places as determined by the bureau. | No | The National Historic Preservation Act does not apply to the White House and its grounds, 54 U.S.C. 307104. The White House is not listed on the National Register of Historic Places. |
| **G.** Have significant impacts on species listed, or proposed to be listed, on the List of Endangered or Threatened Species or have significant impacts on designated Critical Habitat for these species | No | Some actions would be in the interior of a building and would not affect listed species because none exist there. The relocation of tree or shrub species would have no impact on listed species or critical habitat as none exist at the site. |
| **H.** Significantly limit access to and ceremonial use of Indian sacred sites on Federal lands by Indian religious practitioners or significantly adversely affect the physical integrity of such sacred sites. | No | There are no Indian Sacred Sites that would be affected by the removal of interior museum objects or data collection action because these sites do not exist in the interior of the White House. There are no Indian Sacred Sites that would be affected by the relocation of trees or shrubs as none exist on the grounds of the White House. |
| **I.** Contribute to potentially significant effects resulting from the introduction, | No | There would be no effects to non-native invasive species as some actions would occur inside a building and would follow strict protocols for handling of museum objects. There would be no effects to non-native |

| | |
|---|---|
| continued existence, or spread of noxious weeds or non-native invasive species known to occur in the area or from other actions that promote the introduction, growth, or expansion of the range of such species (Federal Noxious Weed Control Act) | invasive species from the relocation of tree or shrub species. All equipment and personnel involved in the relocation action would follow established protocols to mitigate the spread of non-native species. |

**Decision: These actions fit within the categorical exclusions above. Therefore, the action is categorically excluded from further NEPA analysis. No extraordinary circumstances apply.**


**Signature:**                                                                                   **Date:**