

**National Park Service**  
**U.S. Department of the Interior**

November 20, 2025

# Categorical Exclusion Documentation Form (CE Form)

**Project:** Temporary Tour Facility

**Description of Action (Project Description):**

The project would install a one-story, temporary, modular pavilion along the **north** driveway of the White House. The structure consists of a light white metal frame with a flat roof and continuous glass walls, forming an enclosed climate-controlled corridor that follows the curve of the existing **north** drive. Integrated ramps and short stair runs provide accessible entry and exit points from the adjacent walk, while the pavilion itself is set mostly on existing pavement that will be covered with matting or other material to protect the pavement surface parallel to the drive.

**Project Locations:** The White House

**Location**

| County: | District of Columbia | State: | DC |
|---|---|---|---|

There are no required mitigations identified.

**CE Citation:**

12.5.C.17 (formerly 3.3.C.18) Construction of minor structures, including small, improved parking lots, in previously disturbed or developed areas.

**CE Justification:**

The proposed action would construct and operate a one-story temporary enclosed walkway/pavilion adjacent to the existing driveway on the North Grounds of the White House. The structure would consist of a light metal frame, glazing, and a flat roof, following the curve of the existing drive and tying into existing walkways. Construction would occur in November and December 2025, and the structure would remain in place only during the period of East Wing construction, with removal anticipated in 2028 upon completion of the new East Wing. After removal, the affected lawn and walkways would be restored to their pre-project condition.

The pavilion would be installed entirely within previously developed and regularly maintained lawn and paved areas and would be supported on the existing surfaces; **no ground disturbance (e.g., excavation or trenching) would be required.** No new roads or parking areas would be created, and the project would not extend development into currently undisturbed areas. The pavilion is minor in scale and function relative to the existing White House complex and associated circulation system and is intended to provide covered accessible queuing and circulation space to accommodate visitor tours, official events, and other associated needs that must be temporarily relocated while the East Wing is under construction.

Application of this categorical exclusion is appropriate because the action fits within 12.5.C.17 as construction of a minor structure in a previously disturbed and developed setting, which is temporary and fully reversible and involves **no ground disturbance**. There are no extraordinary circumstances that would preclude its use. The project is not expected to have significant effects on public health or safety, involve highly uncertain or unique

risks, establish a precedent for future actions with significant effects, contribute to cumulatively significant impacts, or trigger any other extraordinary circumstance.

**Decision: I find that the action fits within the categorical exclusion above. Therefore, I am categorically excluding the described project from further NEPA analysis. No extraordinary circumstances apply.**

**Signature**

**Superintendent:** _____    **Date:** _____

**Extraordinary Circumstances:**

| If implemented, would the proposal... | Yes/No | Explanation |
|---|---|---|
| **A.** Have significant impacts on public health or safety? | No | The proposed temporary pavilion would not have significant impacts on public health or safety. The structure would be designed and constructed in accordance with applicable building, fire, life-safety, and accessibility codes and would be reviewed under existing White House security and operational protocols. It would provide a weather-protected, ADA-accessible circulation and queuing space for visitors and event attendees, reducing crowding and exposure to inclement weather along the existing driveway.<br>The project would not involve the use, storage, or transport of hazardous materials beyond those typically associated with small-scale construction; would not introduce new vehicle access or traffic patterns; and would not change emergency response capabilities or routes. Construction and dismantling activities would follow standard safety procedures and occur within secure, controlled areas. As a result, no significant effects on public health or safety are anticipated. |
| **B.** Have significant impacts on such natural resources and unique geographic characteristics as historic or cultural resources; park, recreation or refuge lands; wilderness areas; wild or scenic rivers; national natural landmarks; sole or principal drinking water aquifers; prime farmlands; wetlands; floodplains; national monuments; migratory birds; and other ecologically significant or critical areas? | No | The proposed action would not have significant impacts on natural resources or unique geographic characteristics. The temporary pavilion would be located within the already developed and highly managed North Grounds of the White House and would not affect wilderness areas, wild or scenic rivers, national natural landmarks, sole or principal drinking water aquifers, prime farmlands, wetlands, floodplains, or other ecologically significant or critical areas.<br>The project area is within President's Park, which is park land and part of the White House National Historic Landmark and associated historic cultural landscape. However, the structure would be minor in scale, temporary, and fully reversible, sited adjacent to an existing driveway in an area that is already intensively used for circulation, queuing, and events. The design and placement are being coordinated to avoid or minimize visual and physical effects on contributing features.<br>The action would not alter habitat, vegetation, or hydrology and would not measurably affect migratory birds or other wildlife, as it occurs in a highly developed, intensely managed setting and involves no ground disturbance or vegetation removal. Accordingly, the proposal would not have significant impacts on historic or cultural resources, park/recreation lands, or any of the other listed natural resources or unique geographic characteristics. |

