IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TRUST FOR HISTORIC PRESERVATION IN THE UNITED STATES, ,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONAL PARK SERVICE, *et al.*,<br><br>    Defendants. | Case No. 1:25-cv-04316-RJL |

## DECLARATION OF TAMMY STIDHAM, ASSOCIATE REGIONAL DIRECTOR, LANDS AND PLANNING, NATIONAL PARK SERVICE, NATIONAL CAPITAL REGION

I, Tammy Stidham declare as follows:

1. I am the Associate Regional Director for Lands and Planning for the National Park Service ("NPS") National Capital Region. I have been in this position for approximately two years. Prior to that time I served as the Deputy Associate Regional Director for Lands and Planning at the NPS National Capital Region. All together, I have been employed by the NPS for over thirty-six years.

2. I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto.

3. In my current position I represent the Secretary of the Interior as an ex officio member of the National Capital Planning Commission. For the National Capital Planning Commission, the National Capital Planning Act (40 U.S.C. § 8701 et seq.) sets aside seats on the commission for certain officials. I serve as the Secretary of the Interior's designated alternate which authorizes me to serve on the commission in his place. As

such, I fully participate in the business of the Commission including making motions and voting on Commission actions.

4. In my capacity as an ex officio member of the National Capital Planning Commission, on December 15, 2025, I received notification from Heather Martin, the Chief Financial Officer for the Executive Office of the President, and Josh Fisher, the Director of the White House Office of Management and Administration, expressing interest in meeting to discuss plans for the Project. The National Capital Planning Commission is working to set up this initial meeting with Commission staff.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 15, 2025.

_____
Tammy Stidham