IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TRUST FOR HISTORIC PRESERVATION IN THE UNITED STATES,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONAL PARK SERVICE, *et al.*,<br><br>    Defendants. | Case No. 1:25-cv-04316-RJL |

### DECLARATION OF ANDREW HELLER ACTING COMMISSIONER OF THE PUBLIC BUILDINGS SERVICE

I, Andrew Heller, declare as follows:

1. I am employed as the Acting Commissioner for the Public Buildings Service ("PBS"), U.S. General Services Administration ("GSA"). My work address is 1800 F Street NW, Washington, DC 20405. I have held this position with GSA since August 4, 2025. I have been with GSA since 2004, having started my career as an Asset Manager. In addition, I have held various senior level leadership positions within PBS including, Deputy Commissioner, Assistant Commissioner for Strategy and Engagement, Assistant Commissioner for Facilities Management, and Deputy Assistant Commissioner for Portfolio Management.

2. PBS is a component of GSA responsible for acquiring space through new construction and leasing, maintaining, and renovating federal properties nationwide. PBS owns or leases an inventory of more than 8,500 assets, maintains over 359 million square feet of owned and leased workspace and preserves more than 500 historic properties.

3. While certainly large, PBS by no means manages all of the real property assets owned by the U.S. Government. Similarly, while PBS maintains a large and robust workload of new construction and repair and alteration projects around the country, Congress appropriates tens of billions of dollars each year for construction-related projects and

activities to many other agencies, including the Department of Veterans Affairs, Department of the Interior, and the Department of Energy, to name a few.

4. GSA's authority originates from the Federal Property and Administrative Services Act of 1949 ("Property Act"), 40 U.S.C. § 101 *et seq.*, which established GSA and provided it with authority over federal real estate, procurement, and disposal of surplus federal property. However, it was not until the Public Buildings Act of 1959 that GSA obtained statutory authority over the construction and alteration of public buildings. 40 U.S.C. §§ 3301–3319.

5. Rather than granting GSA with all-encompassing authority over all real property, Congress provided GSA with a more limited statutory mission over the construction and repair of "public buildings," a term that is defined by 40 U.S.C. § 3301(a)(1) and (5).

6. What this means, in practice, is that GSA manages, alters, and constructs buildings that are generally suitable for use as office or storage space or both. GSA's inventory of "public buildings" primarily includes federal office buildings, courthouses, land-ports-of-entry, and warehouses. *See* General Services Administration, GSA Properties, https://www.gsa.gov/real-estate/gsa-properties; *see also* U.S. Gov't Accountability Office, GSA Could Further Support Agencies' Post-Pandemic Planning for Office Space Use at 4 (GAO-22-105105) (Sept. 7, 2022), https://www.gao.gov/assets/gao-22-105105.pdf.

7. Over the years since its founding in 1949, GSA has assumed responsibility for certain day-to-day operation, maintenance, repair, and upkeep of office space in the East Wing of the White House, including custodial services and certain electrical and mechanical equipment. However, GSA is not the only executive agency responsible for performing activities in and around the White House, including in relation to the East and West Wings.

8. GSA did not participate in the recent decision to demolish the East Wing or any contracting to obtain the services of a demolition company.

9. GSA has taken no actions, and has no plans to take any actions, to contract for the planning, design, or construction of the proposed ballroom.

10. This certification is signed under the provisions of 28 U.S.C. § 1746. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 15th day of December, 2025, in the City of Washington, District of Columbia.

_____

Andrew Heller