# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

NATIONAL TRUST FOR HISTORIC
PRESERVATION IN THE UNITED
STATES,

    Plaintiff,

v.

NATIONAL PARK SERVICE, *et al.*,

    Defendants.

Case No. 1:25-cv-04316-RJL

## DECLARATION OF U.S. SECRET SERVICE
## DEPUTY DIRECTOR MATTHEW C. QUINN

I, Matthew C. Quinn declare as follows:

1. I am the Deputy Director of the United States Secret Service (Secret Service). Prior to my current appointment, I served as Deputy Assistant Director for the Office of Protective Operations and retired from the Secret Service after more than two decades of service. During that time, I held several leadership positions, including Special Agent in Charge of the Special Operations Division, Special Agent in Charge of the Office of Communication and Media Relations, Special Agent in Charge of Protective Operations, and Acting Special Agent in Charge of the Charlotte Field Office. I began my law enforcement career in 1998 at the Secret Service New York Field Office, conducting financial fraud investigations and serving as the primary liaison to the United Nations. I subsequently served as a supervisor in the Washington Field Office and as Assistant to the Special Agent in Charge at the James J. Rowley Training Center.

2. Following my retirement in 2021, I worked as a senior executive in the private sector, most recently as Senior Vice President at Fortem Technologies in Pleasant Grove, Utah,

1

where I was responsible for developing and applying airspace safety and security solutions for law enforcement, military, and commercial stakeholders. On May 19, 2025, I returned to the Secret Service, becoming the agency's 24th Deputy Director.

3. I am a graduate of Arizona State University and hold a master's degree from the National Defense University at the Dwight D. Eisenhower School for National Security and Resource Strategy. I am also a graduate of the Key Executive Leadership Program at American University in Washington, D.C. I am a certified and appointed member of the federal Senior Executive Service.

4. The U.S. Secret Service is charged with ensuring the safety of the nation's highest-ranking officials, including the President and Vice President. *See* 18 U.S.C. §§ 3056(a), 3056A. As part of that mission, the U.S. Secret Service also protects key locations where the nation's highest-ranking elected leaders live and work, as well as the foreign diplomatic missions located around Washington, D.C. Among these locations of national importance are the White House Complex and the Vice President's residence.

5. In my capacity as Deputy Director, I oversee the Secret Service's protective and investigative operations, managing seven operational directorates, including the directorates and offices responsible for managing the Secret Service's role in the East Wing construction project (the Project) on the White House grounds. My knowledge of the Project is based on my official duties, which include regular briefings, reports, and direct communications with the personnel overseeing and executing the Secret Service's role in the Project. As a result, I possess current knowledge regarding the status, scope, and operational security considerations surrounding the Project.

6. Due to the nature and location of the Project, the Project contractor is required to provide temporary security and safety measures around the project's construction site.

7. As part of its protective mission, the Secret Service coordinates with the contractor on these temporary measures to ensure the security and safety of the President, the First Family, and the White House complex.

8. While the contractor has completed most of these temporary security measures, improvements to the site are still needed before the Secret Service's safety and security requirements can be met. Accordingly, any pause in construction, even temporarily, would leave the contractor's obligation unfulfilled in this regard and consequently hamper the Secret Service's ability to meet its statutory obligations and protective mission.

9. In addition to the facts testified to above, the Secret Service is prepared to provide the Court with more details, including law enforcement sensitive and/or classified information, in an appropriate setting, such as classified declaration available for *in camera* review.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 15, 2025.

*[Signature]*

Matthew C. Quinn
Deputy Director
United States Secret Service