**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL TRUST FOR HISTORIC PRESERVATION IN THE UNITED STATES,<br><br>      Plaintiff,<br><br>      v.<br><br>NATIONAL PARK SERVICE, *et al.*,<br><br>      Defendants. | Case No. 1:25-cv-04316-RJL |

**DEFENDANTS' NOTICE OF FILING ERRATA RESPONSE**
**IN OPPOSITION TO PLAINTIFF'S MOTION FOR TEMPORARY**
**RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Defendants provide notice of the filing of an errata Response in Opposition to Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction.  The initial version of Defendants' filing, Dkt. No. 14, contained coding errors in the table of contents.  The version attached hereto as Exhibit A corrects those errors but otherwise makes no changes to the brief. Defendants therefore respectfully request that the Clerk enter the attached filing as Defendants' operative response in opposition.

December 15, 2025

                                         Respectfully submitted,

                                         Adam R.F. Gustafson
                                         Principal Deputy Assistant Attorney General

                                         Marissa A. Piropato
                                         Deputy Chief

                                         */s/ Gregory M. Cumming*
                                         Gregory M. Cumming
                                         Senior Attorney

                                         Michelle Ramus

Mark Widerschein
Trial Attorneys
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
Michelle.Ramus@usdoj.gov
Mark.Widerschein@usdoj.gov

*Counsel for Defendants*