# Annex 1

The National Trust submits the below chart in response to the Court's question of "[w]hether and to what extent, past Presidents have obtained congressional authorization and/or regulatory approval for construction and modifications to the White House structure and grounds." ECF 17 at 4. The chart contains the projects of which the National Trust is aware that involved either the construction or the modification of the White House or structures on its grounds, dating back 235 years to the Residence Act of 1790. The chart does not include interior redecoration or minor interior renovations of the White House, exterior maintenance projects (like repainting), landscaping of the White House grounds, or other similar projects.

To the National Trust's knowledge, Congress authorized almost every project—and every *major* project—constructing or modifying the White House or structures on its grounds, either through (a) a project-specific authorization or (b) an authorization to the President to make certain minor repairs and alterations up to the limits of the funds Congress appropriated for those purposes, under which the project at issue was qualified both in its nature and its cost. The only exceptions of which the National Trust is aware are a pool and cabana built by President Gerald Ford in 1975, and a tennis pavilion built by President Trump between 2019 and 2020. To the Trust's knowledge, neither of those two projects, which were comparatively *de minimis*, were subject to a legal challenge.

To the National Trust's knowledge, based on records reasonably available to it, it appears that every time regulatory review and approval of a project was required, review was sought and approval, where necessary, was received.

| Project | Approximate Duration | Nature of Project and Authorization |
|---|---|---|
| Initial Construction | 1792-1812 | Congress authorized and funded the initial construction of the White House by several statutes. First, the Residence Act of 1790 authorized three commissioners, appointed by the President, to |

1

| Project | Approximate Duration | Nature of Project and Authorization |
|---|---|---|
| | | "purchase or accept" land in what is now the District of Columbia, and provided that the commissioners "shall . . . provide suitable buildings for the accommodation . . . of the President." *See* An Act for establishing the temporary and permanent seat of the Government of the United States, ch. 28, 1 Stat. 130, 130 (July 16, 1790). The selection of James Hoban, the White House's architect, was made through a design competition announced by these commissioners in 1792. *See* Lina Mann, *Building the White House*, The White House Historical Association (Jan. 3, 2020), https://www.whitehousehistory.org/building-the-white-house (last accessed Dec. 29, 2025).<br><br>Construction of the White House continued through the 1790s. Subsequent legislation authorized the commissioners to borrow several hundred thousand dollars. *See* An Act authorizing a Loan for the use of the City of Washington, in the District of Columbia, and for other purposes therein mentioned, ch. 21, 1 Stat. 461, 461 (May 6, 1796); An Act supplementary to an act intituled [sic] "An act authorizing a loan for the use of the City of Washington, in the District of Columbia; and for other purposes therein mentioned," ch. 30, 1 Stat. 551, 551 (Apr. 18, 1798). Legislation passed in 1812 discharged remaining claims related to the building's construction. *See* An Act making an appropriation for the purpose of discharging all the outstanding claims for the construction and repair of the Capitol and the President's House; for the compensation of the late Surveyor of the Public Buildings, and for furniture for the different apartments of the Capitol, and for other purposes, ch. 121, 2 Stat. 775, 775 (July 5, 1812). |
| Repairs Following the War of 1812 | 1815-1820 | The White House suffered significant damage during the War of 1812. After the war, Congress authorized repairs through several appropriations. *See* An Act making appropriations for repairing or rebuilding the public buildings within the city of Washington, ch. 41, 3 Stat. 205, 205 (Feb. 13, 1815) ("That the President of the United States cause to be repaired or rebuilt forthwith, the President's House, Capitol and public offices, on their present sites in the city of Washington, and that he be authorized to borrow, at an interest not exceeding six per centum per annum, from any bank or banks within the District of Columbia, or from any individual or individuals, a sum not exceeding five hundred thousand dollars, to be applied exclusively to that object."); An Act making appropriations to supply the deficiency in the appropriations heretofore made for the completion of the repairs of the north and south wings of the Capitol, for finishing the President's house, and the erection of two new executive offices, ch. 10, 3 Stat. 541, 541 (Feb. 10, 1820) ("For |

