# Exhibit A

# WILLIAM J. BATES, FAIA, NOMA
57 Marlin Drive West, Pittsburgh, PA  15216
Mobile Phone: 412 / 292-1258
Email:  wbates.faia@gmail.com

## SUMMARY

Corporate Architect and Real Estate Executive experienced in international development. Innovative strategist with proven ability to manage large construction projects, lease administration, and building services.  Developed strong interdisciplinary teams by supplementing corporate resources with external specialists.  Demonstrated competence in both "Start-ups" and Fortune 100 organizations.

## PROFESSIONAL EXPERIENCE

**CARNEGIE MELLON UNIVERSITY,** Pittsburgh, PA                    2014-2018, 2020-present
**Adjunct Professor, School of Architecture**
- Teaching in the Masters program of Architecture, Engineering & Construction Management

**EAT'N PARK HOSPITALITY GROUP, INC.,** Pittsburgh, PA                    2002-2018
**Sr. Vice President, Real Estate**

- Management of an 80-site corporate property portfolio throughout the PA, OH, WV.
- Responsible for restaurant division growth through new site identification and acquisition
- Implemented use of corporate site selection software and analysis standards.

**MARCONI, INC.,** (formerly FORE Systems, Inc.) Warrendale, PA                    1995-2002
**Vice President, Real Estate and Building Services**

- Managed the corporate property portfolio expansion from 28 to 150 global sites in 5 years.
- Administered construction and maintenance of $300MM in global corporate development.
- Performed property due diligence assessments related to merger and acquisition initiatives.
- Acquired and managed a $33MM corporate aircraft used for international executive shuttle.
- Managed the design & construction of 1.4 MSF of office, laboratory, and manufacturing space globally.

**PNC BANK, N.A.,** Pittsburgh, PA                    1993-1995
**Vice President, Strategic Facilities Planning**

- Analyzed and benchmarked corporation's 11 MSF space performance and utilization.
- Developed occupancy strategies for all corporate headquarters functions.
- Strategic planning and site evaluation for new 300,000 SF operations center.

**WESTINGHOUSE ELECTRIC CORP.,** Pittsburgh, PA                    1984-1993
**Manager of Design, Headquarters Corporate Services, Construction Department**

- Managed architectural & engineering consultant selection and design process.
- Developed and administered the corporate facilities standards.
- Managed technically diverse corporate construction projects across North America.
- Designed & managed all headquarters projects for 500 KSF Westinghouse Building
- Managed the design of numerous DoD and NRC projects with US security clearances.
- Managed the design and construction of TV and radio Broadcasting projects in 10 states

**CELENTO & EDSON ARCHITECTS & PLANNERS,** Pittsburgh, PA                    1974-1984
**Architectural Intern, Designer, Partner**

- Managed architectural design of K - 12 building projects for numerous school districts
- Designed the African American Heritage Classroom for the University of Pittsburgh

## EDUCATION

**Bachelor of Architecture –** University of Notre Dame, Notre Dame, IN

**Honorary Doctorate —** Boston Architectural College, Boston, MA

## PROFESSIONAL DEVELOPMENT

Construction Management, Graduate Program – Pennsylvania State University
Construction Management – Harvard University, Graduate School of Design
Real Estate Management - University of Pennsylvania, Wharton School of Business

## REGISTRATION

Registered Architect – Number RA007889X Commonwealth of Pennsylvania, 1978-Present

## BOARDS & COMMITTEES

**National Trust for Historic Preservation**
Member of Board of Trustees – 2022-Present

**Pittsburgh History & Landmarks Foundation**
Member of Board of Trustees of Landmarks Development Corporation – 2004 -2010
Foundation Board Vice Chair of Board 2010 - Present

**Presbyterian SeniorCare Network**
Member of the Board of Directors – 2004-Present
Board Chair – 2022-2025

**University of Arkansas, School Architecture**
Member of the Professional Advisory Board - 2020-Present

**University of Notre Dame, School Architecture**
Member of the Advisory Council - 2019-Present

**Green Building Alliance** – board member 2003 - Present
President of Board of Directors – 2010

**Allegheny Land Trust**
Member of the Board of Directors – 2001-2010
Vice President of Board – 2004 - 2010

**Associated Artists of Pittsburgh**
Member of the Board of Directors – 2000-2003
Member of the Advisory Board – 2004-Present

**American Institute of Architects** – member 1975-Present
President of the Pittsburgh Board of Directors-1988
President of the Pennsylvania Board of Directors-1991, 2011
Chair of the National Minority Resource Committee- 1992-1993
Member of the National Board of Directors – 2012-2015
College of Fellows, invested - 2016
President of the National Board of Directors - 2019

**Pittsburgh Chamber of Commerce**
Leadership Pittsburgh Program Class V - 1989

**Pittsburgh Architects' Workshop**
President of the Board of Directors – 1980-1985

**Remaking Cities Conference** (1988 international conference on rustbelt revitalization)
1988 Executive Committee Member
2013 Remaking Cities Conference Program Committee Member

**National Organization of Minority Architects**
Founding President of the Pittsburgh Chapter 2012 to present

**Allegheny Trails Explorer Scouts** 1982-1993
Architectural Post Founder and Advisor

## APPOINTMENTS

**Commonwealth of Pennsylvania**
State Architects Licensure Board, Member then Vice President - 2022- Present

**Allegheny County**
Parks & Recreation Foundation, Board Secretary - 2007- Present
Parks & Recreation Commission - 2003- 2008
Facilities Assessment Taskforce - 1998 - 1999
Airport Development Commission, Environmental Chair - 1989-1991

**Mt. Lebanon Uptown Design Review Board**
Board Co-Chair– 1992-1995

**Who's Who Among Black Americans - Gale Research Inc.** - 1990 - Present

**INTERNATIONAL Recognition**
Royal Institute of British Architects: Honorary Member
Japanese Institute of Architects: Honorary Member
Korea Institute of Architects: Honorary Member
Royal Canadian Institute of Architects: Honorary Member
Siamese Institute of Architects: Honorary Member