IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TRUST FOR HISTORIC PRESERVATION IN THE UNITED STATES,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL PARK SERVICE, *et al.*,<br><br>Defendants. | Case No. 1:25-cv-04316-RJL |

## DEFENDANTS' MOTION TO MODIFY SCHEDULE

Defendants[1] hereby move to amend the schedule for briefing Plaintiff's motion for a preliminary injunction. *See* Mem. Order (Dec. 17, 2025), Dkt. No. 17. The Court ordered Plaintiff to file supplemental briefing on Plaintiff's original motion for a preliminary injunction on December 29, Defendants to respond by January 8, 2026, and Plaintiff to reply by January 12, 2026. *See id.* As good cause for this request, Defendants note the following:

1. On December 29, Plaintiff filed a supplemental brief in support of its motion for a preliminary injunction.

2. Plaintiff did not limit itself to supplemental argument in support of the claims in its original complaint. Instead, Plaintiff contemporaneously filed an amended complaint that names four new defendants, alleges a new count, and makes substantial revisions to its

---

[1] Defendants are collectively the National Park Service, Jessica Bowron, John Stanwich, the Department of the Interior, Douglas Burgum, the General Services Administration, Michael J. Rigas, President Donald J. Trump, the Executive Office of the President, Susie Wiles, the Office of the Executive Residence, and Robert Downing. The latter four defendants were added in Plaintiff's Amended Complaint filed December 29, 2025, Dkt. No. 19, and it is not clear as of the time of filing whether service is complete. To the extent it is not, the latter four defendants reserve the right to contest service.

1

claims under the National Environmental Policy Act. Plaintiff's supplemental brief includes extensive discussion of its new count and on its claims against the new defendants, including new factual allegations and legal arguments.

3. In light of Plaintiff's amended complaint and the new arguments Plaintiff raises in support of it, Defendants respectfully request that the Court extend the remaining schedule by 14 days to allow Defendants time to review and appropriately respond to Plaintiff's new contentions. Accordingly, Defendants propose the schedule be modified as follows:

    - Defendants' response due **January 22, 2026** (from January 8)
    - Plaintiff's reply due **January 26, 2026** (from January 12)
    - Hearing on plaintiff's motion for preliminary injunction to be held on approximately **January 29, 2026**, subject to the Court and the Parties' availability (from January 15).[2]

4. The proposed schedule will not affect the Court's ability to resolve this motion before "any below-grade construction [ ] dictates the size or scale of the proposed ballroom[.]" Dkt. No. 17 at 3. As declarant John Stanwich previously noted, below-grade construction will not necessitate any specific above-grade design. Dkt. No. 14-6 ¶ 21. Below-grade work is necessary for reasons of national security and to allow the Secret Service "to meet its statutory obligations and protective mission." Dkt. No. 14-11 ¶ 8. And above-grade construction is not anticipated to begin until April at the earliest. Dkt. No 14-6 ¶¶

---

[2]   Counsel for Plaintiff have indicated they are unavailable from January 28 to 30 due to previously-scheduled arguments in other matters.

19-20. Accordingly, under Defendants' proposed schedule, the Court will be able to resolve Plaintiff's motion before above-grade construction begins.

5. The Court has inherent authority to modify the schedule "so as to achieve the orderly and expeditious disposition of cases." *Aracely, R. v. Nielsen*, 319 F. Supp. 3d 110, 132 (D.D.C. 2018) (quoting *Dietz v. Bouldin*, 579 U.S. 40, 45 (2016)). This modification will assist with the orderly and expeditious disposition of Plaintiff's motion by balancing speed of resolution with an opportunity for the Defendants to comprehensively respond to Plaintiff's amended complaint and supporting brief.

6. Undersigned counsel has conferred with counsel for Plaintiff, who advised that they oppose the relief requested and intend to file a brief in opposition to this Motion.

7. For the foregoing reasons, Defendants respectfully request that the Court extend the schedule for briefing on Plaintiff's amended motion by two weeks.

December 30, 2025

Respectfully submitted,

Adam R.F. Gustafson
Principal Deputy Assistant Attorney General

Peter M. Torstensen, Jr.
Deputy Assistant Attorney General

Marissa A. Piropato
Deputy Chief

/s/ *Gregory M. Cumming*
Gregory M. Cumming
Senior Attorney
Michelle Ramus
Mark Widerschein
Trial Attorneys
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section

950 Pennsylvania Avenue, N.W.
Washington, DC 20530
Gregory.Cumming@usdoj.gov
Michelle.Ramus@usdoj.gov
Mark.Widerschein@usdoj.gov
(202) 598-0414

*Counsel for Defendants*