**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

NATIONAL TRUST FOR HISTORIC
PRESERVATION IN THE UNITED
STATES,

      Plaintiff,

      v.

NATIONAL PARK SERVICE, *et al.*,

      Defendants.

Case No. 1:25-cv-04316-RJL

**PROPOSED ORDER**

Upon consideration of Defendants' Motion to Modify Schedule, Plaintiff's Opposition,

and for good cause shown, that Motion is hereby **GRANTED**. The Court orders as follows:

- o   Defendants' supplemental response is due **January 22, 2026**

- o   Plaintiff's reply is due **January 26, 2026**

- o   A hearing on Plaintiff's motion for preliminary injunction will be held on _____.

SO ORDERED this _____ day of January, 2026.

_____

_____

Richard J. Leon
United States District Judge