# Exhibit A

| | |
|---|---|
| **From:** | Cumming, Gregory (ENRD) <Gregory.Cumming@usdoj.gov> |
| **Sent:** | Tuesday, December 30, 2025 7:00 PM |
| **To:** | Craig, Gregory; Widerschein, Mark (ENRD); Heuer, Tad; Casassa, Matthew (Matt); Smith, Jack C |
| **Cc:** | Piropato, Marissa (ENRD); Ramus, Michelle (ENRD); Gustafson, Adam (ENRD) |
| **Subject:** | RE: Conferral on U.S. Motion - 1:25-cv-04316-RJL |

**[ EXTERNAL SENDER - gregory.cumming@usdoj.gov ]**

Will do, thanks.

_____
Gregory M. Cumming
Senior Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
150 M Street, N.E.
Washington, D.C. 20002
(202) 598-0414

**From:** Craig, Gregory <gcraig@foleyhoag.com>
**Sent:** Tuesday, December 30, 2025 6:38 PM
**To:** Widerschein, Mark (ENRD) <Mark.Widerschein@usdoj.gov>; Heuer, Tad <THeuer@foleyhoag.com>; Casassa, Matthew (Matt) <mcasassa@foleyhoag.com>; Smith, Jack C <jcsmith@foleyhoag.com>
**Cc:** Piropato, Marissa (ENRD) <Marissa.Piropato@usdoj.gov>; Ramus, Michelle (ENRD) <Michelle.Ramus@usdoj.gov>; Gustafson, Adam (ENRD) <Adam.Gustafson@usdoj.gov>; Cumming, Gregory (ENRD) <Gregory.Cumming@usdoj.gov>
**Subject:** [EXTERNAL] RE: Conferral on U.S. Motion - 1:25-cv-04316-RJL

Mark:

We understand you will be asking the court for a delay, and that you will inform the court that the National Trust will oppose that request. As you inform the court that we oppose your request, please also inform the court that the National Trust will be filing an opposition.

Thank you.

Greg

**Gregory Craig** | **Senior Counsel**

FOLEY
HOAG LLP
1717 K Street, N.W.
Washington, D.C. 20006-5350
+12022617415 phone
www.foleyhoag.com

**From:** Widerschein, Mark (ENRD) <Mark.Widerschein@usdoj.gov>
**Sent:** Tuesday, December 30, 2025 6:19 PM

1

**To:** Craig, Gregory <gcraig@foleyhoag.com>; Heuer, Tad <THeuer@foleyhoag.com>; Casassa, Matthew (Matt) <mcasassa@foleyhoag.com>; Smith, Jack C <jcsmith@foleyhoag.com>
**Cc:** Piropato, Marissa (ENRD) <Marissa.Piropato@usdoj.gov>; Ramus, Michelle (ENRD) <Michelle.Ramus@usdoj.gov>; Gustafson, Adam (ENRD) <Adam.Gustafson@usdoj.gov>; Cumming, Gregory (ENRD) <Gregory.Cumming@usdoj.gov>
**Subject:** RE: Conferral on U.S. Motion - 1:25-cv-04316-RJL

**[ EXTERNAL SENDER - mark.widerschein@usdoj.gov ]**

Gregory,

Thank you for your note and this proposal. We are unable to stipulate as you have proposed. Accordingly, we will be filing requesting our proposed schedule, noting that Plaintiff opposes. We will adjust the proposed hearing dates to account for your unavailability 1/28-1/30, which would push it to the week of 2/1.

Best,
Mark

**Mark Widerschein**
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
Cell: (202) 532-5803

---

**From:** Craig, Gregory <gcraig@foleyhoag.com>
**Sent:** Tuesday, December 30, 2025 3:09 PM
**To:** Widerschein, Mark (ENRD) <Mark.Widerschein@usdoj.gov>; Heuer, Tad <THeuer@foleyhoag.com>; Casassa, Matthew (Matt) <mcasassa@foleyhoag.com>; Smith, Jack C <jcsmith@foleyhoag.com>
**Cc:** Piropato, Marissa (ENRD) <Marissa.Piropato@usdoj.gov>; Ramus, Michelle (ENRD) <Michelle.Ramus@usdoj.gov>; Gustafson, Adam (ENRD) <Adam.Gustafson@usdoj.gov>
**Subject:** [EXTERNAL] RE: Conferral on U.S. Motion - 1:25-cv-04316-RJL

Counsel:

Thank you for your inquiry regarding adjustments to the briefing schedule. We are unable to agree to an unconditional extension, nor do we think one is warranted under the circumstances. Nonetheless, we are willing to agree to a compromise that would provide additional time for your response, while protecting the National Trust from the possibility of any continuing or additional harm in the interim.

