**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**NATIONAL TRUST FOR HISTORIC
PRESERVATION IN THE UNITED STATES**,

*Plaintiff*,

v.

**NATIONAL PARK SERVICE**, *et al.,*

*Defendants*.

Civil Action No. 25-4316

## NOTICE OF APPEARANCE OF MATTHEW F. CASASSA

Please enter the appearance of Matthew F. Casassa as counsel for plaintiff, the National Trust for Historic Preservation in the United States ("National Trust"), in the above-captioned matter. Mr. Casassa has been admitted *pro hac vice* to represent the National Trust. *See* Dec. 16, 2025 Minute Order.

Dated: January 2, 2026

Respectfully submitted,

*/s/ Matthew F. Casassa*
Matthew F. Casassa (MA 707012)
FOLEY HOAG LLP
155 Seaport Boulevard
Suite 1600
Boston, MA 02210
Tel. (617) 832-1000
mcasassa@foleyhoag.com

## <u>CERTIFICATE OF SERVICE</u>

I certify that on January 2, 2026, the foregoing document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing. Paper copies will be sent via first class mail to those indicated as non-registered participants.

*/s/ Matthew F. Casassa*
Matthew F. Casassa