IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TRUST FOR HISTORIC PRESERVATION IN THE UNITED STATES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NATIONAL PARK SERVICE, *et al.*,<br><br>　　　　Defendants. | Case No. 1:25-cv-04316-RJL |

**DEFENDANTS' NOTICE OF SUBMITTING SUPPLEMENTAL *EX PARTE* DECLARATION *IN CAMERA***

　　Defendants respectfully submit this Notice to inform the Court that they have submitted a supplemental *ex parte* declaration in support of their supplemental filing in opposition to Plaintiff's motion for a preliminary injunction. Defendants rely on those grounds stated in their prior motion for leave to file a declaration *ex parte* for *in camera* review, Dkt. No. 13, which was granted by the Court the next day. *See* Dec. 16, 2025 Minute Order.

　　Plaintiff's counsel has advised they oppose the submission of a supplemental *ex parte* declaration.

　　Respectfully submitted,

January 15, 2026

　　　　　　　　　　　　　　　　　　　ADAM R.F. GUSTAFSON
　　　　　　　　　　　　　　　　　　　Principal Deputy Assistant Attorney General
　　　　　　　　　　　　　　　　　　　Environment and Natural Resources Division

　　　　　　　　　　　　　　　　　　　PETER M. TORSTENSEN, JR.
　　　　　　　　　　　　　　　　　　　Deputy Assistant Attorney General

　　　　　　　　　　　　　　　　　　　MARISSA A. PIROPATO
　　　　　　　　　　　　　　　　　　　Deputy Chief

　　　　　　　　　　　　　　　　　　　*/s/ Gregory M. Cumming*
　　　　　　　　　　　　　　　　　　　GREGORY M. CUMMING

Senior Attorney
MICHELLE RAMUS
MARK WIDERSCHEIN
Trial Attorneys
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
150 M Street, N.E.
Washington, DC 20002
Gregory.Cumming@usdoj.gov
Michelle.Ramus@usdoj.gov
Mark.Widerschein@usdoj.gov
(202) 598-0414

*Counsel for Defendants*