UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TRUST FOR HISTORIC PRESERVATION IN THE UNITED STATES,<br><br>        Plaintiff,<br><br>     v.<br><br>NATIONAL PARK SERVICE, *et al.*,<br><br>        Defendants. | Case No. 1:25-cv-04316-RJL |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned counsel for Defendants in the above-captioned matter. The undersigned counsel has read and is familiar with the local rules of the Court. Please note the following contact information for Mr. Roth:

Jacob (Yaakov) M. Roth
United States Department of Justice
Civil Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
Tel: (202) 514-4015
Email: Yaakov.m.roth@usdoj.gov

Dated: January 15, 2026                    Respectfully Submitted,

                                                      /s/ *Jacob (Yaakov) M. Roth*
                                                      YAAKOV M. ROTH
                                                      Principal Deputy Assistant Attorney General

                                                      *Counsel for Defendants*