# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

<table>
<tr><td>

NATIONAL TRUST FOR HISTORIC
PRESERVATION IN THE UNITED
STATES,

       Plaintiff,

    v.

NATIONAL PARK SERVICE, *et al.*,

       Defendants.

</td><td>

Case No. 1:25-cv-04316-RJL

</td></tr>
</table>

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned counsel for Defendants in the above-captioned matter. The undersigned counsel has read and is familiar with the local rules of the Court. Please note the following contact information for Mr. Mayers:

Brantley T. Mayers
United States Department of Justice
Civil Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
Tel: (202) 890-9874
Email: Brantley.t.mayers@usdoj.gov

Dated: January 15, 2026

Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General

1

/s/ *Brantley T. Mayers*

BRANTLEY T. MAYERS (FL Bar No. 1039996)
Counsel

JOSEPH E. BORSON
Assistant Director
EITAN R. SIRKOVICH
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
(202) 353-5525
eitan.r.sirkovich@usdoj.gov

*Counsel for Defendants*

2