### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TRUST FOR HISTORIC PRESERVATION IN THE UNITED STATES,<br><br>     Plaintiff,<br><br>  v.<br><br>NATIONAL PARK SERVICE, *et al.*,<br><br>     Defendants. | Case No. 1:25-cv-04316-RJL |

### <u>NOTICE OF APPEARANCE</u>

Please enter the appearance of the undersigned counsel for Defendants in the above-captioned matter.  The undersigned counsel has read and is familiar with the local rules of the Court.  Please note the following contact information for Mr. Sirkovich:

> Eitan R. Sirkovich
> United States Department of Justice
> Civil Division, Federal Programs Branch
> 1100 L Street, NW
> Washington, DC 20005
> Tel: (202) 353-5525
> Email: eitan.r.sirkovich@usdoj.gov

Dated: January 15, 2026

Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General

BRANTLEY T. MAYERS
Counsel to the Assistant Attorney General

JOSEPH E. BORSON
Assistant Director

/s/   *Eitan R. Sirkovich*
EITAN R. SIRKOVICH (D.C. Bar No. 90030102)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
(202) 353-5525
eitan.r.sirkovich@usdoj.gov

*Counsel for Defendants*