IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TRUST FOR HISTORIC PRESERVATION IN THE UNITED STATES,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL PARK SERVICE, *et al.*,<br><br>Defendants. | Case No. 1:25-cv-04316-RJL |

**DECLARATION OF HEATHER MARTIN REGARDING SUBMISSION OF THE PROJECT TO THE NCPC AND CFA**

I, Heather Martin, declare as follows:

1. I am a Deputy Assistant to the President, a Presidentially Commissioned Officer. In addition, I serve as the Chief Financial Officer and Deputy Director of the Office of Administration, Executive Office of the President. I serve as a senior official supporting the East Wing Modernization Project ("the Project").

2. I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto.

<u>Submission to the NCPC</u>

3. The National Capital Planning Commission ("NCPC") is a twelve-member commission. All twelve commission seats are currently filled. The NCPC is also supported by a staff of planners, architects, urban designers, and other professionals. *See* https://www.ncpc.gov/about/staff/ for a description of NCPC staff.

1

4. The NCPC does not have any promulgated regulations; instead, guidance for proceeding before the Commission is set out in the June 6, 2024 NCPC Submission Guidelines. However, my understanding is that the process as set forth in the guidelines is flexible.

5. On December 19, 2025, I conducted a pre-submission briefing with four members of NCPC staff and gave a presentation to inform them about the Project.

6. On December 22, 2025, EXR submitted an initial application for the Project to the NCPC.

7. On January 8, 2026, Josh Fisher, Director of White House Management and Administration, and Shalom Baranes, project architect, provided an informational presentation to the NCPC regarding the Project. Both took questions from Commissioners. *See* Ex. 1, Excerpts from NCPC Tr. (Jan. 8, 2026).[1]

8. I am currently scheduled to meet with NCPC staff on January 20, 2026, and January 27, 2026 to discuss EXR's final submission to the NCPC that EXR intends to file on January 30, 2026. These meeting will also include Commission of Fine Arts ("CFA") staff.

9. My understanding is that the NCPC will publicly release the final submission documents on February 12, 2026 and open an online portal for members of the public to register to speak at the NCPC public meeting scheduled for March 5, 2026.

10. On March 5, 2026, NCPC staff are scheduled to make their final presentation about the Project to the NCPC Commissioners.

11. My understanding is that the NCPC Commissioners will vote on the Project at the conclusion of the public comment period associated with the March 5, 2026 NCPC Public Meeting.

---

[1] A video of the meeting is available at https://www.youtube.com/watch?v=js5NoDBQFzY.

12. Development of the final design is continuing, and my understanding is the below-grade construction can accommodate potential modifications to the design of the above-grade structure. No above-grade construction on the Project will occur until April, at the earliest. EXR intends to secure approval from NCPC before above-grade construction commences.

Submission to the CFA

13. The CFA is comprised of seven commission members, all of whom are appointed by the President. There are currently four commission members. The CFA is staffed by full-time civil service employees that administer the operations of the CFA and the Old Georgetown Board. See https://www.cfa.gov/about-cfa/who-we-are for a description of the CFA staff positions.

14. On December 19, 2025, I conducted a briefing with four members of CFA staff and received informal feedback from CFA staff based on that presentation.

15. On January 20, 2026, and January 27, 2026, I am currently scheduled to meet with CFA staff to discuss EXR's submission to CFA. These meeting will also include NCPC staff.

16. On January 14, 2026, President Trump appointed four Members of the Commission of Fine Arts:

- Mary Anne Carter, of Tennessee, to be a Member of the Commission of Fine Arts for the term of four years, vice Billie Tsien, term expired.

- Roger Kimball, of Connecticut, to be a Member of the Commission of Fine Arts for the term of four years, vice Bruce Redman Becker.

- James Curtis McCrery II, of the District of Columbia, to be a Member of the Commission of Fine Arts for the term of four years, vice Peter Dibble Cook, term expired.

- Matthew Taylor, of the District of Columbia, to be a Member of the Commission of Fine Arts for the term of four years, vice Justin Garrett Moore, term expired.

17. I am working with CFA staff to schedule a public informational presentation with CFA Commission Members during the week of January 19th.

18. EXR is tentatively scheduled to present the Project to the CFA on February 19, 2026 and March 19, 2026. I intend to use my best efforts to work with CFA members and staff to complete the CFA review process at the March 19th meeting.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 15, 2026.

*[signature]*

Heather Martin

# EX. 1

NATIONAL CAPITAL PLANNING COMMISSION

+ + + + +

COMMISSION MEETING

+ + + + +

OPEN SESSION

+ + + + +

THURSDAY,
JANUARY 8, 2026

+ + + + +

The meeting convened in the Commission Hearing Room at 401 9th Street NW, Washington, D.C., and via videoconference, at 1:00 p.m., William Scharf, Chair, presiding.

NATIONAL CAPITAL PLANNING COMMISSION MEMBERS PRESENT:

WILLIAM SCHARF, Chair
    Presidential Appointee (At-Large)
STUART LEVENBACH, Vice Chair
    Mayoral Appointee
LINDA ARGO, Mayoral Appointee
MICHAEL BLAIR, Presidential Appointee
EVAN CASH, Office of the Chairman of the Council
    of the District of Columbia
ANITA COZART, Office of the Mayor of
    the District of Columbia
ARRINGTON DIXON, Mayoral Appointee
ED FORST, Administrator, General Services
    Administration
WILLIAM HENDERSON, U.S. Senate Committee on
    Homeland Security and Governmental Affairs
ELLIE McGOWAN, U.S. House of Representatives
    Committee on Oversight and Accountability
PHIL MENDELSON, Chairman, Council of the District
    of Columbia

