UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NATIONAL TRUST FOR HISTORIC PRESERVATION IN THE UNITED STATES**,<br><br>*Plaintiff*,<br><br>v.<br><br>**NATIONAL PARK SERVICE**, *et al.*,<br><br>*Defendants*. | Civil Action No. 25-4316 |

### PLAINTIFF'S MOTION FOR EXPERT INSPECTION
### OF THE BALLROOM PROJECT SITE

Plaintiff National Trust for Historic Preservation ("National Trust") respectfully moves under Federal Rule of Civil Procedure 7(b) for an order requiring the Defendants to permit reasonable and timely entry by the National Trust's architectural expert (former president of the American Institute of Architects William Bates) to the construction location for the Ballroom Project in President's Park, so he may inspect the site and the operations thereon, consistent with Federal Rule of Civil Procedure 34(a)(2).[1]

Mr. Bates has submitted a declaration in this case, ECF 20-2 & 20-3, setting forth his expert opinion that ongoing below-grade construction and foundation work on the site will dictate many significant features of the final Ballroom design, including its location, footprint, massing, and projections. The Defendants in their Supplemental Brief now assert that Mr Bates' expert opinion, based on what they concede is "standard professional practice," should be disregarded because he "has never reviewed any plans" for the Ballroom.  ECF 30 at 39.

---

[1] The National Trust requested the assent of the Defendants (Attachment A) on Friday, January 16, 2026, the day after receiving the Defendants' Supplemental Brief (ECF 30). The Defendants have not replied.

As the Court is aware, the National Trust commenced this litigation in part to prevent the Ballroom project from proceeding unless and until the Defendants comply with all established public comment provisions, comply with the requirements of the National Environmental Policy Act, and obtain all necessary approvals, including from Congress. The National Trust is seeking a preliminary injunction in part to specifically prevent Ballroom construction from proceeding to a point where public comment will be no more than an empty perfunctory exercise. *See Massachusetts v. Watt*, 716 F.2d 946, 952 (1st Cir. 1983) (Breyer, J.); ECF 23 at 1-4 ("set[ting] aside the agency's action at a later date will not necessarily undo the harm" since "[i]t is far easier to influence an initial choice than to change a mind already made up").

While Defendants are continuing construction on the Ballroom site, they have not provided *any* plans for Mr. Bates (or the public) to review, and continue to assert that plans have yet to be "finalized." ECF 30 at 11, 21, 38. Under such circumstances, a site visit to verify the status of the Ballroom construction is a reasonable, narrowly tailored, and appropriate solution to a problem entirely of the Defendants' own creation. The ongoing nature of the construction warrants this Court's expeditious action on this motion.

*Wherefore*, the National Trust requests that the Court grant this motion for reasonable and timely access by William Bates to the construction location for the Ballroom Project in President's Park. The National Trust will raise no objection to, and indeed will make accommodation for, all good faith measures this Court finds warranted to protect national security during Mr. Bates's access to the site.

                                      Respectfully submitted,

                                      */s/ Gregory B. Craig*
                                    Gregory B. Craig (164640)
                                    FOLEY HOAG LLP
                                    1717 K Street N.W.
                                    Washington, DC 20006.
                                    Tel: (202) 223-1200

                                    Thaddeus A. Heuer (*pro hac vice*)
                                    Matthew F. Casassa (*pro hac vice*)
                                    Jack C. Smith (1725229)
                                    FOLEY HOAG LLP
                                    155 Seaport Boulevard
                                    Suite 1600
                                    Boston, MA 02210
                                    Tel. (617) 832-1000

Dated: January 20, 2026

## **CERTIFICATE OF SERVICE**

      I certify that on January 20, 2026, the foregoing document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). Paper copies will be sent via first class mail to those indicated as non-registered participants.

                                                                      */s/ Jack C. Smith*