# Attachment A

## Smith, Jack C

| | |
|---|---|
| **From:** | Craig, Gregory |
| **Sent:** | Friday, January 16, 2026 12:09 PM |
| **To:** | Cumming, Gregory (ENRD); Widerschein, Mark (ENRD); Heuer, Tad; Casassa, Matthew (Matt); Smith, Jack C |
| **Cc:** | Piropato, Marissa (ENRD); Ramus, Michelle (ENRD); Gustafson, Adam (ENRD); Torstensen, Peter (ENRD) |
| **Subject:** | Request for Site Visit |

Counsel:

I write to request your assistance in arranging for Mr. William Bates to inspect the site in President's Park where construction work is underway on the Ballroom Project.

As you know, we have submitted an affidavit signed by Mr. Bates in support of our Motion for a Preliminary Injunction.  You have claimed he has no basis – and you have challenged his ability – to provide the Court with a useful professional opinion about this matter, because he has "no connection to the project [and] has never reviewed any plans for the project."  Since you insist that such plans "are still in development" and "have not been finalized," a site visit may be the best way to address your concern.

Mr. Bates will make himself available at any time that is convenient between now and the date of the hearing on January 22.

If you are unwilling to assist us in this effort, please inform us of that fact at your earliest opportunity to give us time to file a motion with the Court.  If we do not hear back from you by Tuesday at 10 a.m., we will go forward with such a motion and inform the Court that we conferred and did not hear back.

Greg Craig

**Gregory Craig, Senior Counsel**

FOLEY
HOAG LLP
1717 K Street, N.W.
Washington, D.C. 20006-5350
+12022617415 phone
www.foleyhoag.com

1