**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **NATIONAL TRUST FOR HISTORIC PRESERVATION IN THE UNITED STATES**,<br><br>*Plaintiff*,<br><br>v.<br><br>**NATIONAL PARK SERVICE**, *et al.,*<br><br>*Defendants*. | Civil Action No. 25-4316 |

### NOTICE OF APPEARANCE OF THADDEUS A. HEUER

Please enter the appearance of Thaddeus A. Heuer as counsel for plaintiff, the National Trust for Historic Preservation in the United States ("National Trust"), in the above-captioned matter. Mr. Heuer has been admitted *pro hac vice* to represent the National Trust. *See* Dec. 16, 2025 Minute Order.

| | |
|---|---|
| Dated: January 21, 2026 | Respectfully submitted,<br><br>*/s/ Thaddeus A. Heuer*<br>Thaddeus A. Heuer (*pro hac vice*)<br>FOLEY HOAG LLP<br>155 Seaport Boulevard<br>Suite 1600<br>Boston, MA 02210<br>Tel. (617) 832-1000<br>theuer@foleyhoag.com |

## **CERTIFICATE OF SERVICE**

   I certify that on January 21, 2026, the foregoing document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). Paper copies will be sent via first class mail to those indicated as non-registered participants.

                */s/ Thaddeus A. Heuer*
                Thaddeus A. Heuer