UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TRUST FOR HISTORIC PRESERVATION IN THE UNITED STATES,<br>    Plaintiff,<br><br>    v.<br><br>NATIONAL PARK SERVICE, *et al.*,<br><br>    Defendants. | Case No. 1:25-cv-04316-RJL |

**DEFENDANTS' NOTICE OF SUBMITTING SECOND SUPPLEMENTAL *EX PARTE* DECLARATION *IN CAMERA***

Defendants respectfully submit this Notice to inform the Court that they have submitted a second supplemental *ex parte* declaration in support of their motion to stay any preliminary injunction pending appeal.

Dated: February 2, 2026                                           Respectfully submitted,

1

| | |
|---|---|
| BRETT A. SHUMATE<br>Assistant Attorney General<br>Civil Division | ADAM R.F. GUSTAFSON<br>Principal Deputy Assistant Attorney General<br>Environment and Natural Resources Division |
| YAAKOV M. ROTH<br>Principal Deputy Assistant Attorney General | PETER M. TORSTENSEN, JR.<br>Deputy Assistant Attorney General |
| ERIC J. HAMILTON<br>Deputy Assistant Attorney General | MARISSA A. PIROPATO<br>Deputy Chief |
| BRANTLEY T. MAYERS<br>Counsel | GREGORY M. CUMMING<br>Senior Attorney<br>MICHELLE RAMUS |
| /s/ *Eitan R. Sirkovich*<br>JOSEPH E. BORSON<br>Assistant Branch Director<br>EITAN R. SIRKOVICH<br>(D.C. Bar No. 90030102)<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, N.W.<br>Washington, DC 20005<br>Eitan.R.Sirkovich@usdoj.gov<br>(202) 353-5525 | MARK WIDERSCHEIN<br>Trial Attorneys<br>U.S. Department of Justice<br>Environment and Natural Resources Division<br>Natural Resources Section<br>950 Pennsylvania Avenue, N.W.<br>Washington, DC 20530<br>Gregory.Cumming@usdoj.gov<br>Michelle.Ramus@usdoj.gov<br>Mark.Widerschein@usdoj.gov<br>(202) 598-0414 |

*Counsel for Defendants*