## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

NATIONAL TRUST FOR HISTORIC
PRESERVATION IN THE UNITED STATES,

*Plaintiff*,

v.

NATIONAL PARK SERVICE, *et al.*,

*Defendants*.

Civil Action No. 25-4316

### AFFIDAVIT OF SERVICE

I, B. Keith Wheeler, hereby state that:

On December 15, 2025, I caused to be sent via certified U.S. mail copies of the complaint (ECF 1) and summonses in civil action number 25-4316, postage prepaid, return receipt requested, addressed to the following, with eight copies sent to U.S. Attorney Pirro and Attorney General Bondi and one copy to each of the other below-listed recipients:

> Jeanine Ferris Pirro, U.S. Attorney for the District of Columbia
> c/o Civil Process Clerk
> U.S. Attorney's Office for D.C.
> 601 D Street, NW
> Washington, DC 20530
>
> Department of the Interior
> 1849 C Street, NW
> Washington DC 20240
>
> Douglas Burgum, in his official capacity as Secretary of the Interior
> Department of the Interior
> 1849 C Street, NW
> Washington DC 20240
>
> General Services Administration
> 1800 F St. NW
> Washington DC 20405

Michael J. Rigas, in his official capacity as Acting Administrator, General Services Administration
General Services Administration
1800 F St. NW
Washington DC 20405

National Park Service
1849 C St., NW
Washington, DC 20240

Jessica Bowron, in her official capacity as Acting Director, National Park Service
National Park Service
1849 C St., NW
Washington, DC 20240

John Stanwich, in his official capacity as Superintendent, the White House and the President's Park
1849 C Street NW
Room #1426
Washington, DC 20240

Donald J. Trump, in his official capacity as President of the United States
The White House
Office of the President
1600 Pennsylvania Avenue, NW
Washington, DC 20500

Attorney General Pamela Bondi
U.S. Department of Justice
Office of the Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530

I have received return receipts, attached as Exhibit A hereto, reflecting delivery of the packages sent to the Department of the Interior, Secretary Burgum, President Trump, U.S. Attorney Pirro, and Attorney General Bondi. To date, I have not received return receipts for the other packages; however, USPS tracking information for those packages, attached as Exhibit B hereto, reflects that delivery of each was made on December 29, 2025.[1]

---

[1] USPS tracking number 9589 0710 5270 2369 1682 44 corresponds to the package sent to the National Park Service; 9589 0710 5270 2369 1666 91 to the package sent to Acting Director

Also on December 15, 2025, I caused to be sent eight copies of the summons and complaint (ECF 1) in civil action number 25-4316, each under separate cover, to the U.S. Attorney's Office for the District of Columbia at USADC.ServiceCivil@usdoj.gov in accordance with the U.S. Attorney's procedures for service by email, as published on the U.S. Attorney's website as of that date. An email in response, attached as Exhibit C hereto, was sent by that account on December 23, 2025, stating that "[t]he summons and complaint have been received by email, with a service date of December 15, 2025."

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February _4_, 2026          Signature: _____

B. Keith Wheeler
25 Walnut Street, Suite 205,
Wellesley Hills, MA 02481
617-426-0550
request@beaconhillresearch.com

---

Bowron; 9589 0710 5270 2369 1667 07 to the package sent to Superintendent Stanwich; 9589 0710 5270 2369 1682 37 to the package sent to the General Services Administration; and 9589 0710 5270 2369 1682 20 to the package sent to Acting Administrator Rigas.