# EXHIBIT A

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Douglas Burgum
Department of The Interior
1849 C. Street N.W.
Washington DC   20240

9590 9402 8946 4064 2554 96

2. Article Number *(Transfer from service label)*

9589 0710 5270 2369 1682 13

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____   ☐ Agent   ☐ Addressee

B. Received by *(Printed Name)*   G. Dodds

C. Date of Delivery   12/30/25

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☑ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
  Restricted Delivery

- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Department of the Interior
1849 C Street N.W.
Washington PC. #1 #2.
20240

9590 9402 8946 4064 2555 19

2. Article Number *(Transfer from service label)*

9589 0710 5270 2369 1682 06

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____   ☐ Agent   ☐ Addressee

B. Received by *(Printed Name)*   G. Dodds

C. Date of Delivery   12/30/25

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☑ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
  Mail Restricted Delivery

- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

DEC 15, 2025

**$31.65**

S2324W500610-10

so that we can return ... ~~reverse~~

■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Joanne Ferris Pirro  U.S.
U.S. Attorneys Office D.strict
Columbia
601 D. Street, N.W.
Washington, D. C. 20530

9590 9402 8946 4064 2553 97

2. Article Number (Transfer from service label)

9589 0710 5270 2369 1667 45

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X  *Evie Sassak*  ☐ Agent  ☐ Address

B. Received by (Printed Name)    DEC 18 2025    C. Date of Deli

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☑ No

INSPECTED 22

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ...ured Mail
☐ ...ured Mail Restricted Delivery
☐ ...er $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restric. Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

MA 0249...

20530

DEC 15, 2025

**$31.65**

S2324W500610-10

■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Pam Bondi  A.G.
U.S. Department y Justice
950 Pennsylvania Ae N.W.
Washington, D.C. 20530

9590 9402 8946 4064 2554 27

2. 9589 0710 5270 2369 1667 38

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X  *Evie Sassak*  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    DEC 16 2025    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

INSPECTED

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ... Restricted Delivery
(over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

SENDER: *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Donald J. Trump President
1600 Pennsylvanic Avenu
Washington DC 20500

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 8946 4064 2554 34

9589 0710 5270 2369 1667 14

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X ☐ Agent
☐ Addressee

B. Received by *(Printed Name)* | C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

RECEIVED

JAN 0 7 2026

EOB/OAB SOB Mailroom

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Mail
- ☐ Mail Restricted Delivery (over $500)

- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 | Domestic Return Receipt