# EXHIBIT B

ALERT: WINTER WEATHER IN THE SOUTHWEST, GREAT PLAINS, MIDWEST, GREAT LAKES, O…

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052702369166707

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 12:20 pm on December 29, 2025 in WASHINGTON, DC 20240.

---

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

Feedback

### Delivered

**Delivered, Left with Individual**

WASHINGTON, DC 20240
December 29, 2025, 12:20 pm

**Redelivery Scheduled for Next Business Day**

WASHINGTON, DC 20240
December 28, 2025, 9:06 am

**Arrived at Hub**

WASHINGTON, DC 20018
December 28, 2025, 6:53 am

**In Transit to Next Facility**

December 26, 2025

**Arrived at USPS Regional Destination Facility**

WASHINGTON DC DISTRIBUTION CENTER
December 22, 2025, 5:15 pm

**Arrived at USPS Regional Origin Facility**

BOSTON MA DISTRIBUTION CENTER
December 19, 2025, 4:45 pm

**Departed Post Office**

NEWTON LOWER FALLS, MA 02462
December 15, 2025, 6:17 pm

**USPS in possession of item**

NEWTON LOWER FALLS, MA 02462
December 15, 2025, 12:14 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** **(https://faq.usps.com/s/article/Where-is-my-package)**

Text & Email Updates                                                ⌄

USPS Tracking Plus®                                                 ⌄

Product Information                                                 ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

# USPS Tracking®

FAQs ›

Tracking Number:

Remove ✕

## 95890710527023691 66691

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 12:20 pm on December 29, 2025 in WASHINGTON, DC 20240.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered

**Delivered, Left with Individual**

WASHINGTON, DC 20240
December 29, 2025, 12:20 pm

**Redelivery Scheduled for Next Business Day**

WASHINGTON, DC 20240
December 28, 2025, 9:06 am

**Arrived at Hub**

WASHINGTON, DC 20018
December 28, 2025, 6:55 am

**In Transit to Next Facility**

December 26, 2025

**Arrived at USPS Regional Destination Facility**

WASHINGTON DC DISTRIBUTION CENTER
December 22, 2025, 5:15 pm

Feedback

**Arrived at USPS Regional Origin Facility**

BOSTON MA DISTRIBUTION CENTER
December 19, 2025, 4:51 pm

**Departed Post Office**

NEWTON LOWER FALLS, MA 02462
December 15, 2025, 6:17 pm

**USPS in possession of item**

NEWTON LOWER FALLS, MA 02462
December 15, 2025, 12:15 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** **(https://faq.usps.com/s/article/Where-is-my-package)**

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

ALERT: WINTER WEATHER IN THE SOUTHWEST, GREAT PLAINS, MIDWEST, GREAT LAKES, O…

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052702369168220

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 12:30 pm on December 29, 2025 in WASHINGTON, DC 20405.

---

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20405
December 29, 2025, 12:30 pm

**Redelivery Scheduled for Next Business Day**

WASHINGTON, DC 20405
December 28, 2025, 9:05 am

**Arrived at Hub**

WASHINGTON, DC 20018
December 28, 2025, 8:18 am

**In Transit to Next Facility**

December 26, 2025

**Arrived at USPS Regional Destination Facility**

WASHINGTON DC DISTRIBUTION CENTER
December 22, 2025, 5:17 pm

Feedback

**Arrived at USPS Regional Origin Facility**

BOSTON MA DISTRIBUTION CENTER
December 19, 2025, 4:51 pm

**Departed Post Office**

NEWTON LOWER FALLS, MA 02462
December 15, 2025, 6:17 pm

**USPS in possession of item**

NEWTON LOWER FALLS, MA 02462
December 15, 2025, 12:20 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

**See Less ∧**

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

ALERT: WINTER WEATHER IN THE SOUTHWEST, GREAT PLAINS, MIDWEST, GREAT LAKES, O…

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052702369168237

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 12:30 pm on December 29, 2025 in WASHINGTON, DC 20405.

---

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20405
December 29, 2025, 12:30 pm

**Redelivery Scheduled for Next Business Day**

WASHINGTON, DC 20405
December 28, 2025, 9:05 am

**Arrived at Hub**

WASHINGTON, DC 20018
December 28, 2025, 8:18 am

**In Transit to Next Facility**

December 26, 2025

**Arrived at USPS Regional Destination Facility**

WASHINGTON DC DISTRIBUTION CENTER
December 22, 2025, 5:15 pm

Feedback

**Arrived at USPS Regional Origin Facility**

BOSTON MA DISTRIBUTION CENTER
December 16, 2025, 7:51 pm

**Departed Post Office**

NEWTON LOWER FALLS, MA 02462
December 15, 2025, 6:17 pm

**USPS in possession of item**

NEWTON LOWER FALLS, MA 02462
December 15, 2025, 12:19 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** **(https://faq.usps.com/s/article/Where-is-my-package)**

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

**See Less ⌃**

Track Another Package

| Enter tracking or barcode numbers |
|---|

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

ALERT: WINTER WEATHER IN THE SOUTHWEST, GREAT PLAINS, MIDWEST, GREAT LAKES, O…

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052702369168244

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 12:20 pm on December 29, 2025 in WASHINGTON, DC 20240.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

Feedback

### Delivered

**Delivered, Left with Individual**

WASHINGTON, DC 20240
December 29, 2025, 12:20 pm

**Redelivery Scheduled for Next Business Day**

WASHINGTON, DC 20240
December 28, 2025, 9:06 am

**Arrived at Hub**

WASHINGTON, DC 20018
December 28, 2025, 6:52 am

**In Transit to Next Facility**

December 26, 2025

**Arrived at USPS Regional Destination Facility**

WASHINGTON DC DISTRIBUTION CENTER
December 22, 2025, 5:17 pm

**Arrived at USPS Regional Origin Facility**

BOSTON MA DISTRIBUTION CENTER
December 16, 2025, 7:51 pm

**Departed Post Office**

NEWTON LOWER FALLS, MA 02462
December 15, 2025, 6:17 pm

**USPS in possession of item**

NEWTON LOWER FALLS, MA 02462
December 15, 2025, 12:18 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

---

Text & Email Updates    ⌄

---

USPS Tracking Plus®    ⌄

---

Product Information    ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**