# EXHIBIT C

# RE: National Trust for Historic Preservation in the United States v. National Park Service, et al., No. 25-4316

USADC-ServiceCivil <USADC.ServiceCivil@usdoj.gov>
Tue 12/23, 11:51 AM
Request; USADC-ServiceCivil <USADC.ServiceCivil@usdoj.gov>

The summons and complaint have been received by email, with a service date of December 15, 2025.

Civil-process Clerk, U.S. Attorney's Office for the District of Columbia

---

**From:** Request <Request@beaconhillresearch.com>
**Sent:** Monday, December 15, 2025 11:28 AM
**To:** USADC-ServiceCivil <USADC-ServiceCivil@usa.doj.gov>
**Subject:** [EXTERNAL] National Trust for Historic Preservation in the United States v. National Park Service, et al., No. 25-4316

For the purpose of effectuating service on Donald J. Trump, in his official capacity as President of the United States, pursuant to Fed. R. Civ. P. 4(i).

Jim Murray | Partner

**Beacon Hill Research**

25 Walnut Street, Suite 205

Wellesley Hills, Ma. 02481

www.beaconhillresearch.com

T: (617) 426-0550 | F: (617) 426-5157

E: request@beaconhillresearch.com