IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TRUST FOR HISTORIC PRESERVATION IN THE UNITED STATES,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL PARK SERVICE, *et al.*,<br><br>Defendants. | Case No. 1:25-cv-04316-RJL |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF
TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

Defendants' current deadline to respond to Plaintiff's amended complaint is February 10, 2026, as calculated by Federal Rule of Civil Procedure 12(a). Pursuant to Rule 6(b)(1), Defendants seek an order extending their deadline to respond to Plaintiff's amended complaint until fourteen (14) days after the Court rules on Plaintiff's pending motion for a preliminary injunction ("PI Motion"). This is the first request for an extension of time to respond to Plaintiff's amended complaint. Good cause exists for granting the motion.

On January 22, 2026, the Court held a hearing on Plaintiff's PI Motion. Minute Order (Jan. 22, 2026). At the conclusion of the hearing, the Court took the PI Motion under advisement and indicated it hoped to issue a ruling in February 2026. Hr'g Tr. 47:4–7 (Jan. 22, 2026). The Court's ruling on Plaintiff's PI Motion could affect the scope of issues addressed in a responsive pleading, or the manner in which those issues are briefed in any Rule 12 motion. Additionally, the Court recognized that there may be an interlocutory appeal of its impending order pursuant to 28 U.S.C. § 1292(a)(1). Hr'g Tr. 47:8–11. Extending the deadline for Defendants to respond to Plaintiff's amended complaint until after the Court rules on Plaintiff's PI Motion would promote

judicial efficiency and conserve the resources of the parties and the Court by allowing the parties to consider the effects of that ruling before further pleading or briefing.

Undersigned counsel conferred by electronic mail with Plaintiff's counsel for a position on this motion. Plaintiff, through counsel, indicates it does not oppose this motion.

For the foregoing reasons, Defendants respectfully request the Court extend their time to respond to Plaintiff's amended complaint until fourteen (14) days after the Court rules on Plaintiff's PI Motion. A proposed order is attached.

Dated: February 6, 2026                                    Respectfully submitted,

| | |
|---|---|
| BRETT A. SHUMATE<br>Assistant Attorney General<br>Civil Division | ADAM R.F. GUSTAFSON<br>Principal Deputy Assistant Attorney General<br>Environment and Natural Resources Division |
| YAAKOV M. ROTH<br>Principal Deputy Assistant Attorney General | PETER M. TORSTENSEN, JR.<br>Deputy Assistant Attorney General |
| ERIC J. HAMILTON<br>Deputy Assistant Attorney General | MARISSA A. PIROPATO<br>Deputy Chief |
| BRANTLEY T. MAYERS<br>Counsel | _/s/ Michelle Ramus_<br>GREGORY M. CUMMING<br>Senior Attorney |
| JOSEPH E. BORSON<br>Assistant Branch Director<br>EITAN R. SIRKOVICH<br>(D.C. Bar No. 90030102)<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, N.W.<br>Washington, DC 20005<br>Eitan.R.Sirkovich@usdoj.gov<br>(202) 353-5525 | MICHELLE RAMUS<br>MARK WIDERSCHEIN<br>Trial Attorneys<br>U.S. Department of Justice<br>Environment and Natural Resources Division<br>Natural Resources Section<br>950 Pennsylvania Avenue, N.W.<br>Washington, DC 20530<br>Gregory.Cumming@usdoj.gov<br>Michelle.Ramus@usdoj.gov<br>Mark.Widerschein@usdoj.gov<br>(202) 598-6660 |

*Counsel for Defendants*