## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

NATIONAL TRUST FOR HISTORIC
PRESERVATION IN THE UNITED STATES,

*Plaintiff,*

v.

NATIONAL PARK SERVICE, *et al.*,

*Defendants.*

Civil Action No. 25-4316

## AFFIDAVIT OF SERVICE

I, B. Keith Wheeler, hereby state that:

On December 31, 2025, I caused to be sent via certified U.S. mail copies of the amended complaint (ECF 19) and summonses in civil action number 25-4316, postage prepaid, return receipt requested, addressed to the following, with four copies sent to U.S. Attorney Pirro and Attorney General Bondi and one copy to each of the other below-listed recipients:

Jeanine Ferris Pirro, U.S. Attorney for the District of Columbia
c/o Civil Process Clerk
U.S. Attorney's Office for D.C.
601 D Street, NW
Washington, DC 20530

Attorney General Pamela Bondi
U.S. Department of Justice
Office of the Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530

Executive Office of the President
1600 Pennsylvania Avenue NW,
Washington, DC 20500

Susie Wiles, in her official capacity as White House Chief of Staff
1600 Pennsylvania Avenue NW,
Washington, DC 20500

Office of the Executive Residence
1600 Pennsylvania Avenue NW
Washington, DC 20500

Robert B. Downing, in his official capacity as White House Chief Usher
1600 Pennsylvania Avenue NW
Washington, DC 20500

I received return receipts, attached as Exhibit A hereto, reflecting delivery of the packages sent to U.S. Attorney Pirro, the Executive Office of the President, Chief of Staff Wiles, and the Office of the Executive Residence. On January 21, 2026, the package sent to Chief Usher Downing was returned to me opened and without its return receipt. On January 27, 2026, I caused to be sent via certified U.S. mail another copy of the amended complaint (ECF 19) and summons to Chief Usher Downing at the above-listed address. I received a return receipt, also attached as Exhibit A hereto, reflecting delivery of that package. To date, I have not received a return receipt corresponding to the package sent to Attorney General Bondi; however, USPS tracking information, attached as Exhibit B hereto, reflects that the package was delivered on January 5, 2026.

On January 3, 2026, I caused to be sent four copies of the summons and amended complaint (ECF 19) in civil action number 25-4316, each under separate cover, to the U.S. Attorney's Office for the District of Columbia at USADC.ServiceCivil@usdoj; I received no response to my email. On February 4, 2026, I again caused to be sent four copies of the summons and amended complaint (ECF 19) in civil action number 25-4316, each under separate cover, to the U.S. Attorney's Office for the District of Columbia at USADC.ServiceCivil@usdoj. Also on February 4, 2026, I received an email from that account confirming receipt. That email is attached as Exhibit C hereto.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 20, 2026                    Signature:

B. Keith Wheeler
25 Walnut Street, Suite 205,
Wellesley Hills, MA 02481
617-426-0550
request@beaconhillresearch.com