# EXHIBIT B

USPS.com® - USPS Tracking® Results

**ALERT: WINTER WEATHER IN THE NORTH CENTRAL AND NORTHEASTERN US MAY DELAY FI...**

# USPS Tracking®

FAQs ›

**Tracking Number:**                                    Remove ✕

# 9589071052702369166790

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at the post office at 4:49 am on January 5, 2026 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Individual Picked Up at Post Office**
WASHINGTON, DC 20530
January 5, 2026, 4:49 am

**Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20530
January 4, 2026, 12:05 pm

**Arrived at Hub**
WASHINGTON, DC 20018
January 4, 2026, 9:00 am

**Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
January 4, 2026, 7:59 am

**Departed USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
January 4, 2026, 7:10 am

Feedback

**Arrived at USPS Regional Facility**

WASHINGTON DC DISTRIBUTION CENTER
January 4, 2026, 6:40 am

**Departed USPS Regional Facility**

WASHINGTON DC DISTRIBUTION CENTER
January 4, 2026, 6:28 am

**Arrived at USPS Regional Facility**

WASHINGTON DC DISTRIBUTION CENTER
January 3, 2026, 1:16 pm

**In Transit to Next Facility**

January 3, 2026, 10:23 am

**In Transit to Next Facility**

January 3, 2026, 7:07 am

**Departed USPS Regional Facility**

MIDDLESEX-ESSEX MA DISTRIBUTION CENTER
January 3, 2026, 3:52 am

**Arrived at USPS Regional Facility**

MIDDLESEX-ESSEX MA DISTRIBUTION CENTER
January 3, 2026, 1:43 am

**Departed USPS Regional Facility**

BOSTON MA DISTRIBUTION CENTER
January 3, 2026, 1:09 am

**Arrived at USPS Regional Origin Facility**

BOSTON MA DISTRIBUTION CENTER
January 2, 2026, 5:29 pm

**USPS in possession of item**

NEWTON LOWER FALLS, MA 02462
January 2, 2026, 11:38 am

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs