# EXHIBIT C

# RE: Federal Summons & Complaint

USADC-ServiceCivil <USADC.ServiceCivil@usdoj.gov>

Fri 2/6/2026 2:03 PM

To:Request <Request@beaconhillresearch.com>; USADC-ServiceCivil <USADC.ServiceCivil@usdoj.gov>;

The summons and complaint have been received by email, with a service date of February 4, 2026.

Civil-process Clerk, U.S. Attorney's Office for the District of Columbia

---

**From:** Request <Request@beaconhillresearch.com>
**Sent:** Wednesday, February 4, 2026 11:30 AM
**To:** USADC-ServiceCivil <USADC-ServiceCivil@usa.doj.gov>
**Subject:** [EXTERNAL] Fw: Federal Summons & Complaint

Please acknowledge receipt of service package.

For the purpose of effectuating service on Robert B. Downing, in his official capacity as White House Chief Usher, pursuant to Fed. R. Civ. P. 4(i).

Keith Wheeler | Partner

Beacon Hill Research

25 Walnut Street, Suite 205

Wellesley Hills, Ma. 02481

www.beaconhillresearch.com

T: (617) 426-0550 | F: (617) 426-5157

E: request@beaconhillresearch.com

---

**From:** Request
**Sent:** Saturday, January 3, 2026 10:57 AM

**To:** USADC.ServiceCivil@usdoj.gov
**Subject:** Federal Summons & Complaint

For the purpose of effectuating service on Robert B. Downing, in his official capacity as White House Chief Usher, pursuant to Fed. R. Civ. P. 4(i).

Keith Wheeler | Partner

**Beacon Hill Research**

25 Walnut Street, Suite 205

Wellesley Hills, Ma. 02481

www.beaconhillresearch.com

T: (617) 426-0550 | F: (617) 426-5157

E: request@beaconhillresearch.com