UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TRUST FOR HISTORIC PRESERVATION IN THE UNITED STATES,<br>Plaintiff,<br><br>v.<br><br>NATIONAL PARK SERVICE, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Case No. 25-4316 (RJL)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

February 26th, 2026 [Dkt. #2, 35, 39, 41]

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that plaintiff's Motion for Preliminary Injunction [Dkt. #2] is **DENIED**; and it is further

**ORDERED** that defendants' Motion to Strike Declaration [Dkt. #35] is **DENIED**; and it is further

**ORDERED** that defendants' Motion to Stay Any Preliminary Injunction Pending Appeal [Dkt. #39], and plaintiff's Motion to Strike Defendants' Motion for Stay Pending Appeal [Dkt. #41] are both **DENIED** as moot.

**SO ORDERED.**

*/s/ Richard J. Leon*
RICHARD J. LEON
United States District Judge

1