**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

NATIONAL TRUST FOR HISTORIC
PRESERVATION IN THE UNITED
STATES,

        Plaintiff,

        v.

NATIONAL PARK SERVICE, *et al.*,

        Defendants.

Case No. 1:25-cv-04316-RJL

**SUPPLEMENTAL DECLARATION OF HEATHER MARTIN**

I, Heather Martin, declare as follows:

1. I am a Deputy Assistant to the President, a Presidentially Commissioned Officer.  In addition, I serve as the Chief Financial Officer and Deputy Director of the Office of Administration, Executive Office of the President. I serve as a senior official supporting the East Wing Modernization Project ("the Project").

2. I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto.

3. I submit this declaration to supplement the testimony in my earlier January 15, 2026 declaration submitted in this matter, Dkt. No. 30-2.

4. Since the filing of my prior declaration, the following factual developments have occurred which bear on this litigation:

5. First, EXR removed the triangular pediment above the south portico of the ballroom in response to comments from the Commission of Fine Arts (CFA) and the National Capital Planning Commission (NCPC). In prior designs, the pediment's peak had been

approximately nine feet higher than the pediment on the north elevation of the White House. Its removal and replacement with a balustrade aligned with the existing White House balustrade allows the ballroom roofline to match that of the White House.

6. Second, the CFA approved the Project on February 19, 2026 at its public meeting.  The CFA's approval letter can be found at www.cfa.gov/records-research/project-search/cfa-19-feb-26-1.

   - "Expressing enthusiastic support for the project," the CFA approved the submission for a new addition to the White House to accommodate a ballroom and other official uses.  [See CFA Approval letter - cfa.gov/records-research/project-search/cfa-19-feb-26-1]

7. Third, the Project was discussed at a public NCPC meeting on March 5, 2026.  The staff presented the Project and recommended that the Commission approve "the preliminary and final site and building plans for the East Wing Modernization Project located on the grounds of the White House." https://www.ncpc.gov/docs/actions/2026March/8733_East_Wing_Modernization_Project_Staff_Report_Mar2026.pdf. Notably, the NCPC staff recommendation report found that, "per the viewshed study provided in the submission, the existing landscape will substantially screen views of the project from the surrounding public spaces" and "the main views of the Executive Mansion . . . will largely be maintained." The architect and landscape architect for the Project gave a presentation, followed by 30 public comments about the Project, including a public comment from the President and CEO of the Trust.  In addition, 36,300 written public comments were submitted.  While EXR does not believe it must obtain approval of NCPC to proceed with the Project, the NCPC is scheduled to vote on the Project during its next public meeting on April 2, 2026.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 12, 2026.

_____

Heather Martin