UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TRUST FOR HISTORIC PRESERVATION IN THE UNITED STATES,<br>　　　　Plaintiff,<br><br>　　v.<br><br>NATIONAL PARK SERVICE, *et al.*,<br><br>　　　　Defendants. | Case No. 1:25-cv-04316-RJL |

**DEFENDANTS' NOTICE OF AVAILABILITY OF IN-PERSON INSPECTION**

Defendants respectfully submit that the Court may, in evaluating the Trust's renewed motion for a preliminary injunction, determine that an in-person inspection of the East Wing project site would assist the Court's review. Although an inspection would not shed light on the legal issues associated with the Trust's likelihood of success on the merits—and the Court can deny the renewed motion on that basis alone—the alleged aesthetic injury and equitable considerations may be illuminated by viewing the site, its location, and ongoing construction activities. *Cf. Welzel v. Bernstein*, 233 F.R.D. 185, 186 (D.D.C. 2005) (explaining that site inspection is often allowed "because the specific location relates to the subject matter of the cause of action"); *Dicken v. United States*, 862 F. Supp. 91, 94 (D. Md. 1994) ("Although photos or videotape of the *locus in quo* might suffice, an inspection of the premises may, according to the presiding judge's lights, be desirable."); David B. Sentelle, *Judge Dave & the Rainbow People*, 3 Green Bag 2d 61 (1999) (detailing a judicial site visit). Defendants stand ready to facilitate such an inspection by the Court at its convenience, with the attendance of one attorney for each side, subject to appropriate security measures.

1

Dated: March 13, 2026

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General

BRANTLEY T. MAYERS
Counsel

JOSEPH E. BORSON
Assistant Branch Director

/s/ *Eitan R. Sirkovich*
EITAN R. SIRKOVICH
(D.C. Bar No. 90030102)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Eitan.R.Sirkovich@usdoj.gov
(202) 353-5525

Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment and Natural Resources Division

PETER M. TORSTENSEN, JR.
Deputy Assistant Attorney General

MARISSA A. PIROPATO
Deputy Chief

GREGORY M. CUMMING
Senior Attorney
MICHELLE RAMUS
MARK WIDERSCHEIN
Trial Attorneys
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
950 Pennsylvania Avenue, N.W.
Washington, DC 20530
Gregory.Cumming@usdoj.gov
Michelle.Ramus@usdoj.gov
Mark.Widerschein@usdoj.gov
(202) 598-0414

*Counsel for Defendants*