UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATIONAL TRUST FOR HISTORIC PRESERVATION IN THE UNITED STATES,<br><br>             Plaintiff,<br><br>      v.<br><br>NATIONAL PARK SERVICE, *et al.*,<br><br>             Defendants. | Case No. 1:25-cv-04316-RJL |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Motion for Leave to File Supplemental Declarations,

ECF No. __, it is hereby **ORDERED** that the motion is **GRANTED**.

   **SO ORDERED**.

_____
THE HON. RICHARD J. LEON
UNITED STATES DISTRICT JUDGE

1