**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

NATIONAL TRUST FOR HISTORIC
PRESERVATION IN THE UNITED
STATES,

      Plaintiff,

      v.

NATIONAL PARK SERVICE, *et al.*,

      Defendants.

Case No. 1:25-cv-04316-RJL

**SECOND SUPPLEMENTAL DECLARATION OF HEATHER MARTIN**

I, Heather Martin, declare as follows:

1.  I am a Deputy Assistant to the President, a Presidentially Commissioned Officer. In addition, I serve as the Chief Financial Officer and Deputy Director of the Office of Administration, Executive Office of the President ("EOP"). I serve as a senior official supporting the East Wing Modernization Project ("the Project").

2.  I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto.

3.  I submit this declaration to supplement the testimony in my earlier declarations submitted in this matter, Dkts. No. 30-2 and 52-2.

4.  The Economy Act, currently codified at 31 U.S.C. § 1535, is a longstanding authority under which agencies may order goods or services from other federal agencies or major organizational units within the same agency. It promotes efficiency by allowing interagency acquisitions when it is in the government's best interest, funds are available, and the service cannot be provided as conveniently or cheaply by the private sector.

1

5.  The Government Accountability Office ("GAO") is a nonpartisan, independent agency within the legislative branch. The GAO publishes a treatise titled "Principles of Federal Appropriations Law," which is referred to as "the Red Book." The third volume of this treatise, available online at https://www.gao.gov/assets/2019-11/203470.pdf, provides detailed information and guidance to federal agencies regarding Economy Act transactions. Agencies regularly consult this document regarding appropriations issues, including Economy Act transactions, as well as the Office of Management and Budget's ("OMB") Circular No. A-11 "Preparation, Submission and Execution of the Budget," which also discusses Economy Act transactions. OMB's Circular No. A-11 is publicly available at https://www.whitehouse.gov/wp-content/uploads/2025/08/a11.pdf.

6.  The Red Book explains that "the subject of an Economy Act transaction must be something the ordering agency is authorized to do and the performing agency is in a position to provide. Also, there must be direct benefit to the paying agency. Apart from these general prescriptions, the Economy Act makes no attempt to define the kinds of work, services, or materials that can be ordered. This is in apparent recognition of the great diversity of tasks and functions one encounters in the federal universe, and the fact that these tasks and functions are subject to change over time." Red Book, Third Edition, Volume III at page 12-64. It is my understanding that funds transferred under the Economy Act are "available for the purposes for which the appropriation from which transferred are available, and also subject to the same limitations fixed in the appropriations from which the funds are transferred." 18 Comp. Gen. 489, 490-91 (1938).

7.  The Red Book also provides examples of transactions in which the Economy Act "has been used," or at least "recognized as available [authority] for," including an agreement

between the Department of Veterans Affairs and the Department of the Navy under which the "Navy would execute and superintend a contract for the construction of the Corregidor-Bataan Memorial." Red Book, Third Edition, Volume III at page 12-67.

8. EOP regularly enters into agreements under the Economy Act, 31 U.S.C. § 1535. The Economy Act is commonly used at EOP when an agency determines that it does not have the appropriate resources to execute an action of work, services or materials that EOP, as a servicing entity, is in the position to provide more conveniently. Once a formal agreement between the agency and EOP is executed, EOP assumes responsibility for carrying out the acquisition, activities, and necessary support for the goods and/or services that are being sought by the requesting agency. This includes developing requirements in coordination with the requesting agency, conducting market research as needed, and securing qualified vendors through appropriate competitive procedures. EOP also issues solicitations and awards contracts to companies capable of delivering required goods and services.

9. Over the past decade, components of EOP have entered into approximately 2500 Economy Act agreements, which is an average of 21 agreements per month or an average of 250 per year.

10. The Office of the Executive Residence ("EXR") has often served as the servicing entity for construction projects at the White House. In these instances, EXR has received funding from other government agencies to manage permanent improvements to the Executive Residence at the White House. EXR is uniquely suited to carry out such projects given its close relationship with the President and its substantial expertise in providing for (1) the preservation and maintenance of the White House structure and its

3

historical contents, and (2) the use of the White House for official ceremonial purposes as well as the private home of the President.

11. Past Economy Act agreements with EXR concern, for instance, installation of security windows on behalf of the U.S. Secret Service, improvements to the North Portico paving on behalf of the National Park Service ("NPS"), a 1.5-million-dollar renovation of the White House press room on behalf of NPS, and rehabilitation of the fire alarm systems on behalf of NPS.

12. Other examples include personnel details—in which EOP staff will temporarily work for another agency to provide specific expertise—and temporary construction for events taking place across the country that involve an EOP principal. Like other examples, EOP components act as the servicing agency and receive reimbursement for their services from the ordering agency.

13. As the above examples make clear, use of the Economy Act has long been standard operating procedure at EOP. The Economy Act agreement concerning the Project, in which EXR acts as the servicing agency for NPS, is consistent with this precedent.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 23, 2026.

_____

Heather Martin

4