**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

NATIONAL TRUST FOR HISTORIC
PRESERVATION IN THE UNITED
STATES,

        Plaintiff,

        v.

NATIONAL PARK SERVICE, *et al.*,

        Defendants.

Case No. 1:25-cv-04316-RJL

**NOTICE OF WITHDRAWAL OF APPEARANCE**

To the Clerk of the Court and all parties of record:

Pursuant to Local Civil Rule 83.6(b), please withdraw the appearance of Gregory M.

Cumming as counsel for Federal Defendants in this matter.  Federal Defendants will continue to

be represented by remaining counsel of record from the U.S. Department of Justice.

Respectfully submitted this 26th day of March, 2026,

        ADAM R.F. GUSTAFSON
        Principal Deputy Assistant Attorney General
        Environment & Natural Resources Division

        */s/ Gregory M. Cumming*
        Gregory M. Cumming (D.C. Bar No. 1018173)
        Senior Attorney
        Natural Resources Section
        150 M St., N.E.
        Washington, D.C. 20002
        (202) 305-0457 (phone)
        (202) 598-0414 (cell)
        gregory.cumming@usdoj.gov

        *Counsel for Federal Defendants*