UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TRUST FOR HISTORIC PRESERVATION IN THE UNITED STATES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NATIONAL PARK SERVICE, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:25-cv-04316-RJL |

**DEFENDANTS' NOTICE OF SUBMITTING THIRD SUPPLEMENTAL *EX PARTE* DECLARATION *IN CAMERA***

To ensure that the Court has a current record when deciding the Second Motion for a Preliminary Injunction, Defendants respectfully submit this Notice to inform the Court that they have lodged an updated classified declaration that, along with its attachments, reflects the present status of the East Wing project.

1

Dated: March 30, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment and Natural Resources Division

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General

PETER M. TORSTENSEN, JR.
Deputy Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General

MARISSA A. PIROPATO
Deputy Chief

/s/ *Brantley T. Mayers*
BRANTLEY T. MAYERS
(FL Bar. No. 1039996)
Counsel
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, N.W.
Washington, DC 20530
Brantley.T.Mayers@usdoj.gov
(202) 890-9874

MICHELLE RAMUS
MARK WIDERSCHEIN
Trial Attorneys
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
950 Pennsylvania Avenue, N.W.
Washington, DC 20530
Michelle.Ramus@usdoj.gov
Mark.Widerschein@usdoj.gov
(202) 598-0414

JOSEPH E. BORSON
Assistant Branch Director
EITAN R. SIRKOVICH
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch

*Counsel for Defendants*

2