**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| NATIONAL TRUST FOR HISTORIC PRESERVATION IN THE UNITED STATES,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>NATIONAL PARK SERVICE, *et al.*,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)　Civil Case No. 25-4316 (RJL)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

March **31**, 2026 [Dkt. #51, 55]

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Plaintiff's Second Motion for Preliminary Injunction [Dkt. #51] is

**GRANTED**; and it is further

**ORDERED** that the National Park Service; Jessica Bowron, in her official capacity

as Acting Director, National Park Service; John Stanwich, in his official capacity as

Superintendent, the White House and President's Park; the Department of the Interior;

Douglas Burgum, in his official capacity as Secretary of the Interior; the General Services

Administration; Michael J. Rigas, in his official capacity as Acting Administrator, General

Services Administration; the Executive Office of the President; Susie Wiles, in her official

capacity as White House Chief of Staff; the Office of the Executive Residence; and Robert

B. Downing, in his official capacity as White House Chief Usher (together, "Defendants"),

1

and any agents of Defendants or any other persons working at their direction or in active concert therewith, are preliminarily **ENJOINED** from taking any action in furtherance of the physical development of the proposed ballroom at the former site of the East Wing of the White House, including but not limited to any further demolition, site preparation work, landscape alteration, excavation, foundation work, or other construction or related work, other than actions strictly necessary to ensure the safety and security of the White House and its grounds, including the ballroom construction site, and provide for the personal safety of the President and his staff; and it is further

**ORDERED** that, subject to the safety-and-security exception above, no such work shall proceed absent express authorization from Congress; and it is further

**ORDERED** that Defendants' counsel shall provide written notice of this Order to all officers, agents, successors, servants, employees, and attorneys of Defendants, as well as any other persons working at their direction, in active concert therewith, or subject to Defendants' control; and it is further

**ORDERED** that this Order shall take effect fourteen (14) days after its issuance; and it is further

**ORDERED** that Defendants shall file a status report apprising the Court of the status of their compliance with this Order no later than twenty-one (21) days after the date the Order takes effect; and it is further

**ORDERED** that the security requirement is hereby waived, *see* Fed. R. Civ. P. 65(c); and it is further

2

**ORDERED** that Defendants' Motion for Leave to File Supplemental Declarations [Dkt. #55] is **GRANTED.**

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge