**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**NATIONAL TRUST FOR HISTORIC**
**PRESERVATION IN THE UNITED STATES**,

      *Plaintiff*,

     v.

**NATIONAL PARK SERVICE**, *et al.*,

      *Defendants*.

Civil Action No. 25-4316

## <u>MOTION FOR CLARIFICATION OF PRELIMINARY INJUNCTION</u>

On March 31, 2026, the Court preliminarily enjoined the Defendants and any agents or persons working "at their direction or in active concert therewith" from "taking any action in furtherance of the physical development of the proposed ballroom at the former site of the East Wing of the White House, including but not limited to any further demolition, site preparation work, landscape alteration, excavation, foundation work, or other construction or related work, other than actions strictly necessary to ensure the safety and security of the White House and its grounds, including the ballroom construction site, and provide for the personal safety of the President and his staff." ECF 61 at 2. The Court further ordered that, "subject to the safety-and-security exception above, no such work shall proceed absent express authorization from Congress." *Id.*

Shortly after the Court entered its order, President Trump was asked in the Oval Office whether he was planning to stop construction of the Ballroom. He stated that the Defendants "are allowed to continue building as necessary to . . . cover the safety and security of the White House and its grounds."[1] After mentioning this Court's fourteen-day stay of the preliminary injunction,

---

[1] Forbes Breaking News, Trump Shares Next Move After Judge Orders Halt to White House

he claimed "we don't need it, because that's what we're doing," *id.* at 2:20-2:28. The President's

belief appears to be that because various Ballroom features, *if built*, would be relevant to safety

and security—like "bulletproof and ballistic proof" glass and a "drone-proof roof," *id.* at 2:38-

3:48—the Court's order allows Ballroom construction to proceed unabated *now*. The President

concluded his interpretation of this Court's order by stating bluntly: "So that's called 'I'm allowed

to continue building as necessary.' … So on that, we're okay." *Id.* at 3:48-3:59.

The National Trust respectfully requests that this Court enter an order confirming that its

"safety-and-security" exception does not permit the Defendants to build the Ballroom.[2]

Dated: April 1, 2026

Respectfully submitted,

NATIONAL TRUST FOR HISTORIC
PRESERVATION IN THE UNITED STATES

By its attorneys,

 */s/ Matthew F. Casassa*
Gregory B. Craig (164640)
FOLEY HOAG LLP
1717 K Street N.W.
Washington, DC 20006.
Tel: (202) 223-1200

Thaddeus A. Heuer (*pro hac vice*)
Matthew F. Casassa (*pro hac vice*)
Jack C. Smith (1725229)
FOLEY HOAG LLP
155 Seaport Boulevard
Suite 1600
Boston, MA 02210
Tel. (617) 832-1000

---

Ballroom Construction, https://www.youtube.com/watch?v=edNkXalSjpI, at 1:35-1:56.

[2] On April 1, 2026, counsel for the National Trust emailed counsel for the Defendants, informing them of the Trust's intent to file this motion and requesting their position. As of the time of filing, the Trust has received no response.

## <u>CERTIFICATE OF SERVICE</u>

I certify that on April 1, 2026, the foregoing document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). Paper copies will be sent via first class mail to those indicated as non-registered participants.

*/s/ Matthew F. Casassa*

3