## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

NATIONAL TRUST FOR HISTORIC
PRESERVATION IN THE UNITED
STATES,

      Plaintiff,

v.

NATIONAL PARK SERVICE, *et al.*,

      Defendants.

Case No. 1:25-cv-04316-RJL

## DECLARATION OF U.S. SECRET SERVICE
## DEPUTY DIRECTOR MATTHEW C. QUINN

I, **Matthew C. Quinn** declare as follows:

1. I am the Deputy Director of the United States Secret Service (Secret Service).

2. I previously submitted two declarations in this matter, filed on December 15, 2025, and January 15, 2026. Those declarations are incorporated herein by reference and, except as expressly stated below, to the best of my knowledge the statements contained in those declarations remain true and correct.

3. The Secret Service's mission, as codified at 18 U.S.C. §§ 3056, 3056A, is to protect the President (POTUS) and his family and secure the White House (WH) Complex. Protecting POTUS includes fortifying and strengthening structures to defend against current and future threats that our protectees visit, including WH grounds.

4. At this stage of the Project, numerous security risks are present. Specifically, the current unfinished construction site compromises the ability of Secret Service personnel, including Emergency Response Teams and tactical K-9 handlers, to readily traverse the White House Complex for evacuation or other protective security operations. Personnel also risk physical injuries from uncovered rebar and exposed cables around the site. The prolonged exposure of current obstructions creates a danger for USSS personnel to holistically provide a secure 360-degree perimeter to safely protect the President, First Family, and residence.

5.  The unfinished construction site also presents greater exposure to safety and security threats directed at the main White House and West Wing structures, as well as the underground construction. Specifically, Uniformed Division personnel will be hindered to effectively secure/defend the east side of the White House Building from an attack or security breach due to the current construction debris and large holes.

6.  Given these security risks, along with the vulnerabilities of the already-constructed below-ground structures, leaving nothing on top of the below-ground construction is not an option.

7.  The project is a single, coherent whole. An above-ground slab and topping structure is needed to ensure that key underground structures with a security purpose are properly protected and strengthened. Specifically, protective operations require an above-ground slab and topping structure that can accommodate the below ground structure with interoperable communications and infrastructure security systems relative to flood management and other utilities. In this way, below- and above-ground projects technically and structurally complement each other, and the below-ground construction has already been done with that expectation of what would go above. As the below-ground construction nears completion, it is critical to resolve the above-ground enclosure for cohesive construction that allows safe passage and accommodates the protective security measures relied upon by the Secret Service, including fortified security screening stations, barriers, gates, guard booths, and alarm and camera systems.

8.  Current plans include security features that are critical to the protection of the President, his family, his staff, and the WH Complex, including security features that support below-ground elements that enhance overall safety for all WH occupants. For example, the current plans include threat resistant building materials such as bullet- and blast-proof glass and windows that enhance security measures at the WH Complex and improve upon prior East Wing capabilities.

9.  Leaving the project site unfinished imperils the ability of the Secret Service to meet its statutory mission to protect the President, First Family, and White House Complex. The current unfinished construction site is, in and of itself, a coordinated and managed safety hazard for the reasons stated above. While the entire Project will not be completed for some time, the known vulnerabilities in the prior East Wing, and the ongoing vulnerabilities from entertaining foreign leaders and others in soft tents demand resolution without delay. Every day added to the Project is another day impairing full security.

10. For these reasons, completion of an enclosed above-ground structure on the East Wing will strengthen the ability of the Secret Service to protect the President and secure the Complex because it will provide a fixed structure equipped with the above-mentioned modern protective security measures, including threat-resistant building materials, and serve as a

fortified structural buffer that better insulates and supports both the main White House and West Wing structures.

11. Consistent with its statutory protection mission, the Secret Service provided fulsome input for the protective security elements of the East Wing construction project. The existing construction plan incorporates all Secret Service security requirements. Any deviations from the construction plan and its prescribed timeline may change the type of building materials, including windows, steel, and/or other security systems that are currently contemplated in the plan. Delays may cause a decrease in the overall security of the complex if the USSS is not allotted sufficient time to order, produce, and install recommended security systems and infrastructure components.

12. Uncertainty about what work is permissible and the need for constant approvals is extremely difficult. The security design was carefully developed and vetted. Stop-and-start delays as each ensuing portion of the project must get litigated would compromise the timeline of the Project and unduly prolong critically necessary security steps. Moreover, any delay in construction of the project may permit adversaries to view the elements of construction, identify vulnerabilities, and pose ongoing national security risks to a critical piece of White House infrastructure that is necessary to safeguarding the President on a prospective basis. Judicial pre-approval also might require the need to divulge classified information about presidential protection or to otherwise disclose the exact function served by each portion of the design, which raises concerns about ensuring presidential safety.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 13, 2026.

Matthew C. Quinn
Deputy Director
United States Secret Service