UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL TRUST FOR HISTORIC
PRESERVATION IN THE UNITED
STATES,
   Plaintiff,

  v.

NATIONAL PARK SERVICE, *et al.*,

   Defendants.

Case No. 1:25-cv-04316-RJL

**DEFENDANTS' MOTION TO EXTEND ADMINISTRATIVE STAY OF
PRELIMINARY INJUNCTION**

This Court previously delayed enforcement of its preliminary injunction for 14 days given the vital for national security, novel, and weighty legal questions present here, the logistical issues caused by its injunction, and the guarantee of appellate proceedings. ECF 60 at 34; ECF 61 at 2. Although Defendants sought immediate appellate relief, the majority of the D.C. Circuit stay panel chose to remand for further factual development on the scope of the exception to the injunction. *See* Order, *Nat'l Tr. for Hist. Pres. v. Nat'l Park Serv.*, Nos. 26-5101, 26-5108 (D.C. Cir. Apr. 11, 2026). The Trust's motion to clarify the injunction's exception is now fully briefed and awaiting resolution.

Under these circumstances, and for the same reasons that the Court initially granted a short, 14-day administrative stay, an extension of that stay—which is now scheduled to expire in just three days—is necessary and appropriate. The importance of this case cannot be overstated, as it implicates the personal safety of President Donald J. Trump, who has survived multiple assassination attempts, including being shot in Butler, Pennsylvania, on July 13, 2024. To ensure orderly appellate proceedings involving the deeply important and weighty legal issues this Court

1

identified, Defendants respectfully request that the Court extend the current administrative stay so that it expires 14 days after this Court rules on the motion to clarify.  That extension will avoid the need for emergency motion practice over the next three days.  The Trust has not yet responded to Defendants' inquiry for its position on this motion.

Dated: April 14, 2026

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General

/s/ *Brantley T. Mayers*
BRANTLEY T. MAYERS
(FL Bar. No. 1039996)
Counsel
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, N.W.
Washington, DC 20530
Brantley.T.Mayers@usdoj.gov
(202) 890-9874

JOSEPH E. BORSON
Assistant Branch Director
EITAN R. SIRKOVICH
Trial Attorney
Civil Division, Federal Programs Branch

Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment and Natural Resources Division

PETER M. TORSTENSEN, JR.
Deputy Assistant Attorney General

MARISSA A. PIROPATO
Deputy Chief

*Counsel for Defendants*

2