UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TRUST FOR HISTORIC PRESERVATION IN THE UNITED STATES,<br><br>         Plaintiff,<br><br>    v.<br><br>NATIONAL PARK SERVICE, *et al.*,<br><br>         Defendants. | Case No. 1:25-cv-04316-RJL |

### [PROPOSED] ORDER

Upon consideration of Defendants' Motion to Extend Administrative Stay of Preliminary Injunction, ECF No. \_\_, it is hereby **ORDERED** that the motion is **GRANTED**.  The current administrative stay is extended to expire 14 days after the Court rules on Plaintiff's Motion to Clarify, ECF No. 65.

      **SO ORDERED**.

 

_____
THE HON. RICHARD J. LEON
UNITED STATES DISTRICT JUDGE

1