**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **NATIONAL TRUST FOR HISTORIC PRESERVATION IN THE UNITED STATES,** | ) ) ) ) | |
| *Plaintiff,* | ) ) ) | **Case No. 25-cv-04316-RJL** |
| v. | ) ) | |
| **NATIONAL PARK SERVICE, *et. al.*,** | ) ) | |
| *Defendants.* | ) ) ) | |

**NOTICE OF APPEARANCE**

The United States of America respectfully requests the Clerk of the Court enter the

appearance of Stanley E. Woodward, Jr., Associate Attorney General of the United States as

counsel of record on behalf of all Federal Defendants.

Dated: April 27, 2023          Respectfully submitted,

                    */s/ Stanley E. Woodward, Jr.*
                    Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
                    U.S. DEPARTMENT OF JUSTICE
                    950 Pennsylvania Avenue, Northwest
                    Washington, DC  20530
                    202-514-9500 (telephone)
                    stanley.woodward@usdoj.gov

                    *Counsel for the United States of America*

**CERTIFICATE OF SERVICE**

On April 27, 2026, the undersigned hereby certifies that a true and correct copy of the

foregoing was electronically transmitted to all counsel of record via CM/ECF.

                    */s/ Stanley E. Woodward, Jr.*
                    Stanley E. Woodward, Jr. (D.C. Bar No. 997320)