**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

NATIONAL TRUST FOR HISTORIC
PRESERVATION IN THE UNITED
STATES,

       Plaintiff,

     v.

NATIONAL PARK SERVICE, *et al.*,

       Defendants.

Case No. 1:25-cv-04316-RJL

**DECLARATION OF U.S. SECRET SERVICE
DEPUTY DIRECTOR MATTHEW C. QUINN**

I, Matthew C. Quinn, declare as follows:

1. I am the Deputy Director of the United States Secret Service (Secret Service).

2. I previously submitted three declarations in this matter, filed on December 15, 2025, January 15, 2026, and April 13, 2026 (collectively, the "Prior Declarations"). The Prior Declarations are incorporated herein by reference and, except as expressly stated below, to the best of my knowledge the statements contained in the Prior Declarations remain true and correct.

3. As noted in the Prior Declarations, the Secret Service is responsible for securing the White House, White House Grounds, and adjacent buildings (collectively, the "White House Complex"), and permanent physical infrastructure—designed and constructed with security requirements in mind—enhances the Secret Service's ability to detect, deter, and respond to threats. *See* Decl. 15, 2025 Quinn Decl. ¶ 4; Jan. 15, 2026 Quinn Decl. ¶¶ 9–10; Apr. 13, 2026 Quinn Decl. ¶¶ 3, 7–8, 10.

1

4. I also previously addressed the security challenges associated with hosting large-scale events—such as state dinners—within the White House Complex in temporary structures, including tents erected on the South Lawn or other outdoor areas. As noted in the Prior Declarations, temporary venues lack the inherent security advantages of permanent facilities designed in close coordination with the Secret Service's protective and technical security experts. *See* Jan. 15, 2026 Quinn Decl. ¶ 10; Apr. 13, 2026 Quinn Decl. ¶¶ 9–10.

## INCIDENT AT THE WASHINGTON HILTON ON APRIL 25, 2026

5. On the evening of April 25, 2026, the President and other Secret Service protectees attended the White House Correspondents' Association Dinner at the Washington Hilton Hotel in Washington, D.C., the site of a previous presidential assassination attempt. This event is a large, high-profile gathering hosted off the White House Complex, at a privately operated, publicly accessible hotel.

6. During the event, a gunman opened fire at a Secret Service security checkpoint located inside the hotel where the event was being held. One Secret Service Police officer was shot before the suspect was apprehended by law enforcement officers on the scene.

7. The Secret Service and our law enforcement partners acted swiftly and effectively to secure the President and other protectees and respond to the attack. While the President and other protectees were not physically harmed, this incident was an attack on these national leaders at a major public event held in an off-site, non-federal facility.

## SECURITY LIMITATIONS OF LARGE OFF-SITE VENUES

8. When the President and other Secret Service protectees appear at a large event in a commercial hotel or other non-White House Complex venue, the Secret Service implements a comprehensive layered security plan in coordination with law enforcement

2

partners and other stakeholders like property owners and commercial enterprises. This typically includes the establishment of restricted areas or perimeters, installation of technical security assets like ballistic panels or glass, sweeps conducted by explosive detection canines and explosive ordnance disposal teams, magnetometer screening, physical searches of persons and items entering designated restricted areas, and the deployment of protective personnel to monitor, secure, and manage access to those areas. These measures can be highly effective, as demonstrated by the prompt apprehension of the alleged attacker on April 25, 2026.

9. Nevertheless, off-site venues present inherent constraints that do not exist when events are held within the secure perimeter of the White House Complex. For example, the Secret Service does not control the building, co-located simultaneous on-going events, surrounding streets, or adjoining properties.

10. At a commercial hotel such as the Washington Hilton, the Secret Service must adapt its security posture to a structure and layout designed primarily for commercial rather than protective or government purposes. Because the hotel is an active business, additional members of the public including employees, contractors, and other guests may be present, often in close proximity to the event space.

