**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **NATIONAL TRUST FOR HISTORIC PRESERVATION IN THE UNITED STATES,** | ) ) ) ) | |
| *Plaintiff,* | ) ) | **Case No. 25-cv-04316-RJL** |
| v. | ) ) | |
| **NATIONAL PARK SERVICE, *et. al.*,** | ) ) | |
| *Defendants.* | ) ) ) | |

## [PROPOSED] ORDER

Upon consideration of the Motion of the United States, it is hereby **ORDERED** that were the United States Court of Appeals for the District of Columbia Circuit to remand this case to this Court, given the events of the last 48 hours, the Court would dismiss the instant action to ensure the completion of a facility that would protect the President, the First Lady, members of the President's Cabinet and senior staff for gatherings of the same; accordingly it is

**ORDERED** that the Motion is **GRANTED.**

_____
RICHARD J. LEON
United States District Judge