**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

NATIONAL TRUST FOR HISTORIC
PRESERVATION,

      *Plaintiff,*

      *v.*

NATIONAL PARK SERVICE, *et al.*,

      *Defendants*.

Civil Action No. 1:25-cv-04316-RJL

## NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF THE GOVERNMENT'S MOTION FOR AN INDICATIVE RULING DISSOLVING THE COURT'S INJUNCTION

On Saturday night, May 23rd, a shooter once again sought to murder the President, his family, and his staff at the historic White House complex. We submit this urgent filing to update the Court on a second attempted assassination on the President within a single month. Last night, shortly after 6:00 p.m., an armed assassin approached a White House security checkpoint near 17th Street and Pennsylvania Avenue, professionally pulled a high caliber gun from a bag, and opened fire in the exact direction of the White House. Brave Secret Service officers returned fire. The gunman was killed and an innocent bystander was seriously wounded in the shooting.[1] This

---

[1] Joe Marino and Daniel Cody, Gunman Who Believed He was Jesus Christ Opened Fire on White House Checkpoint, Shot Dead by Secret Service, *New York Post* (May 23, 2026) *available at* https://nypost.com/2026/05/23/us-news/white-house-on-lockdown-after-dozens-of-shots-fired/; Campbell Robertson, Chelsia Rose Marcius and Clarence Williams, One Killed in Exchange of Gunfire With Secret Service Near White House, *The New York Times* (May 23, 2026) *available at* https://www.nytimes.com/2026/05/23/us/politics/white-house-shooting.html; Sadie Gurman and Merideth McGraw, Suspect Dead, Bystander Injured in Shooting Outside White House, *The Wall Street Journal* (May 24, 2026) *available at* https://www.wsj.com/us-news/suspect-dead-bystander-injured-in-shooting-outside-white-house-efdc374f?mod=us-news_lead_story; Maegan Vazquez, Cleve R. Wootson Jr. and Perry Stein, Suspected Gunman Dead After Exchanging Fire With Secret

1

second attack on the President this month underscores the critical need for top level, state of the art security at the White House, including the Ballroom, a knitted, unified, cohesive part of the East Wing Project, which is vital for National Security, and is being constructed to ensure that the President can perform his constitutional duties in a safe and heavily secured facility.

This court's unlawful injunction has wrongfully cast a cloud of uncertainty around the future of the entire East Wing Project, which is being constructed for the physical safety and security of all Presidents, their families, staff, Foreign Dignitaries, and guests. When completed, this highly knitted, integrated, and unified Project, which is a singular and vital National Security facility, will provide a "SAFE HAVEN" from attackers such as the one last night, and on April 25th. It will provide a highly secure space for future Inaugurations, and other major events, such as the recent visit of the King and Queen of the United Kingdom, and the coming visit in September of President Xi of China. Without this National Security Facility, such events are otherwise relegated to the vulnerable tents on the South Lawn, exposed to various threats, as again shown by last night's shooting, which would have been easily in range to reach a tent (in all cases made of plastic or canvas, which has virtually no ability to stop a bullet, unlike the walls of the Facility under construction, which has the highest degree of bullet stoppage, including that of a higher range than a large caliber AK-47), on the White House South Lawn, and cause death and destruction. The temporary tented structure is also vulnerable to water and flooding when it rains in that the White House is built on wetland, and the grounds are inordinately wet. Over the years, many an evening has been ruined by even moderate rain.

---

Service Near White House, *The Washington Post* (May 24, 2026) *available at* https://www.washingtonpost.com/politics/2026/05/23/gunshots-fired-near-white-house-fbi-director-says/?itid=sf_politics-white-house_toptable_1_2.

The under construction East Wing Project, which is on time and under budget, includes state of the art security features to repel all attacks against the President, his family, his staff, and esteemed visitors.  These include a heavy steel, drone proof roof, missile resistant and drone proof columns, bullet, ballistic, and blast proof glass, Military grade venting for air conditioning and heating, and much more.  Together, the entire Facility, which includes bomb shelters, a state of the art hospital and medical facilities, Top Secret military installations, structures, and equipment, protective partitioning, and other features, is a single integrated, complex unit that is vital for the National Security of the United States.  This meritless Lawsuit has been a great attack on our Country in that the Military, Secret Service, and Law Enforcement are not happy that all of these Top Secret features have been revealed to potential enemies, criminals, and all others, including the fact that there will be a major drone port and Government sniper facilities on the heavily secured roof of the Ballroom, all for the sake of an unhappy passerby, a woman with absolutely no standing, represented by the "National Trust," which was defunded by Congress due to a total lack of respect for them.

The Ballroom's rooftop will serve a crucial strategic function for the security of the entire White House complex and beyond, including a drone port and key location for rooftop snipers who will protect the White House and the entire Washington, D.C. area, as a whole.  Unlike virtually every similar structure in America, the Ballroom's rooftop will include no air conditioning, venting, or similar facilities—It will be hermetically sealed to prevent malign forces from contaminating the circulating air, thereby threatening the lives of those inside.  All of these and other specifications would have been kept secret, as is appropriate, but have been forced to be revealed to stave off the Court's dangerous injunction.

Indeed, the longer this frivolous litigation persists, the more our National Security will be jeopardized as the Government continues to be forced to justify—through the divulgence of such security installations, layout, and other specifications of construction—the necessity for a secure addition to the White House.  Once again, the Government reiterates the necessity of drone deterrence, vantage points for rooftop snipers, bullet, ballistic, and blast proof glass, impenetrable steel, missile resistant columns, Military grade venting, and other protections, acting, in addition to everything else, as a protective shield for everything below, which were to remain secret aspects of the security at the White House but now, because of this meritless and dangerous lawsuit, have been divulged to all.  The entire building is hermetically sealed—not just the Ballroom, not just the Oval Office or the West Wing, and not just the Residence, but the entire East Wing Project.  The 18 acres on which the White House sits are a secure area, and without the construction of this great Project, the President cannot safely conduct the business of the United States.  The Project is vital for National Security, and is an invaluable gift from President Trump and many patriotic private donors who have given Hundreds of Millions of Dollars to build this Project, and support our Country, for the benefit and protection of all future Presidents, their families, staffs, visitors, and others.

In light of the recent attacks against President Trump's life—including two attempts in less than a month—the injunction entered by this Court for the benefit of a strolling woman, who filed suit against the East Wing Project long before she knew what was going to be built (This is a woman who is a known serial plaintiff throughout Washington, D.C.), and who has absolutely no standing, must be immediately vacated, and this suit, which is a complete embarrassment to our Country, must be dismissed.  This is a terrible, tremendously harmful case to the United States of America, and all it stands for!

4

May 24, 2026

Respectfully submitted,

TODD BLANCHE
Acting Attorney General

R. TRENT MCCOTTER
Principal Associate Deputy Attorney General

 /s/     *Stanley E. Woodward, Jr.*
Associate Attorney General

U.S. Department of Justice
950 Pennsylvania Avenue, Northwest
Washington, D.C. 20530
stanley.woodward@usdoj.gov
(202) 514-2000

*Counsel for Defendants*

5

## CERTIFICATE OF SERVICE

I certify that on this date I filed the foregoing using the Court's CM/ECF system, which will effect service on all counsel of record.

  /s/    Stanley E. Woodward, Jr.
STANLEY E. WOODWARD, JR.