| | | |
|---|---|---|
| **C.** Have highly uncertain and potentially significant environmental effects or involve unique or unknown environmental risks? | No | The proposed action would not have highly uncertain or potentially significant environmental effects and would not involve unique or unknown environmental risks. The project consists of installing a small, temporary pavilion in an already developed and intensively managed portion of the North Grounds, using standard materials and construction techniques similar to other temporary structures routinely used in urban settings. No new or experimental technologies, methods, or materials are proposed. The structure would not alter hydrology, soils, vegetation, or wildlife habitat and would be fully removed, with the site restored, following completion of East Wing construction. Given the limited scale, temporary duration, and well-understood nature of the work, there are no unique or unknown environmental risks associated with the proposal. |
| **D.** Establish a precedent for future action or represent a decision in principle about future actions with potentially significant environmental effects? | No | The proposed action would not establish a precedent for future actions or represent a decision in principle about future actions with potentially significant environmental effects. This is a one-time, site-specific response to logistical and security needs during the temporary construction period for the new East Wing. The pavilion is minor in scale, temporary, and fully reversible, and its installation and removal are limited to the defined 2025–2028 construction window. Approval of this project does not commit the NPS or the White House to future construction of similar facilities or to any long-term changes in use or development of the North Grounds. Any future proposals for temporary or permanent structures would be subject to their own planning, environmental compliance, and consultation requirements, evaluated on their own merits and context. |
| **E.** Have a direct relationship to other actions that implicate potentially significant environmental effects? | No | The proposed action does not have a direct relationship to other actions that implicate potentially significant environmental effects. The temporary pavilion is a minor, stand-alone facility intended to maintain safe, accessible circulation and queuing for visitor tours, events, and associated functions during the East Wing construction period. While the pavilion is contemporaneous with the East Wing project and functionally supports operations during construction, it does not change the scope, location, design, or environmental effects of the East Wing work itself. The pavilion involves no ground disturbance, no changes to traffic patterns or utilities beyond minor, reversible connections, and would be removed at the conclusion of the construction period. Therefore, it does not contribute to, enable, or otherwise have a direct relationship to actions with potentially significant environmental effects. |

| | | |
|---|---|---|
| **F.** Have significant impacts on properties listed, or eligible for listing, on the National Register of Historic Places as determined by the bureau? | No | The proposed action would not have significant impacts on properties listed in, or eligible for listing in, the National Register of Historic Places as determined by the NPS. The project area is within President's Park and the White House National Historic Landmark and associated historic cultural landscape but is located within the White House Grounds and is statutorily exempt from compliance with Section 106 and 110(f) of the National Historic Preservation Act. 54 U.S.C. § 307104. The temporary pavilion would be located adjacent to an existing driveway in an area already used intensively for circulation, queuing, and events.<br>The structure is minor in scale relative to the overall site, is contemporary and clearly temporary in character, and would be in place only for the duration of East Wing construction (approximately 2025–2028), after which it would be fully removed and the lawn and walks restored. The project does not involve ground disturbance, demolition, or physical alteration of any contributing buildings, landscape features, or designed views; effects are limited to short-term, reversible visual change within an already developed setting. |
| **G.** Have significant impacts on species listed, or proposed to be listed, on the List of Endangered or Threatened Species or have significant impacts on designated Critical Habitat for these species? | No | The proposed action would not have significant impacts on species listed, or proposed to be listed, under the Endangered Species Act or on designated Critical Habitat for such species. The temporary pavilion would be located within the highly developed and intensively managed North Grounds of the White House, an area characterized by buildings, pavement, maintained lawn, and ornamental landscaping. The project involves placing a lightweight, temporary structure on existing developed surfaces, with no ground disturbance, excavation, or vegetation removal.<br>No listed or proposed species or designated Critical Habitat are known or expected to occur in the project footprint or to rely on the maintained lawn and paved circulation areas that would be temporarily occupied by the pavilion. The action would not alter habitat, hydrology, or other ecological conditions and would not introduce noise, lighting, or activity levels beyond those already typical of routine White House operations and events. As a result, the proposal would not have significant impacts on listed or proposed species or designated Critical Habitat. |
| **H.** Significantly limit access to and ceremonial use of Indian sacred sites on Federal lands by Indian religious practitioners or significantly adversely affect the physical integrity of such sacred sites? | No | The proposed action would not significantly limit access to or ceremonial use of Indian sacred sites on federal lands by Indian religious practitioners, nor would it significantly adversely affect the physical integrity of such sacred sites. The project area is confined to the North Grounds of the White House, |

| | | |
|---|---|---|
| | | within an already developed and intensively managed setting that does not include any known Indian sacred sites. The temporary pavilion would be installed on existing lawn and paved areas adjacent to an existing driveway and would not restrict access to any traditional use areas or alter the physical integrity of any sacred sites. Therefore, the proposal would not result in significant impacts related to Indian sacred sites. |
| **I.** Contribute to potentially significant effects resulting from the introduction, continued existence, or spread of noxious weeds or non-native invasive species known to occur in the area or from other actions that promote the introduction, growth, or expansion of the range of such species (Federal Noxious Weed Control Act)? | No | The proposed action would not contribute to potentially significant effects resulting from the introduction, continued existence, or spread of noxious weeds or non-native invasive species. The temporary pavilion would be installed on existing paved and intensively maintained lawn areas within the North Grounds, with **no ground disturbance, excavation, grading, or new planting**. The project does not include soil import or export, landscaping changes, or other actions that would create new disturbed soil surfaces conducive to weed establishment. Any construction staging and access would occur on existing developed or regularly maintained areas and would follow standard housekeeping and equipment cleaning practices to avoid transporting seeds or plant material. As a result, the proposal would not promote the introduction, growth, or expansion of noxious weeds or non-native invasive species. |