2

| Project | Approximate Duration | Nature of Project and Authorization |
|---|---|---|
| | | finishing the President's house, the sum of thirteen thousand one hundred and seventy-four dollars and sixty-six cents."). |
| | | The White House reconstruction was overseen by Congress.[1] *See* Report of the Commissioner of Public Buildings, H. Doc. 15-18, at 14-16 (Nov. 26, 1818) (detailing progress on repairs to White House). |
| Addition of South Portico | 1823-24 | The South Portico—the covered entrance to the White House facing the Ellipse—was added to the White House in or about 1824. Congress authorized the project by appropriating funds for it in 1823. *See* An Act making appropriations for the public buildings, ch. 62, 3 Stat. 784, 784 (Mar. 3, |

---

[1] The Court asked whether past presidents had obtained regulatory approval for past projects, in addition to congressional authorization. *See* ECF 17 at 4. For most of the country's history, the two regulatory bodies currently charged with oversight of projects at the White House—the Commission of Fine Arts ("CFA") and the National Capital Planning Commission ("NCPC")—did not exist. The CFA was established in 1910, and the NCPC was established in 1952. *See* An Act Establishing a Commission of Fine Arts, Pub. L. 61-181, 36 Stat. 371, 371 (May 17, 1910); An Act to amend the act of June 6, 1924, as amended, relating to the National Capital Park and Planning Commission, and for other purposes, Pub. L. 82-592, 66 Stat. 781, 782-83 (July 19, 1952) (creating the NCPC and charging it with functions similar to its present responsibilities).

Although predecessor entities of the NCPC date to 1924, the statutes establishing those entities did not grant general federal-project-review authority. *See* An Act Providing for a comprehensive development of the park and playground system of the National Capital, Pub. L. 68-202, 43 Stat. 463, 463-64 (June 6, 1924) (establishing National Capital Park Commission, principally to develop and acquire parkland); An Act Amending the Act entitled "An Act providing for a comprehensive development of the park and playground system of the National Capital," approved June 6, 1924, Pub. L. 69-158, 44 Stat. 374, 374-76 (Apr. 30, 1926) (amending the 1924 act to, *inter alia*, change the commission's name to the National Capital Park and Planning Commission, and charge it with planning authority for parkland and highways). As a result, many of the projects listed in this chart were not reviewed by the NCPC or the CFA simply because those projects predated the establishment of those commissions.

Before the establishment of the CFA and the NCPC, Congress generally oversaw projects directly through congressional committees or through a project commission established for that purpose. The National Trust has provided details about such committee or commission oversight, which functioned as a rough early analog of modern regulatory review, where the relevant records survive and are available to the Trust.

| Project | Approximate Duration | Nature of Project and Authorization |
|---|---|---|
| | | 1823) ("For finishing the south portico to the President's house, the sum of nineteen thousand dollars."). <br><br> Work on the South Portico was overseen by a Committee of Public Buildings of the House of Representatives. *See* Report on the Committee of Public Buildings, in relation to the operations on said buildings during the last year, and to their present state, H. Doc. 18-60 at 1 (Feb. 12, 1824) ("The Committee have also examined the work done on the South Portico of the President's House. All here has not been accomplished which was contemplated. Two flights of steps, to ascend from the surface level to the principal floor, with railing on the front of this floor, are still wanting. The reasons assigned for this deficiency, are: 'The frequent rains, which, rendering the road impassable for weeks together, between the quarries and the landing, rendered it impracticable to finish the work the last year.' To the Committee these reasons are satisfactory."). |
| Addition of North Portico | 1829-1830 | The North Portico—the covered entrance to the White House facing Lafayette Square—was added to the White House in or about 1829 and 1830. Congress authorized the project by appropriating $24,769.25 for it in 1829. *See* An Act making appropriations for the public buildings, and for other purposes, ch. 51, 4 Stat. 362, 362 (Mar. 3, 1829) ("To complete the north front of the President's house, according to the original plan, by erecting a portico, twenty-four thousand seven hundred and sixty-nine dollars and twenty-five cents."). |
| Construction and Repair of Greenhouses and Conservatories | 1850s-1900s | During the nineteenth and into the early twentieth century, there were greenhouses and conservatories on the White House grounds. Congress authorized their construction and repair in various statutes. *See, e.g.*, An Act to supply Deficiencies in the Appropriations for the Service of the Fiscal Year ending June thirty, eighteen hundred and sixty-six, and for other Purposes, ch. 297, 14 Stat. 324, 325 (July 28, 1866) ("For repair of one of the greenhouses at the President's [sic], five hundred dollars."); An Act making appropriations for sundry Civil Expenses of the Government for the Year ending June thirtieth, eighteen hundred and sixty-eight, and for other purposes, ch. 167, 14 Stat. 457, 463 (Mar. 2, 1867) ("To enable the commissioner of public buildings to put in thorough repair the conservatory recently injured by fire at the President's mansion, ten thousand dollars."); An Act making Appropriations for sundry civil Expenses of the Government for the Year ending June thirty, eighteen hundred and sixty-nine, and for other Purposes, ch. 177, 15 Stat. 110, 117 (July 20, 1868) ("For additional repairs of conservatory at the President's House, and for supplying the same with a suitable collection of plants to replace those |