As a preliminary note, the amendments to the complaint should pose no surprise. The one new count about the unconstitutional transfer of authority from NPS to other executive agencies (and the addition of defendants related thereto) responds to facts first disclosed by the government only in its TRO opposition, was raised by counsel during the hearing (Tr. 28:20-29:13), and is squarely responsive to the scope of the court's third question. We have also *removed* one NEPA count, while the remaining NEPA counts merely account for the new information that the government disclosed for the first time with its TRO opposition – which, as we have already noted, the government was required to have disclosed months ago. Moreover, the government has already had the same twelve days as the National Trust to

prepare responses to the court's three questions, and even under the current schedule has ten additional days to develop its positions.

Nor can the National Trust agree to an unconditional extension, given the government's position in its TRO briefing that it intends to conduct construction on the East Colonnade starting in January and on the ballroom starting in February, thus inflicting the very irreparable harm the National Trust has alleged.  During the TRO hearing, the court explicitly recognized the significance of the construction timing here in setting a prompt PI hearing for the first half of January.

Nonetheless, as a professional courtesy, the National Trust could agree, with the court's approval, to a conditional extension.  We would agree to a one-week extension of the government's opposition deadline (to January 15) and a commensurate adjustment of the reply deadline (to January 20) and of the PI hearing date (proposing January 22 or 23, depending upon court availability), **provided** the government agrees not to conduct any subsurface construction work on either the East Colonnade or the proposed ballroom site (other than work specifically required by national security) through the date of any PI hearing.  Such a condition is necessary to avoid the further irreparable harm the National Trust has alleged as the basis for its preliminary injunction.  We would require that any such agreement be committed to a written stipulation docketed with the court (most likely as an exhibit to an unopposed motion for continuance).  If you are amenable, we would be pleased to prepare a draft stipulation for your review.

If this proposal is not acceptable, we would ask the court to decide the question.  Please note that regardless, lead counsel is unavailable to argue or participate in a PI hearing on January 28 through January 30 having already rescheduled motion arguments in other matters to that time period to accommodate the court's January 15
PI hearing date.

Gregory Craig


Gregory Craig | **Senior Counsel**

FOLEY

HOAG LLP
1717 K Street, N.W.
Washington, D.C. 20006-5350
+12022617415 phone
www.foleyhoag.com

---

**From:** Widerschein, Mark (ENRD) <Mark.Widerschein@usdoj.gov>
**Sent:** Tuesday, December 30, 2025 11:52 AM
**To:** Craig, Gregory <gcraig@foleyhoag.com>; Heuer, Tad <THeuer@foleyhoag.com>; Casassa, Matthew (Matt) <mcasassa@foleyhoag.com>; Smith, Jack C <jcsmith@foleyhoag.com>
**Cc:** Piropato, Marissa (ENRD) <Marissa.Piropato@usdoj.gov>; Ramus, Michelle (ENRD) <Michelle.Ramus@usdoj.gov>; Gustafson, Adam (ENRD) <Adam.Gustafson@usdoj.gov>
**Subject:** Conferral on U.S. Motion - 1:25-cv-04316-RJL

**[ EXTERNAL SENDER - mark.widerschein@usdoj.gov ]**

Counsel:

3

We are in receipt of your amended complaint and supplemental brief. In light of the numerous new claims you have asserted, we intend to seek a two-week extension of the remaining briefing schedule, as follows:

- Defendants' response: January 22
- Plaintiff's reply: January 26
- Hearing: On approximately January 29, pending the Court's availability.

Please let us know your position on this motion. Thank you.

Best,
Mark

**Mark Widerschein**
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
Cell: (202) 532-5803