**Page 90**

1  made by Commissioner Dixon and seconded by
2  Commissioner Schaefer.  Commissioner Cozart?
3      COMMISSIONER COZART:  Yes.
4      MS. HOTTEL-COX:  Commissioner Schaefer?
5      COMMISSIONER SCHAEFER:  Yes.
6      MS. HOTTEL-COX:  Commissioner Stidham?
7      COMMISSIONER STIDHAM:  Yes.
8      MS. HOTTEL-COX:  Commissioner Argo?
9      COMMISSIONER ARGO:  Yes.
10      MS. HOTTEL-COX:  Vice Chairman Levenbach?
11      VICE CHAIR LEVENBACH:  Yes.
12      MS. HOTTEL-COX:  Chairman Scharf?
13      CHAIR SCHARF:  Yes.
14      MS. HOTTEL-COX:  Commissioner Blair?
15      COMMISSIONER BLAIR:  Yes.
16      MS. HOTTEL-COX:  Administrator Forst?
17      COMMISSIONER FORST:  Yes.
18      MS. HOTTEL-COX:  Commissioner Dixon?
19      COMMISSIONER DIXON:  Yes.
20      MS. HOTTEL-COX:  Commissioner Cash?
21      COMMISSIONER CASH:  Yes.
22      MS. HOTTEL-COX:  Commissioner Henderson?

**Page 91**

1      COMMISSIONER HENDERSON:  Yes.
2      MS. HOTTEL-COX:  Commissioner McGowan?
3      COMMISSIONER MCGOWAN:  Yes.
4      MS. HOTTEL-COX:  Thank you.  The motion
5  carries unanimously.
6      CHAIR SCHARF:  Thank you very much, Madam
7  Secretary.  We're now moving on to Agenda Item 7A,
8  which is an informational presentation on the East
9  Wing Modernization Project.
10      Quick logistical item.  My impression was
11  that Commissioner Cash was going to be leaving us
12  and that Commissioner Mendelson was going to be
13  taking his place virtually.  Is he with us online
14  right now?
15      MS. HOTTEL-COX:  Yes.
16      COMMISSIONER MENDELSON:  Yes, I am.
17      CHAIR SCHARF:  Okay, perfect.  Thank you,
18  sir.  With that, do you want to proceed?
19      INFORMATION PRESENTATION
20      EAST WING MODERNIZATION PROJECT
21      MR. FLIS:  Hello.  Thank you.  Good
22  afternoon, members of the Commission.  As was

**Page 92**

1  mentioned, this is an informational presentation
2  and overview of the proposed White House East Wing
3  Modernization Project.
4      Before I turn it over to the applicant team
5  I'm just going to provide you a brief background.
6  The purpose of the project is to establish a
7  permanent secure event space within the White House
8  grounds that provides increased capacity for
9  official state functions.
10      I think everybody is familiar with the
11  location of the White House, but here on the screen
12  is a map view showing President's Park and the
13  surrounding context.  The National Mall is located
14  here at the bottom of the screen. Pennsylvania
15  Avenue is located to the north of the White House.
16  And E Street is located to the south, just north
17  of the Ellipse.  The project is proposed to be
18  located between the Executive Mansion and the
19  Treasury Building.
20      In addition to the Executive Residence,
21  the vicinity of President's Park obviously also
22  includes a number of significant buildings,

**Page 93**

1  including the Eisenhower Executive Office Building,
2  which is to the west, shown on the image on the left,
3  and the main Treasury Building, which is located
4  to the east.  Mixed used development frames the
5  entire area, as it is located within the central
6  core of Washington, D.C.
7      The project is located on federal land
8  within the District of Columbia.  The National
9  Capital Planning Act requires Commission approval
10  for all federal buildings and open space around such
11  buildings within the District.
12      As you know, NCPC has reviewed several
13  other projects at the White House.  Most recently,
14  the White House fence in 2016 and 2017, and the
15  tennis pavilion in 2019.
16      In terms of the review of projects, NCPC
17  uses guidance from the federal elements of the
18  Comprehensive Plan for the National Capital,
19  including policies related to urban design, parks,
20  and open space, as well as visitor experience, among
21  others.  As you're aware, the Commission takes a
22  holistic approach when applying the Comprehensive

**Page 94**

1  Plan policies in the context of each project's needs
2  and objectives.
3          One of the primary areas of interest for
4  the review of this project is how the public will
5  see and experience the Modernization Project from
6  the surrounding public spaces.  Most notably, from
7  Pennsylvania Avenue to the North, as shown here on
8  this image, or from E Street to the south, as shown
9  here.  These are really the only publicly
10 accessible streets in the vicinity, as others are
11 located within a secure perimeter.
12         The public experience extends to several
13 aspects of the proposed project, which will be
14 helpful to understand as the design advances,
15 including how the pedestrian level-views from the
16 north and the south may or may not change from
17 current conditions; how the connector or colonnade
18 between the Executive Mansion and the new East Wing
19 Modernization Project will be designed; how the
20 landscape will be designed, restored, or improved;
21 and how perimeter security and the associated
22 infrastructure might be beautified for the public

**Page 95**

1  and guests to the White House and grounds.
2          As the design proceeds for review, NCPC
3  staff will work with the applicant to understand
4  these components, as well as any other comments
5  raised by the Commission today.
6          And so, with that, I am going to now turn
7  it over to Josh Fisher with the White House, who
8  will begin their presentation.  Thank you.
9          CHAIR SCHARF:  Thank you.
10         MR. FISHER:  Good afternoon, Mr. Chairman
11 and Commission staff.  My name is Josh Fisher.  I'm
12 the Director of Management and Administration for
13 the White House.  We appreciate y'all allowing us
14 the opportunity to discuss the East Wing
15 Modernization Project and the reason we believe it
16 to be so vitally important.
17         Every day, people from across the country
18 and around the globe visit the White House and
19 surrounding grounds.  They look to it as a
20 representation of the values that we, as Americans,
21 stand for.  It is our responsibility to ensure that
22 the guests, those given the opportunity to come