**SECURITY ADVANTAGES OF HOLDING LARGE EVENTS AT THE WHITE HOUSE COMPLEX**

11. The White House Complex, in contrast, is a controlled facility with a permanent security infrastructure that has been designed in close coordination with the Secret Service. Access to the White House Complex is restricted, and all entry is routed through dedicated screening and access control points.

3

12. Facilities at the White House Complex incorporate physical security measures, secure queuing areas, integrated technology, and established procedures that are unique to the Complex and cannot be replicated to the same extent in temporary, off-site settings. The Secret Service conducts this screening at facilities removed from the physical presence of the President and other protectees, purpose-built with standoff, screening technologies, and blast considerations incorporated, unlike the screening areas at public events which are limited by the venue layout and often require screening to take place in less-than-ideal conditions and locations.

13. In addition, the physical environment of the White House Complex allows the Secret Service to manage lines of approach to event spaces, restrict access to critical areas, and coordinate protective operations without having to accommodate unrelated commercial activity, as is the case in a hotel or other public venue.

14. As a result, securing a large event such as the White House Correspondents' Association Dinner on the White House Complex—in a suitable, purpose-built facility—would provide security advantages over securing the same event at an off-site venue.

## THE EAST WING MODERNIZATION PROJECT

15. The purpose of the East Wing Modernization Project includes an event space for hosting large-scale official events involving the President and other Secret Service protectees, such as state dinners, diplomatic receptions, and other significant gatherings that now frequently require either the use of off-site venues or the erection of temporary structures—such as tents—on the White House Complex.

16. The ballroom, as presently designed, is a permanent structure—its physical characteristics, such as walls, doors, windows, and service areas, are designed and

4

constructed in accordance with strict security requirements. This is fundamentally different from attempting to adapt a commercial ballroom in a hotel, or a temporary tent structure, to protective needs that were not part of the original design.

## UPCOMING STATE DINNER AND TEMPORARY STRUCTURES

17. The United States is actively hosting a State Visit by His Majesty the King of the United Kingdom. As part of that visit, there will be a State Dinner honoring the King and Queen to be held indoors, in the East Room which affords the existing available security infrastructure of the White House complex. (https://www.whitehouse.gov/briefings-statements/2026/04/president-donald-j-trump-and-first-lady-melania-trump-to-welcome-his-majesty-king-charles-the-iii-of-the-united-kingdom-of-great-britain-and-northern-ireland-and-her-majesty-queen-camilla-for-a-state/). This event is expected to be of significant size and prominence and requires careful planning by the Secret Service.

18. As noted in the Prior Declarations, hosting events of this scale in temporary structures, such as large tents erected on the White House Complex, poses additional security challenges. *See* Jan. 15, 2026 Quinn Decl. ¶ 10; Apr. 13, 2026 Quinn Decl. ¶¶ 9–10.

19. Temporary tents cannot provide the same level of physical protection, structural resilience, and integrated security as a permanent facility designed with protective requirements in mind. The Secret Service must adapt its protective posture to whatever temporary environment is available, often with constrained time to construct, configure, and test the venue and its security features.

## IMPACT OF THE APRIL 25, 2026 INCIDENT ON SECURITY ASSESSMENT

20. The attempted attack on the President and other Secret Service protectees, as well as the hundreds of guests, staff, and other personnel at the Washington Hilton on April 25,

5

2026, highlights the inherent risks and security challenges associated with large-scale events held in off-site, commercial venues that are not owned, designed, and controlled by the United States government for protective purposes. Moreover, a security incident at a Presidential event—even if it does not result in physical harm to any attendees—can cause the event to be canceled, interfering with the President's ability to perform his duties pursuant to Article II of the Constitution.

21. The planned East Wing Modernization Project is a key component of providing a secure environment for the President to fulfill his duties. It would enable the President to host large events, including those that historically have taken place at off-site hotels, such as the White House Correspondents' Association Dinner, in a venue that benefits from all the permanent security infrastructure and access controls of the White House Complex.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 27, 2025.

Matthew C. Quinn
Deputy Director
United States Secret Service

6