| Project | Approximate Duration | Nature of Project and Authorization |
|---|---|---|
| | | destroyed by fire, five thousand dollars."); An act making appropriations for sundry civil expenses of the Government for the fiscal year ending June thirtieth, eighteen hundred and seventy-six, and for other purposes, ch. 130, 18 Stat. 371, 392 (Mar. 3, 1875) ("For the Executive Mansion, as follows: . . . for care of, and necessary repairs to, the green-houses, five thousand dollars."); An Act Making appropriations for sundry civil expenses of the Government for the fiscal year ending June thirtieth, nineteen hundred and four, and for other purposes, Pub. L. 57-157, 32 Stat. 1083, 1123 (Mar. 3, 1903) ("For repairs to and reerection of greenhouses, Executive Mansion, three thousand dollars."); An Act Making appropriations for sundry civil expenses of the Government for the fiscal year ending June thirtieth, nineteen hundred and six, and for other purposes, Pub. L. 58-216, 33 Stat. 1156, 1192 (Mar. 3, 1905) ("For repairs to and reerection of greenhouses, Executive Mansion, three thousand dollars."). |
| Construction of the West and East Wings | 1902 | The West and East Wings were constructed in 1902. Congress authorized the construction by appropriating funds for the project. *See* An Act Making appropriations for sundry civil expenses of the Government for the fiscal year ending June thirtieth, nineteen hundred and three, and for other purposes, Pub. L. 57-182, 32 Stat. 419, 460 (June 28, 1902) ("For a building to accommodate the offices of the President, to be located in the grounds of the Executive Mansion, and for each and every purpose connected therewith, including heating apparatus and light fixtures, furniture, and removal of green-houses, all to be done according to plans, the details of which shall be approved by the President, and completed in every respect within the sum hereby appropriated, sixty-five thousand one hundred and ninety-six dollars, to be expended by contract or otherwise in the discretion of, and under the direction of, the President, and to be immediately available; and said building shall be constructed with sufficient foundation and walls suitable for a durable, permanent building, and of sufficient strength for an additional story when needed."); *see also id.* ("For extraordinary repairs and refurnishing of the Executive Mansion and for each and every purpose connected therewith, including all necessary alterations and additions, cabinet work, decoration of rooms, covered ways and approaches, grading, paving, port cochere, gates and electric wiring and light fixtures for house and grounds, all to be done according to plans, the details of which shall be approved by the President and completed in every detail within the sum hereby appropriated, four hundred and seventy-five thousand four hundred and forty-five dollars, to be immediately available and to be expended by contract or otherwise in the discretion of, under the direction of, the President."). |