**Page 96**

1  inside the fence and those viewing from Lafayette
2  Park or the Ellipse, experience the pride and the
3  powerful symbol of American democracy, leadership,
4  and history.
5          While we are only discussing the ballroom
6  today, our efforts extend beyond the 18 acres so
7  that every school group, family trip, marriage
8  proposal, or birthday photo allow people to enjoy
9  the beautiful pride of our nation's capital and the
10 White House complex.
11         As you all know, U.S. presidents have been
12 renovating, expanding, and modernizing the White
13 House to meet the needs of the present day, including
14 terraces built in the 1800s, the Truman Balcony in
15 1948, the original East Wing built in 1902 and
16 rebuilt in 1942, as well as numerous other projects.
17         When President Trump decided to build a
18 grand ballroom and modernize other aspects of the
19 East Wing, we began researching.  After careful
20 study and consultation with engineers, architects,
21 historians, and other experts, we determined that
22 modifying or renovating the colonnade in the

**Page 97**

1  existing East Wing was not feasible for many
2  reasons.  We found significant deficiencies and
3  overall poor structural design and construction.
4  The colonnade was structurally unstable, the roof
5  systems had exceeded their service life, and the
6  underpinnings were not sufficient to support the
7  necessary upgrades.
8          In the East Wing, there was chronic water
9  intrusion, accelerated deterioration, and mold
10 contamination.  The electrical infrastructure was
11 obsolete, deemed undersized and noncompliant with
12 current code.  Facilities were also noncompliant
13 with both ADA and Secret Service requirements.
14         Because of this and other factors, the cost
15 analysis proved that demolition and reconstruction
16 provided the lowest total cost ownership and most
17 effective long-term strategy.  As part of this
18 overall process, we also took great steps to ensure
19 that we preserved extraordinary history features,
20 including parts of the original colonnade, the
21 Kennedy Gardens, and the movie theater, amongst
22 other items.

98

1   In choosing to carry out the East Wing
2   Modernization Project, we are achieving life
3   safety, ADA, environmental, and federal compliance.
4   We are enhancing mission-critical functionality
5   and eliminating systematic infrastructure
6   failures.  We are making necessary security
7   enhancements and delivering resilient, adaptative
8   infrastructure aligned with future mission needs.
9       Importantly, the addition of the
10  modernized facility also significant reduces
11  negative impacts on the truly historic Executive
12  Mansion and South Lawn.  The hosting of large
13  events, the size of which were not contemplated when
14  it was designed and reconstructed, drastically
15  increases the rate of deterioration on the East Room
16  and the State Dining Rooms, stressing the aging
17  structural components of that specific building.
18      In addition to consequential structural
19  and safety considerations, the East Wing
20  Modernization Project will significantly improve
21  the experience of the American people and foreign
22  dignitaries when they visit the White House.

99

1       As I'm sure you're aware, historically,
2   when visitors come to the White House for events,
3   that tour begins at passing through temporary
4   double-wide trailers to gain entry onto complex.
5   State dinners or events with world leaders would
6   take place in a tent on the South Lawn.  These tents
7   affected more than just the world leaders; their
8   use destroyed large portions of the South Lawn,
9   degrading its appearance for overall visitors and
10  creating a reoccurring expense to replace and
11  cultivate new grass.
12      Beyond the ballroom, we have plans for
13  beautifying visitors' experience in the area, such
14  as Lafayette Park, and creating a superior, more
15  efficient visitor security screening center.  In
16  the coming weeks and month, both NPS and Secret
17  Service will be submitting their plans on those two
18  topics.
19      Inside the White Houses, spaces such as
20  the ballroom, are just as important as the grounds
21  outside.  The ballroom is where leaders will
22  gather, important decisions will be discussed, and

100

1   history will be made.  It is a place that will bring
2   people together for diplomacy, celebration, and
3   unity.  A beautiful, well-maintained, and
4   historically-designed ballroom will show respect
5   for these moments and emphasize the significance
6   of collaboration and tradition in our government.
7       Now I will turn it over to Shalom, the
8   architect on this project, to discuss the ballroom.
9   As you guys know, Shalom is no stranger to this
10  Commission.  His work has been transformative
11  across the D.C. region.  So, we're excited to see
12  what he can bring to the table.
13      MR. BARANES:  So, good afternoon.  And
14  thank you for the opportunity to appear before the
15  Commission.  Today I'll provide a very high-level
16  overview of the White House East Wing project.  A
17  more detailed and fully developed submission will
18  be presented in one of your subsequent hearings.
19      And I'd like to begin here with a brief
20  discussion of the evolution of the current design
21  approach.  I joined the project team approximately
22  60 days ago, in early November, following the

101

1   schematic design work that had been undertaken by
2   McCrery Architects.
3       That earlier phase, which spanned most of
4   2025, involved a fairly comprehensive evaluation
5   of programmatic needs and design alternatives,
6   including multiple massing configurations, and, of
7   course, a whole series of elevational studies.
8       Following the transition to my firm, we
9   continue to evaluate various sizes and
10  configurations for the project.  Today, I'd like
11  to report that the ultimate decision in late
12  November was not to continue exploring options for
13  increasing the size of the project; instead, the
14  decision was made to advance one of the earlier
15  schemes that had been developed prior to our joining
16  the team.
17      That scheme is calibrated to respect key
18  contextual relationships.  The addition's cornice
19  aligns and does not exceed with the cornice height
20  of the White House.  And the building mass is set
21  back approximately ten-and-a-half feet from the
22  White House's primary north facade on Pennsylvania