| Project | Approximate Duration | Nature of Project and Authorization |
|---|---|---|
| Expansion of the West Wing | 1909 | The West Wing was expanded in 1909, adding the Oval Office, among other things.  Congress authorized the expansion by appropriating funds for the project. *See* An Act Making appropriations for sundry civil expenses of the Government for the fiscal year ending June thirtieth, nineteen hundred and ten, and for other purposes, Pub. L. 60-328, 35 Stat 945, 995 (Mar. 9, 1909) ("For additional accommodations to the building erected for the offices of the President, and for each and every purpose connected therewith, including heating apparatus and light fixtures, and furniture, all to be done according to plans, the details of which shall be approved by the President, and completed in every respect within the sum hereby appropriated, forty thousand dollars, to be expended by contract or otherwise, in the discretion and under the direction of the President, to be immediately available."). |
| Repair of Executive Residence's Attic and Roof | 1927 | The White House roof and attic were repaired and substantially renovated during the Coolidge administration. Congress authorized the project by appropriating $375,000 in 1926. *See* An Act Making appropriations to supply deficiencies in certain appropriations for the fiscal year ending June 30, 1926, and prior fiscal years, to provide supplemental appropriations for the fiscal years ending June 30, 1926, and June 30, 1927, and for other purposes, Pub. L. 69-492, 44 Stat. 841, 844 (1926) ("For reconstructing the roof, attic, and ceilings of the second story of the Executive Mansion, including all necessary work in connection therewith, to be prosecuted, by contract or otherwise as the President may determine, under the supervision of the Director of Public Buildings and Public Parks of the National Capital, fiscal years 1927 and 1928, $375,000 . . . .").<br><br>The roof-repair project was presented to the CFA. Minutes from the CFA's April 14 and 15, 1927 meeting reflect that the CFA concluded that the project would "not alter the appearance of the White House." Minutes of April 14-15, 1927 Meeting, at 14-15, available at https://archive.org/details/cfaminutes14-15april1927/mode/1up.[2] |

---

[2] The CFA's meeting minutes from 1910 to 2002 are available online at the Internet Archive, and its minutes from 2002 forward are available on the CFA's website. *See* CFA Minutes Available Online, Commission of Fine Arts (Nov. 15, 2017), https://www.cfa.gov/about-cfa/news/cfa-minutes-available-online (last accessed Dec. 29, 2025) (announcing that "[t]he minutes of the Commission of Fine Arts from 1910 through 2002 are now available online at the Internet Archive"); Minutes of the Commission of Fine Arts, Internet Archive, https://archive.org/details/uscommissionoffineartsminutes (last accessed Dec. 29, 2025) (1910-2002

| Project | Approximate Duration | Nature of Project and Authorization |
|---|---|---|
| West Wing Repairs After 1929 Fire | 1929-1930 | The West Wing sustained substantial damage in a fire in December 1929. The White House was repaired in the following months. *See* Joel D. Treese and Evan Phifer, *The Christmas Eve West Wing Fire of 1929*, The White House Historical Association (Feb. 9, 2016), https://www.whitehousehistory.org/the-christmas-eve-west-wing-fire-of-1929 (last accessed Dec. 29, 2025). In March 1930, Congress made an appropriation to rectify certain "urgent deficiencies," which included $200,000 for repairs to the White House. *See* An Act Making appropriations to supply urgent deficiencies in certain appropriations for the fiscal year ending June 30, 1930, and prior fiscal years, to provide urgent supplemental appropriations for the fiscal years ending June 30, 1930, and June 30, 1931, and for other purposes, Pub. L. 71-78, 46 Stat. 90, 93 (Mar. 26, 1930) ("For an additional amount for the care, maintenance, repair, and alteration of the Executive Mansion and grounds, including the same objects specified under this head in the Independent Offices Appropriation Act for the fiscal year 1930, $200,000.").<br><br>The National Trust is not aware of available records reflecting that the CFA reviewed these repairs, and it is not evident that such repairs were of the sort that the CFA would have reviewed. |
| 1934 West Wing Renovations | 1934 | In 1934, the West Wing was renovated to add more office space, among other things. The renovations were predominantly below ground or within the original shell of the building, and included a slight expansion to the south. The renovations were carried out by the Public Works Administration ("PWA"), an agency created by the National Industrial Recovery Act of 1933, Pub. L. 73-67, 48 Stat. 195 (June 16, 1933) ("NIRA"). *See* Caption List to Series 69-PWA, National Archives Catalog, at 138, available at https://catalog.archives.gov/id/461452185?objectPage=138 (listing among PWA projects in the District of Columbia that "[t]he roof of the White House Offices was literally raised to make additional room, and offices were also added around a sunken court"). The NIRA expressly provided the PWA, and the President, emergency powers to carry out public-works projects quickly and on a large scale. *See* NIRA §§ 1, 201(d), 48 Stat. at 195, 201 (declaring "national emergency" and establishing limited duration for the President's powers under NIRA, respectively). |

---

minutes); Record of CFA Actions, Commission of Fine Arts, https://www.cfa.gov/records-research/record-cfa-actions (last accessed Dec. 29, 2025) (minutes from 2002 to present).