**102**

1  Avenue.  These measures, I think, are essential to
2  maintaining the visual primacy of the White House.
3  　　　　The program includes a ballroom of
4  approximately 22,000 square feet.  It's designed
5  to accommodate approximately a thousand seated
6  guests at a formal dinner.  The total area of the
7  two aboveground visible East Wing floors, that's
8  two floors, including the colonnade and the ballroom
9  structure, is just slightly over 89,000 square feet.
10  Below the ballroom, and included in the 89,000
11  square feet, the project incorporates a series of
12  functions, which I'll show you on the boards shortly
13  here.
14  　　　　One could generously describe the current
15  functioning of the White House support areas, such
16  as loading, waste handling, general deliveries,
17  food service, as being quite labyrinthian in
18  character.  And I think that's a kind description.
19  These conditions reflect incremental adaptations
20  over time, and they place ongoing operational stress
21  on the historic structure.
22  　　　　The proposed East Wing Modernization seeks

**103**

1  to rationalize these functions in a manner that will
2  relieve the stress by increase connectivity,
3  operational efficiency, and by enhancing overall
4  security.  The changes will allow the White House
5  to be experienced and to age, I think, at a much
6  more graceful way over time.
7  　　　　In advancing this proposal, we have aimed
8  to land in a thoughtful middle ground by adapting,
9  as I mentioned earlier, one of the earlier 2025
10  designs that meets the thousand-seat requirement
11  for the ballroom.  And also, as I mentioned earlier,
12  further consideration of enlarging the size was
13  abandoned in late November.
14  　　　　Our primary focus has been on refining the
15  exterior facades through the re-proportioning of
16  windows, masonry detailing, revisiting the exterior
17  terraces, and further developing the interior
18  spaces, of course.
19  　　　　This scheme does require a two-story
20  colonnade connecting the East Wing -- I'm sorry,
21  connecting the East Room in the White House to the
22  new ballroom.  We believe it's appropriate to

**104**

1  evaluate this condition within the context of the
2  broader White House campus.
3  　　　　The White House is, therefore, considering
4  the idea of a modest one-story addition to the West
5  Wing colonnade, which would serve to restore a sense
6  of symmetry around the original central pavilion.
7  It will be considered as part of a future overall
8  planning framework which will be presented at a
9  future hearing here.
10  　　　　So, with this context, I'll now just walk
11  you through, briefly, some of the boards that we
12  have here.  So, here, of course, you have
13  Pennsylvania Avenue to the top here.  Thank you.
14  　　　　You have Pennsylvania Avenue here; it's
15  at the upper part of the board.  So the White House
16  complex.  And, of course, the colonnades with the
17  (audio interference).  There will be two priority
18  access points to the ballroom.  And we are talking
19  about a large crowd here of a thousand people.  One
20  of them will be through the White House, through
21  the colonnade, to a foyer that will serve the
22  ballroom.  And then the other one will be one level

**105**

1  down.
2  　　　　The grade drops as we come around this way.
3  And there will be an entrance through a portico
4  here into a foyer with a grand stair that will take
5  you up one level to the ballroom, and essentially
6  meet where the other guests will be coming from the
7  other direction.
8  　　　　The new structure here has a series of
9  terraces on three sides of the building.  On the
10  south side of the colonnade we have a terrace that's
11  about 12-feet wide with a stair that leads down to
12  the lawn panels.  And then that terrace continues
13  around to the west side of the ballroom, along here.
14  And, actually, that's a very important life safety
15  egress point for the whole project.
16  　　　　And that leads down to a stair here, which
17  also lands at the lower level grade.  Halfway down
18  that stair you can make a left and access a terrace,
19  which is underneath this colonnade roof.  And that
20  also has a stair leading down to the lawn.
21  　　　　We will show you much more detailed
22  drawings next time with viewsheds, but, for today,

106

1  I'd just like to point out that there is a very dense
2  cluster of trees here, which will remain, which
3  really affects your view from the south, the public
4  view from the south looking at this, just as there
5  is a dense cluster of trees that protects the view
6  of the West Wing. And we also have the same
7  condition on the north side, where we have a dense
8  cluster of both evergreen and deciduous trees, which
9  will really frame the view of the central pavilion
10  of the White House.
11        These are very schematic drawings of the
12  two primary levels. On your right here is the
13  ballroom level, which is the upper level. And on
14  the left is the level below the ballroom.
15        So, well, let's start at the upper level
16  here. So if you're entering the ballroom from the
17  White House, the East Room is right here. You'll
18  come across the colonnade, adjacent to the stairs
19  here, enter this foyer area, and then make your way
20  into the ballroom, which has windows on three sides,
21  facing east, west, and south.
22        If you're entering from the other side,

107

1  as many of the guests will be entering from the other
2  side, you will come up a few stairs here through
3  a portico, and that would give you access -- you'll
4  be coming up here actually in a lower level -- that
5  will give you access to this hall here, the foyer,
6  and then up a grand stair which would land you right
7  in the same area here. And, again, giving you
8  access to the ballroom.
9        On the lower level, the other uses that
10  we have are this large space, which is devoted to
11  food service. That's basically a commercial
12  kitchen. And it will not only service the ballroom,
13  but also service events inside the White House
14  itself.
15        Opposite that, we have an office suite for
16  the First Lady. And then, on the lower level of
17  the colonnade itself, we are rebuilding the movie
18  theater that had been there.
19        These are north and south elevations of
20  the White House complex. We removed all three
21  trees. No landscaping at all is shown; just wanted
22  you to see the building very clearly. And I think