| Project | Approximate Duration | Nature of Project and Authorization |
|---|---|---|
| | | It appears the West Wing renovation project, having been authorized under the NIRA and carried out by the PWA, was funded by the NIRA or through financing mechanisms approved thereunder. The NIRA appropriated $3.3 billion and directed the PWA's administrator, "under the direction of the President," to "prepare a comprehensive program of public works," including "construction, repair, and improvement of . . . public buildings," excluding only projects under the jurisdiction of the Architect of the Capitol. NIRA §§ 202, 220, 48 Stat. at 201, 210. It also gave the President substantial flexibility in financing such projects. *See* NIRA § 203(a), 48 Stat. at 202.<br><br>The CFA considered the 1934 renovations and ultimately arrived at a favorable view of the project. *See* Minutes of April 23, 1934 Meeting, at 4-5, available at https://archive.org/details/cfaminutes23april1934/mode/2up ("The Commission considered the suggestion to enlarge the executive office building.[3] In their opinion it would be only a temporary proposition just as the executive office building, which was built west of the White House in the days of Theodore Roosevelt, was a temporary proposition. Also the Commission felt that no more space in the White House grounds should be taken up for building purposes. The Commission again strongly recommended that the State, War, and Navy Department Building [i.e., the EEOB] be remodeled as an executive office building."); Minutes of May 7, 1934 Meeting, at 1-5, available at https://archive.org/details/cfaminutes7may1934/mode/2up (considering sketches submitted by NPS in connection with the project and detailing meetings with NPS and President Roosevelt); *see id.* Ex. A (making proposal for West Wing renovations in a letter to the President dated May 8, 1934). Several months later, the CFA "made a trip of inspection to the White House to see the construction work on the new executive offices." Minutes of October 19, 1934 Meeting, at 15-16, available at https://archive.org/details/cfaminutes9oct1934/mode/2up (recounting visit and positive impressions). |

---

[3] The CFA was referring here to the West Wing, not what is presently known as the Eisenhower Executive Office Building ("EEOB"). In 1934, the now-EEOB was known as the State, War, and Navy Department Building; it was built more than a decade before the administration of Theodore Roosevelt, whereas the West Wing was built during the Theodore Roosevelt administration. *See* Eisenhower Executive Office Building, The White House, https://bidenwhitehouse.archives.gov/about-the-white-house/the-grounds/eisenhower-executive-office-building/ (last accessed Dec. 29, 2025) (detailing history of the EEOB).

| Project | Approximate Duration | Nature of Project and Authorization |
|---|---|---|
| Construction of Presidential Bunker and Expansion of East Wing | 1942 | During the Second World War, a presidential emergency operations bunker was built underneath the East Wing. In connection with that project, the East Wing was also expanded. Presumably due to the sensitive wartime defense and security aspects of the bunker project, contemporaneous appropriations and public statements about the project are less explicit than those concerning other projects in this chart. The National Trust's research suggests that the project was likely funded by a national-defense appropriations statute that provided approximately $3.4 million (approximately $83 million in present dollars) for public buildings in the District of Columbia, among other things. *See* An Act making additional appropriations for the national defense for the fiscal year ending June 30, 1942, and for other purposes, Pub. L. 77-528, 56 Stat. 226, 236 (Apr. 28, 1942) ("For an additional amount for salaries and expenses, public buildings and grounds in the District of Columbia and adjacent area, fiscal year 1942, including the objects specified under this head in the Independent Offices Appropriation Act, 1942, $3,413,394 . . . ."). Several days after the passage of that statute, the Washington Post reported that a secretary to President Roosevelt had "disclosed yesterday" that "[a]n east wing is being added to the White House." *See White House Now Getting Another Wing*, Washington Post (May 1, 1942).<br><br>The project was presented to the CFA, and the CFA recommended it favorably. *See* Minutes of January 8, 1942 Meeting at 1-2, available at https://archive.org/details/cfaminutes8jan1942/mode/1up ("Mr. Lorenzo S. Winslow, architect for the National Park Service, presented, as he said at the request of the President, a set of plans for alteration of the east end of the east terrace of the White House (facing the Treasury Department Building) so as to provide an office building at that location comparable to the executive office building on the west side of the White House."); *see id.* Ex. A (favorably recommending project and "strongly recommend[ing]" the retention of "a thoroughly competent architect . . . to consult . . . on the details, both interior and exterior, in order that we may be assured that the character and spirit of the design will harmonize with the White House."); *see also id.* at 2 (noting that "a bomb shelter is being built" at the site). |
| Addition of Truman Balcony | 1947-1948 | The Truman Balcony—a balcony inserted within the existing South Portico, level with the second floor of the White House—was constructed by President Truman using funds appropriated by Congress to the Executive Office of the President. *See* An Act Making appropriations to supply deficiencies in certain appropriations for the fiscal year ending June 30, 1946, and for prior fiscal |