108

1  the most important thing here, perhaps, is what I
2  mentioned earlier, which is the alignment of the
3  cornice of the ballroom directly aligns with the
4  cornice and the balustrade of the White House. The
5  heights will match exactly.
6        Here you see the upper level of the East
7  Colonnade. And I did mention the potential for a
8  future addition, a one-story addition, to the West
9  Wing. And that would occur right here. And you
10  can see that the reason to think about that is so
11  that we would reinstate the symmetry around the
12  central pavilion of the White House. We have not
13  looked at that at all yet, but hope to do so in the
14  future.
15        So, here is the view from the south.
16  Again, you have the rear elevation of the White House
17  itself. We have the ballroom with the portico.
18  The terrace at the half-level. And then, of course,
19  here the West Wing, two-part with a colonnade.
20        These are larger elevations so you can
21  start to understand the character of the building.
22  So, what we have at the top here is the east

109

1  elevation of the ballroom, which is directly across
2  from the Treasury. This portico sits pretty much
3  directly across from a portico that abuts the
4  Treasury.
5        The floor of the ballroom is at this upper
6  level, right through here. And the eight windows
7  that you see here are basically centered on the
8  ballroom. On the opposite side we have the same
9  condition, with the eight windows there centered
10  on the ballroom.
11        This is the west elevation. And on the
12  lower level here you're seeing windows that face
13  into -- they serve the First Lady's office suite.
14        We intend to develop all of this with a
15  combination of stone and precast. It will all be
16  painted white to match the White House. A very
17  similar finish as you see on the White House. And,
18  of course, you know, the windows and all of the
19  masonry details are things we are working on right
20  now.
21        And then, finally, I just have one more
22  board. And this is just the north elevation, which

**Page 110**

you saw a minute ago. But here we've added in the street trees, which are shown as a darker green. And then we've put in transparent outlines of the larger trees, which are behind the street trees inside the fence line. So the trees pretty much match the height of the proposed ballroom. So you'll start to get a sense, when I show you at your next hearing some photographs, the extent to which these will frame the view of the central pavilion.

So, that's all I have. And happy to open it up to questions if you like.

CHAIR SCHARF: Thank you very much for that presentation and for showing us this diagrams and images. I'll open it up to the Commission now for questions and clarifications.

COMMISSIONER MENDELSON: Mr. Chairman, I'll have some questions. This is Commissioner Mendelson.

CHAIR SCHARF: Please proceed, Commissioner.

COMMISSIONER MENDELSON: Oh, thank you. I hope you can all hear me. I do want to just first

**Page 111**

take a moment to thank my designee, Evan Cash, who comes to all the meetings. And I just want to thank him publicly. And I also want to thank those who gave the presentation.

I do have a number of questions. The first is, how is this proposal consistent with the Comprehensive Plan's urban design requirements, which include, I think it's B.1.4 in the Urban Design Element, visually reinforce the permanents of the Capitol Building, White House, and other nationally-significant resources by protecting the visual frame around them; and B.5.10, visually reinforce the special importance of the White House and its grounds by protecting the existing spatial relationship of the White House and the mass and scale of adjacent buildings?

So my question pertains to how this proposal is consistent with those comments of the Comprehensive Plan.

MR. BARANES: Thank you for those questions, Mr. Mendelson. We are being very, very careful, first of all, to maintain, I think, a fairly

**Page 112**

sufficient distance from the central pavilion of the White House. And by proposing that the colonnades be developed in a matching way on both sides of the central pavilion of the White House, I think we will actually be in concurrence with the paragraph that you just cited.

COMMISSIONER MENDELSON: All right. That probably will come up again at future presentations.

Can the size, footprint, or location of the ballroom, the location of the ballroom on the site, be changed at this point?

MR. BARANES: I mean, certainly, anything is possible. It all depends on schedule and money. But this particular location has been studied pretty carefully by the previous architect, as well as myself. And it's been determined that this is the best location in terms of getting access to it from the East Room of the White House.

COMMISSIONER MENDELSON: But part of my question was the size or footprint. So, has construction work on the ballroom foundation

**Page 113**

already begun?

MR. BARANES: There's been excavation work, there is some foundation work, but that's really not the limiting issue in terms of whether things can be changed or not.

COMMISSIONER MENDELSON: Okay. So, as this gets further refined, the footprint could conceivably be reduced a little bit, the work on the foundation, so far as not that significant?

MR. BARANES: Well, as I said, the footprint has been studied fairly extensively already, and many different massing options were studied before we even came onboard. So, at this point, we've continued working with that, with the product of all those studies, and we are primarily refining the scheme.

COMMISSIONER MENDELSON: So, I appreciate that the cornice line will not be higher than the historic structure, but is it possible that the height of the ballroom, which of course determines the cornice line, that that could be reduced somewhat? Because it still seems to me that it's

### Page 114

1  overwhelming the existing building.
2       MR. BARANES:  You know, it's interesting.
3  I mean, it is the same height.  I think you're
4  familiar with the addition that we built to the
5  Wilson Building that you're in?
6       COMMISSIONER MENDELSON:  Yes.
7       MR. BARANES:  So, you know, I mean, I bring
8  it up because this size -- this question of size
9  and relationship of an addition to an historic
10  building comes up with almost every project I've
11  ever worked on over the last 40 years.  And we're
12  essentially doing the same thing here we did at the
13  Wilson Building.
14       We're building an addition.  Although at
15  the Wilson Building it really contrasts.  It's a
16  very modern addition; it contrasts very strongly
17  to the neoclassical building.  But, even there, we
18  matched the height.  You know, we did match the
19  height of the existing building.  And I think it
20  works quite well.  And we've done that on many, many
21  other structures.
22       You know, we're just finishing up an