9

| Project | Approximate Duration | Nature of Project and Authorization |
|---|---|---|
| | | years, to provide supplemental appropriations for the fiscal year ending June 30, 1946, and for other purposes, Pub. L. 79-269, 59 Stat. 632, 634 (Dec. 28, 1945) ("Maintenance, Executive Mansion and grounds: For an additional amount, fiscal year 1946, for 'Maintenance, Executive Mansion and grounds', including the objects specified under this head in the Independent Offices Appropriation Act, 1946, $21,940. Addition to the Executive Mansion: For an addition to the Executive Mansion; for alterations, improvements, and furnishings, and for improvement of grounds, to be expended as the President may determine, notwithstanding the provisions of any other Act, to remain available until expended, $1,650,000."); An Act Making appropriations for the Executive Office and sundry independent executive bureaus, boards, commissions, and offices, for the fiscal year ending June 30, 1947, and for other purposes, Pub. L. 79-334, 60 Stat. 60, 61 (Mar. 28, 1946) (clawing back $970,000 of the $1.65 million appropriated the year prior for an expansion and further appropriating, "[f]or the care, maintenance, repair and alteration, refurnishing, improvement, heating and lighting, including electric power and fixtures, of the Executive Mansion and the Executive Mansion grounds, and traveling expenses, to be expended as the President may determine, notwithstanding the provisions of any other Act, $184,000"); Joint Resolution Making appropriations to supply deficiencies in certain appropriations for the fiscal year ending June 30, 1947, and for other purposes, Pub. L. 80-25, 61 Stat. 26, 28 (March 29, 1947) ("Executive Mansion and grounds: 'Care, maintenance, repair, and alteration', $18,250."); *see also* William Seale, *The Life and Presidency of Harry S. Truman*, White House Historical Association, https://www.whitehousehistory.org/the-life-and-presidency-of-harry-s-truman (last accessed Dec. 29, 2025) (explaining that President Truman "took the $16,050.74 [the balcony] ultimately cost from the existing household budget").<br><br>The Truman Balcony project was presented to the CFA, which did not view the project favorably. Minutes of August 28, 1947 Meeting, at 3-5, available at https://archive.org/details/cfaminutes28aug1947 (noting presentation of proposal for a balcony to the CFA, and the CFA's negative estimation of the project). |
| Structural Renovation | 1949-1952 | Major renovations of the White House were undertaken after it was discovered that the building was structurally unsound. Congress authorized the renovations by appropriating funds for the project on several occasions. *See* An Act Making appropriations to supply deficiencies in certain appropriations for the fiscal year ending June 30, 1949, and for other purposes, Pub. L. 81-119, 63 |