### Page 115

1  addition to the Cannon Building where we increased
2  the height by one story.  That was reviewed pretty
3  extensively.  And, you know, you could look at it.
4  I mean, I think that, too, works really well, you
5  know, with the original historic structure, despite
6  the additional height.
7       COMMISSIONER MENDELSON:  But my sense of
8  it is that there are two levels here.  One is, I'm
9  going to say the lower level, and then there is the
10  ballroom level.  And I can't remember what the
11  height.  What is the height for the ballroom level?
12       MR. BARANES:  Well, if you measure it off
13  the front driveway, where the portico is of the White
14  House, we're approximately 51 feet above that
15  elevation.
16       (Simultaneous speaking.)
17       COMMISSIONER MENDELSON:  That's roughly
18  the level of the ballroom?
19       (Simultaneously speaking.)
20       MR. BARANES:  That's the roof of the
21  ballroom.  That's the height -- I mean, that's the
22  height of the balustrade around our ballroom

### Page 116

1  structure.  I'm sorry, is that what you're asking?
2       COMMISSIONER MENDELSON:  No.  I think I'm
3  not asking it well.  The ballroom is going to be
4  like a 20-foot ceiling or 40-foot ceiling?
5       MR. BARANES:  It's about 38 to 40.  Yes.
6       COMMISSIONER MENDELSON:  And could that
7  be reduced?
8       MR. BARANES:  It's possible.  Not
9  impossible.
10       COMMISSIONER MENDELSON:  I had one other
11  question, which I think is probably for Mr. Fisher
12  and not you.  And that is, why didn't the project
13  come to us a whole instead of after the demolition?
14       MR. FISHER:  Thank you for that question.
15  Yeah, we've been -- we've begun work on this
16  project.  There are two phases to this project.
17  I think that you've alluded to it with Shalom here.
18  There are some things regarding this project that
19  are, frankly, of Top Secret nature that we are
20  currently working on.  That does not preclude us
21  from changing the above-grade structure, but that
22  work needed to be considered when doing this

### Page 117

1  project, which was not part of the NCPC process.
2       CHAIR SCHARF:  And let me note just for
3  the record, if it's okay with you, Commissioner,
4  it's long been the view of NCPC's Counsel's Office
5  that the National Capital Planning Act does not give
6  us authority to review demolition or site
7  preparation work.  So, while many projects do come
8  before us at that stage, that's not a requirement
9  of the National Capital Planning Act, and review
10  of demolition is not something that we have the
11  authority to do as a Commission.
12       COMMISSIONER MENDELSON:  I appreciate
13  that.  And I've actually read that legal opinion.
14  And I'm not arguing with it.  It's just that I don't
15  know the last time that a project has been presented
16  before NCPC or Zoning Commission or any of the
17  planning agencies where it wasn't presented as a
18  whole: this is what we're going to do and we will
19  proceed with the demolition as we move forward.
20  As opposed to here, where the demolition occurred
21  first.
22       I don't have any other --

**Page 118**

1  CHAIR SCHARF:  The Air and Space Museum
2  addition is one example of that, where they
3  proceeded with demolition of the old addition, I
4  believe, prior to presenting plans for the new
5  addition to this Commission.  I think that's the
6  nearest historical analogy.  I could be wrong.
7  COMMISSIONER MENDELSON:  I just want to
8  conclude my -- I have a lot of respect for Shalom
9  Baranes.  He's done a lot of great projects in the
10  city over the decades and I just want to acknowledge
11  that.  Thank you.
12  CHAIR SCHARF:  Thank you, Commissioner.
13  Do any other Commissioners have questions
14  for the presentation team?  Yes, Commissioner
15  Dixon.
16  COMMISSIONER DIXON:  One.  The stairway,
17  that's going to be handicapped accessible also, I'm
18  assuming?  You had mentioned stairways on the
19  building, but they were -- they're going to be
20  handicapped accessible, obviously?
21  MR. BARANES:  The primary handicapped
22  access into the ballroom will be through the front

**Page 119**

1  door of the White House.
2  COMMISSIONER DIXON:  Oh.  So the other
3  entrances will not accommodate --
4  MR. BARANES:  The other stairways are
5  there for egress purposes, for fire code purposes.
6  And they are stairways, so a wheelchair would have
7  to really go in the other direction.
8  COMMISSIONER DIXON:  But I think that may
9  be a concern, I would think.  I mean, we want
10  handicapped people to be able to egress, too.
11  MR. BARANES:  Oh, absolutely.  No, no,
12  believe me, we are looking very closely at all of
13  the codes.
14  COMMISSIONER DIXON:  Secondly, there was
15  -- there hasn't been any discussion of the new
16  security process that we used to go through, that
17  we have gone through, with the labyrinth of
18  different corridors to get cleared to get into the
19  White House.  How is that going to be addressed in
20  this process?
21  MR. BARANES:  I'm sure they'd let you in
22  at any time, but --

**Page 120**

1  COMMISSIONER DIXON:  No, I doubt that.
2  (Laughter.)
3  COMMISSIONER DIXON:  I haven't been back
4  for a while.
5  MR. FISHER:  Thank you for the question,
6  sir.  We are currently looking at a new visitors
7  entry facility that would be part of this project.
8  Again, as we look at this, it's not just the East
9  Wing Modernization, it's not the ballroom; we are
10  looking at a totality experience for the White House
11  complex.
12  As I mentioned earlier, historically, when
13  you come to the White House you go through
14  double-wide trailers, tents, out in the cold.  We
15  don't think that that's befitting of what the White
16  House should be or could be, quite frankly.  So
17  those plans are under review.  We're trying to put
18  them together, make sure that we've got our i's
19  dotted and our t's crossed before we bring before
20  this Commission so that you guys can hopefully see
21  and enjoy what we've produced.
22  COMMISSIONER DIXON:  Yeah, I think that

**Page 121**

1  it's a sensitive area to even put it -- make it
2  public, how this process may work.  But one of the
3  detractions from the historical structures was the
4  complicated clearance process and the hodgepodge,
5  if you will.  So I'm assuming you will present to
6  us how that will be handled in the future --
7  MR. FISHER:  Yes, sir.
8  COMMISSIONER DIXON:  -- so we can look at
9  that?  Good.  And I do hope we do something with
10  the handicapped issue.  Thank you.
11  CHAIR SCHARF:  Thank you.  Do any other
12  Commissioners have questions for the project team?
13  Yes, Commissioner --
14  COMMISSIONER HENDERSON:  Clarification
15  from something that was presented.  There was talk
16  of adding, potentially, an additional level on the
17  West Wing side of the building.  Is that to the West
18  Wing structure itself or just to the walkway or what
19  --
20  MR. BARANES:  It would be just to the
21  colonnade.
22  COMMISSIONER HENDERSON:  Okay.