10

| Project | Approximate Duration | Nature of Project and Authorization |
|---|---|---|
| | | Stat 231, 235 (June 23, 1949) ("For all expenses necessary for and incident to the renovation, repair, and modernization (without change of present architectural appearance of the exterior of the mansion or the interior of its main floor) of the Executive Mansion, or for such other provision for remodeling or rebuilding the Executive Mansion or for construction of a separate residence for the President as may be determined upon by the Commission on Renovation of the Executive Mansion established pursuant to Public Law 40 (Eighty-first Congress), including the preparation of drawings and specifications, and the purchase of furniture, furnishings, and equipment, without regard to section 3709 of the Revised Statutes or the civil-service and classification laws, $2,000,000, to remain available until expended and, in addition contracts may be entered into in amounts not exceeding $3,400,000 . . . ."); An Act Making supplemental appropriations for the fiscal year ending June 30, 1952, and for other purposes, Pub. L. 82-253, 65 Stat. 736, 743 (Nov. 1, 1951) ("For an additional amount for 'Renovation and modernization. Executive Mansion', $261,000, to remain available until expended.")<br><br>Congress created a Commission on Renovation of the Executive Mansion, which oversaw the renovation project. *See* An Act To provide for a Commission on Renovation of the Executive Mansion, Pub. L. 81-40, 63 Stat. 45, 45-47 (April 14, 1949). While meeting minutes of the CFA from this period occasionally address the project, it appears that the project was principally supervised by the Commission on Renovation of the Executive Mansion. *See* March 16, 1949 Meeting Minutes, at 3, available at https://archive.org/details/cfaminutes16march1949/mode/1up (noting White House repairs); August 17, 1951 Meeting Minutes, at 3-5, available at https://archive.org/details/cfaminutes17aug1951/mode/1up (detailing meeting between CFA and Commission on Renovation of the Executive Mansion). |
| Outdoor Pool | 1975 | In 1975, President Ford installed a pool and poolside cabana to the south of the West Wing. *See* Lina Mann, *A Pool for the President: Diving into the History of White House Swimming Pools*, White House Historical Association (Feb. 21, 2023), https://www.whitehousehistory.org/a-pool-for-the-president (last accessed Dec. 29, 2025). The pool and the cabana cost approximately $67,000 and were funded by private donations, with a maximum donation of $1,000 from any one person. *See id.* The National Trust is not aware of any legal challenge having been made to the construction of the pool and cabana. |

| Project | Approximate Duration | Nature of Project and Authorization |
|---|---|---|
| | | The cabana and pool deck were renovated in 2002 with funds appropriated by Congress. *See* An Act Making appropriations for the Treasury Department, the United States Postal Service, the Executive Office of the President, and certain Independent Agencies, for the fiscal year ending September 30, 2002, and for other purposes, Pub L. 107-67, 115 Stat. 514, 527 (Nov. 12, 2001) ("For the repair, alteration, and improvement of the Executive Residence at the White House, $8,625,000, to remain available until expended, of which $1,306,000 is for six projects for required maintenance, safety and health issues, and continued preventative maintenance"); *see also* Report of Hearings before a Subcommittee of the Committee on Appropriations of the House of Representatives, 107th Congress, First Session, at 235-37 available at https://www.govinfo.gov/content/pkg/CHRG-107hhrg73567/pdf/CHRG-107hhrg73567.pdf (providing Executive Residence proposed appropriation language: "For the repair, alteration, and improvement of the Executive Residence at the White House, $1,306,000 is to remain available for 6 projects for required maintenance, safety and health issues, and continued preventative maintenance," and listing projects, which include "Cabana Roof Reconstruction and Pool Deck Renovation"); *see also Solar Energy at the White House*, White House Historical Association, available at https://www.whitehousehistory.org/solar-energy-at-the-white-house (last accessed Dec. 29, 2025) (noting 2002 installation of solar panels on the roof of the cabana).<br><br>The pool was reviewed by the CFA in connection with the 1975 construction. *See* Minutes of May 21, 1975 Meeting, at [PDF] 1, 9-10, available at https://archive.org/details/cfaminutes21may1975/mode/1up ("The Chairman reported that he, the Secretary and Assistant Secretary had visited the White House a week earlier to see a scheme for a simple in-the-ground swimming pool with no cover, solar heat or dressing areas. . . .The Commission had no objection to this scheme, feeling that the simpler the pool area was, the better."); *see also* Minutes of October 15, 1975 Meeting, at [PDF] 10, available at https://archive.org/details/cfaminutes15oct1975/mode/2up (considering solar heating system for pool area and noting that it was "within the parameters of previous Commission approval"). The National Trust is not aware of the 2002 repair project having been reviewed by the CFA or by the NCPC, likely due to the repair nature of the project. |