**Page 122**

1  CHAIR SCHARF: Any other questions before
2  we proceed to deliberations?
3     Hearing none, I'd like to thank, as always,
4  our Staff and the presentation team here.  Vice
5  Chairman Levenbach, would you like to kick things
6  off?
7     VICE CHAIR LEVENBACH: I think what
8  strikes me about is this, you know, some people here,
9  some of the Commissioners, have participated in
10 White House events more than I have, but I'm struck
11 at how much this expands the utility of the compound.
12    I mean, I think about the Hanukkah party
13 I just went to you.  You start the north end of
14 Lafayette Park and you walk through one set of
15 trailers and you walk through another set of
16 trailers, and there's a coat check.  And then when
17 you get inside it's pretty crowded and there aren't
18 that many people there.  And this is going to just
19 open up access to people at a much higher level.
20 I think that it's going to be enjoyed for
21 generations to come, so I'm really excited to see
22 how this project develops.

**Page 123**

1  CHAIR SCHARF: Thank you, Vice Chairman
2  Levenbach.  Commissioner Blair?
3     COMMISSIONER BLAIR: I would just say I
4  think that, you know, it looks like it's going to
5  be very beautiful, but the utility, I think, for
6  those of us that spend a lot of time there, is fairly
7  obviously.  Winston Churchill said to the House of
8  Commons, when they were going to rebuild it, that
9  we shape our buildings and they shape us thereafter.
10    The White House is a special place, but
11 people come there to gather and to work.  I would
12 tell you that we've seen times where simply doing
13 something like getting the Congress together to have
14 a meal and break bread is not something that the
15 current structure of the White House really
16 accommodates in any way with the President of the
17 United States.  That's a problem.
18    When foreign dignitaries visit, you know,
19 the President of the United States, of any party,
20 is invited all over the world and goes and gets to
21 see the best of whatever the country has to offer.
22 And I think the President's view would be that he

**Page 124**

1  would -- he thinks the American people deserve that
2  same opportunity to have grand gatherings for
3  visitors to our country and show them what American
4  has to offer.
5     So I think it has a obvious utility.  I
6  think it's very considered in its design.  And I
7  look forward to seeing the progress of the project,
8  and appreciate your presentation and look forward
9  to working with you.
10    CHAIR SCHARF: Thank you, Commissioner.
11 Administrator Forst?
12    COMMISSIONER FORST: Thanks so much,
13 Chairman.  James read from my notes, so I --
14    (Laughter.)
15    COMMISSIONER FORST: Thanks.
16    CHAIR SCHARF: Thank you, Administrator
17 Forst.  Commissioner Dixon?
18    COMMISSIONER DIXON: I appreciate the
19 presentation and look forward, as this moves
20 forward, to more deliberation.  Thank you, Mr.
21 Chairman.
22    CHAIR SCHARF: Thank you, Commissioner.

**Page 125**

1  Commissioner Mendelson?
2     COMMISSIONER MENDELSON: Yes.  Sorry, I
3  was muted.  Let me say that I think that elevation
4  we saw from Pennsylvania Avenue was not as
5  disturbing to me as the elevation from the Ellipse.
6  And as I said in my questions, I'm concerned about
7  this addition overwhelming the original historic
8  building.
9     I appreciate that the architect, Shalom
10 Baranes, has really good taste with regard to
11 dealing with historic structures, but I do think
12 that -- it sounds to me like the height could be
13 lowered without jeopardizing the footprint.  I
14 don't think that the footprint -- that is, 89,000
15 square feet -- should be the goal in and of itself.
16 So maybe it can be and needs to be shrunk a little
17 bit more.  Again, looking at the elevations from
18 the south, it's just so -- it's just so imbalanced.
19    The other observation I have is that it
20 is disturbing to me that we are looking at an
21 addition to this historic structure, but we're
22 looking at what appears to be an overall plan in

126

1  a very segmented approach.  So is there going to
2  be some changes with the visitor center?  Is there
3  going to be some changes with Lafayette Park?  Is
4  there going to be some changes with the West Wing?
5  But rather than looking at this as a whole, we're
6  going to be looking at it piecemeal, and that's
7  concerning as well.
8      CHAIR SCHARF:  Thank you, Commissioner.
9  Commissioner Henderson?
10     COMMISSIONER HENDERSON:  I would just
11 suggest, to those of us who don't work in that
12 complex every day, that it would be probably be
13 worthwhile and beneficial to our consideration to
14 take some opportunities to go and see the site, see
15 the facilities as they are, between now and future
16 considerations.
17     CHAIR SCHARF:  Thank you, Commissioner.
18 Commissioner McGowan?
19     COMMISSIONER MCGOWAN:  I don't have any
20 additional comments or questions, but thank you all
21 so much for the presentation.  It was very
22 informative.