| Project | Approximate Duration | Nature of Project and Authorization |
|---|---|---|
| Replacement of Perimeter Fence[4] | 2014-2021 | Due in large part to security concerns, the fence surrounding the White House and its grounds was replaced beginning in 2019, with project planning commencing several years prior. *See generally* National Park Service, *Construction begins today on new White House fence*, available at https://www.nps.gov/whho/learn/news/ construction-begins-today-on-new-white-house-fence.htm (July 8, 2019) (last accessed Dec. 29, 2025).<br><br>Congress made several appropriations connected with the fence project.  *See* An Act Making appropriations for the fiscal year ending September 30, 2017, and for other purposes, Pub. L. 115-31, 131 Stat. 135, 435 (May 5, 2017) (appropriating "an additional" $72,988,000 for "'Procurement, Construction, and Improvements' for necessary expenses for Presidential security"); Fiscal Year 2019 Congressional Justification, Department of Homeland Security – U.S. Secret Service, at [PDF] 154-55 available at https://www.dhs.gov/sites/default/files/publications/U.S.%20Secret%20Service.pdf (last accessed Dec. 29, 2025) (showing $50 million in obtained funding for fiscal year 2017 relating to the fence project); Consolidated Appropriations Act, 2016, Pub. L. 114-113, 129 Stat. 2242, 2503 (Dec. 18, 2015) ("That of the amounts made available under this heading for security improvements at the White House complex, $8,200,000 shall remain available until September 30, 2017"); Fiscal Year 2017 Congressional Justification, Department of Homeland Security – U.S. Secret Service, at [PDF] 5, available at https://www.dhs.gov/sites/default/files/publications/FY%202017%20Congressional%20Budget%2 |

---

[4] The grounds of the White House have been enclosed by a fence since the early 1800s. Congress has authorized modifications of the fence on various occasions. *See, e.g.,* An Act making appropriations for the public buildings, and for furnishing the Capitol and President's house, ch. 97, 3 Stat. 458, 458 (Apr. 20, 1818) ("For the wall north of the President's house, with gates and iron railing the width of the house, three thousand five hundred and eighteen dollars."); An Act making appropriations for the public buildings in Washington, and for other purposes, ch. 154, 4 Stat. 194, 194 (May 22, 1826) ("[F]or finishing the fences, and graduating and improving the grounds connected with the President's house, the sum of five thousand eight hundred and sixty-five dollars . . . ."); An Act in addition to the act entitled "An act making appropriations, in part, for the support of Government, for the year eighteen hundred and thirty-six, and for other purposes, ch. 353, 5 Stat. 112, 114 (July 4, 1836) ("For a dwarf wall and fence between the executive buildings and the President's house, one thousand one hundred and sixty-five dollars and fifty cents.").

| Project | Approximate Duration | Nature of Project and Authorization |
|---|---|---|
| | | 0Justification%20-%20Volume%203_1.pdf. (last accessed Dec. 29, 2025) (noting that Pub. L. 114-113 "provides . . . not less than $8,200,000, available for two years, for the Crown fence replacement"). <br><br> Plans for the fence project were submitted by NPS to the CFA and the NCPC for review, and the NCPC approved the project on February 2, 2017. *See* NCPC Project File 7776, available at https://www.ncpc.gov/review/project/7776/ (last accessed Dec. 29, 2025); *see, e.g.*, Minutes of November 17, 2016 Meeting, available at https://cfa.gov/records-research/record-cfa-actions/2016/11/cfa-meeting/minutes (last accessed Dec. 29, 2025). |
| Construction of Tennis Pavilion | 2019-2020 | In 2019 and 2020, during the first Trump administration, a pavilion was constructed next to the White House tennis court. The White House has reported that the tennis pavilion was privately funded. *See* The White House, *First Lady Melania Trump Announces Completion of the New White House Tennis Pavilion* (Dec. 7, 2020), https://trump whitehouse.archives.gov/briefings-statements/first-lady-melania-trump-announces-completion-new-white-house-tennis-pavilion/ (last accessed Dec. 29, 2025). The National Trust is not aware of any legal challenge having been made to the construction of the tennis pavilion. <br><br> Plans for the tennis pavilion were submitted by NPS to both the CFA and the NCPC for review, and the NCPC approved the project on July 11, 2019. *See* NCPC Project File 8077, NCPC, available at https://www.ncpc.gov/review/project/8077/ (last accessed Dec. 29, 2025); Minutes of May 16, 2019 Meeting, CFA, available at https://www.cfa.gov/records-research/record-cfa-actions/2019/05/cfa-meeting (last accessed Dec. 29, 2025) (concept plans); Consent Calendar for June 20, 2019 Meeting, CFA, available at https://www.cfa.gov/records-research/record-cfa-actions/appendices/consent-calendar/30344 (last accessed Dec. 29, 2025) (final plans). |