127

1      CHAIR SCHARF:  Thank you, Commissioner.
2  Commissioner Cozart?
3      COMMISSIONER COZART:  Yes.  Thanks to the
4  staff for their work on this and for the
5  presentation.  And I look forward to when it comes
6  before the Commission again.
7      CHAIR SCHARF:  Thank you, Commissioner.
8  Commissioner Schaefer?
9      COMMISSIONER SCHAEFER:  So, again, my
10 thank you as well.  This is -- it's exciting.  It's
11 a great job overall with the architectural features.
12 And looking forward to see how this progresses,
13 since I echo the same comments as has come before
14 me, as well, because I think this is a great
15 opportunity for us to continue to expand upon the
16 importance of our entire nation.  So, thank you.
17     CHAIR SCHARF:  Thank you, Commissioner.
18 Commissioner Stidham?
19     COMMISSIONER STIDHAM:  Thank you.  And
20 thank you for the overview.  It is really helpful
21 to get a sense of the project.
22     And I should lead with that Secretary

128

1  Burgum, who I sit as a delegated position here, and
2  the Department of the Interior, supports the East
3  Wing Modernization without reservation.  We
4  appreciate the designs that were shown here today
5  and we look forward to seeing more detail,
6  especially when it comes to the landscaping and
7  understanding how the temporary facilities will be
8  -- how the uses that currently happen in this
9  temporary facilities are taking shape in the new
10 facility, to really understand how that replacement
11 is taking place.
12     As well as understanding clearly, you
13 know, it's important in those views, you know,
14 anyone who is coming to visit who does not have the
15 opportunity to be inside the fence to be able to
16 understand and to view the White House.  And so
17 understanding those views will be really helpful
18 when you come back, as well as the design choices
19 you make and the materiality.  So we look forward
20 to much more detail and appreciate the overview.
21     CHAIR SCHARF:  Thank you, Commissioner.
22 Commissioner Argo?

129

1      COMMISSIONER ARGO:  Yeah.  I want to
2  associate myself with my next door neighbor's
3  comments.  And seeing, you know, how seeing how this
4  progresses.  I have some concern about size and
5  scale in a number of ways, but we can talk more about
6  that, as I said, as the design and the work on this
7  progresses.  Thank you.
8      CHAIR SCHARF:  Thank you, Commissioner.
9      Speaking for myself, just a few things that
10 I'd say.  First of all, Commissioners, if you want
11 to come over to lunch, you're welcome anytime.  I'm
12 happy to show you around.
13     More seriously, though, I think every
14 project that comes before this Commission is
15 ultimately determined, in large part -- or is
16 shaped, in large part, by its function.  And I think
17 it's worth emphasizing a point that Commissioner
18 Blair made, which is the vital nature of the function
19 that I believe this project is intended to advance.
20     It's been a distinct honor for me to get
21 to, frankly, travel around the world with the
22 President and visit foreign countries and be hosted

130

1  by the leaders of foreign countries. And I think
2  it's notable that when the President of the United
3  States of American flies to the United Kingdom he's
4  hosted at Windsor Castle. And when, next year, the
5  King of the United Kingdom of Great Britain and North
6  Ireland comes to the United States, more likely than
7  not, he will be hosted in a tent on the South Lawn
8  with porta-potties.
9        That, to me, is not a good look for the
10 United States of America. And I think that, when
11 you think about the long history of planning for
12 a state ballroom on White House grounds, if you think
13 about the number of times this project has been
14 suggested historically, it speaks to that
15 programmatic need. This isn't a new idea.
16       I've been interested to see that even in
17 the press reports that have been -- or the press
18 articles that have been very, I'd say, agitated
19 about the way that this project has progressed,
20 there has been a recognition by previous occupants
21 of the White House from both parties, people who
22 have worked in the White House from both parties,

131

1  that there is a real programmatic need for a building
2  like this.
3        So I think what we're really talking about,
4  then, is a lot of the issues that Shalom in
5  particular was addressing in his presentation,
6  which is, given the programmatic need, given this
7  size that that programmatic need necessarily
8  requires for this project, how do we ensure that
9  this project accords with what we, as a Commission,
10 care about? How do we ensure that the viewsheds,
11 the way that the public will experience this
12 building, won't detract from the way that the public
13 experiences what I believe is one of the, really,
14 two or three most important buildings in Washington,
15 D.C., and in the region that we have jurisdiction
16 over, which is the White House.
17       I'd be interested to see more detailed
18 elevations, particular from the south, in light of
19 Commissioner Mendelson's comments, what this would
20 look like with the tree line, because I think that
21 the elevation that we see there, just based on my
22 knowledge of that the property looks like, that's

132

1  very stark and I don't think really represents how
2  the public would experience this building.
3        I think it's important that this is framed
4  between the White House and the Treasury Building,
5  which is a building of significant massing. And
6  I'd be interested to see an elevation that extends,
7  essentially, further to the left, or further to the
8  east, to encompass sort of the full viewing
9  experience from Pennsylvania Avenue.
10       And, as many Commissioners have said, I
11 just look forward to seeing more details in the weeks
12 and months ahead. And I'd like to thank, as always,
13 our staff for the collaboration, the work they're
14 already put in on this issue. I think they can be
15 a real resource to the project team, particularly
16 as you start thinking about the visitor experience,
17 visitor entrance, other aspects of the broader
18 modernization of the White House complex. In
19 particular, how the public interacts with it.
20       But, again, just speaking personally, I'm
21 really excited to see how this project develops.
22 And I'm excited to, hopefully, see more detailed

133

1  planning materials in the weeks and months ahead.
2  So, thank you.
3        Are there any other Commissioners that
4  have questions or comments before we adjourn for
5  the day?
6        (No response.)
7        CHAIR SCHARF: In that case, unless there
8  is anything else for us to address today, if there
9  is no other business, that concludes the open
10 session agenda for this meeting of the National
11 Capital Planning Commission. Our next regular
12 Commission meeting will be on Thursday, February
13 5th, at 1:00 p.m.
14       I believe the Commissioners are now going
15 to exit the chambers. If you can please hold your
16 seats while they do so, that would be a great help.
17 And thank you all for being here today.
18       (Whereupon, the above-entitled matter
19 went off the record at 3:10 p.m.)